M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Plaintiff*
*VideoLabs, Inc.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEOLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | Misc. Case No. 5:25-mc-80039 <br><br> [Related to Action Currently Pending in the United States District Court for the Western District of Texas, Case No. 6:23-cv-00641-DTG] <br><br> **DECLARATION OF HILLARY N. BUNSOW IN SUPPORT OF VIDEOLABS, INC.'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE FROM THIRD PARTY GOOGLE LLC** |

I, Hillary Bunsow, declare as follows:

1.  I am an attorney at Bunsow De Mory LLP and represent VideoLabs, Inc. ("VideoLabs") in the Western District of Texas litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (the "HP litigation"). I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2.  Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 8,291,236.

3.  Attached as **Exhibit 2** is a true and correct copy of the Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Google LLC, dated August 29, 2024.

1

4. Attached as **Exhibit 3** is a true and correct copy of Non-Party Google, LLC's Objections and Responses to the Subpoena to Produce Documents, Information, or Objects.

5. On November 12, 2024 I conferred telephonically with counsel for Google regarding VideoLabs' subpoena to Google. Google indicated that it would consider producing source code but did not believe document productions were necessary.

6. Attached as **Exhibit 4** is a true and correct copy of email correspondence between counsel for VideoLabs and counsel for Google dated November 5, 2024 to January 26, 2025.

7. Attached as **Exhibit 5** is a true and correct copy of VideoLabs' Infringement Claim Chart for Claim 100 of the '236 Patent from the litigation *VideoLabs, Inc. v. ASUSTek Computer, Inc., et. al.,* No. 6:22-cv-00720-ADA (W.D. Tex.). *The document contains redactions for confidentiality.*

8. Attached as **Exhibit 6** is a true and correct copy of VideoLabs' Infringement Claim Chart for Claims 100, 116, 130, and 140 of the '236 Patent from the HP litigation.

9. Attached as **Exhibit 7** is a true and correct copy of Non-Party Google, LLC's Supplemental Objections and Responses to the Subpoena to Produce Documents, Information, or Objects.

10. Counsel for VideoLabs conferred in good faith with Google's counsel to resolve issues presented by this motion, including via email and phone conversation. Based on those discussions, I believe the parties are at an impasse and the matter requires consideration by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the February 14, 2025 in Santa Monica, California.

*/s/ Hillary Bunsow*
Hillary Bunsow