# Exhibit 5

# U.S. Patent No. 8,291,236

## *Appendix I Infringement Claim Chart*

## Asus Products

VideoLabs provides its infringement contentions with regard to the Asus Products including, without limitation, Asus servers, desktop computers, laptop computers, tablet computers, monitors, and smartphones as to U.S. Patent No. 8,291,236 ("'236 Patent"). VideoLabs contends that Asus directly infringes the claims of the '236 Patent by making, having made, using, selling, having sold, offering to sell, importing, and/or having imported into the United States products that infringe or enable the infringement of the '236 Patent claims. VideoLabs further contends that Asus actively induces and/or contributes to, and has induced and/or contributed to, infringement of the '236 Patent under 35 U.S.C. §§ 271(b) and (c), either literally or under the doctrine of equivalents, and continues to do so.

VideoLabs contends that Asus literally infringes the claims of the '236 Patent as set forth below. To the extent that Asus contends that any limitations are not literally met, VideoLabs reserves the right to contend that those limitations are met under the doctrine of equivalents once it has had an opportunity to evaluate Asus's position. VideoLabs further contends, based on information currently available to VideoLabs, that the Asus Products meet the asserted claims of the '236 Patent in materially the same way as described below. In particular, VideoLabs contends that the theories illustrated by the exemplary documentation cited below applies across the Asus Products.

VideoLabs provides these contentions based on information currently available to VideoLabs. Discovery is ongoing, VideoLabs reserves the right to supplement its contentions based on any information that it discovers during the course of discovery, including any discovery from Asus and third-parties. In addition, VideoLabs reserves all rights to update or supplement its infringement positions, including, for instance, as VideoLabs obtains additional information during the course of discovery, including depositions of fact witnesses, and based on claim construction arguments made during the *Markman* process (including, *e.g.*, any arguments that any claim term is governed by § 112(6)), any constructions provided by the Court, any changes to Asus's positions on claim construction, any changes to the Court's constructions, and any other interpretations of the claim language of the '236 Patent, whether implicit or explicit, by Asus, Asus's experts or consultants, or any other tribunal. Nothing in this chart shall be construed as an admission or adoption of any particular interpretation or construction of the claims.

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| A data processing system to process conditional access protection, the data processing system comprising: | To the extent the preamble is found to be limiting, the ASUS Products are data processing systems to process conditional access protection, such as a computer.<br><br>For example, ███████████████████████████████████<br>███████████████████████████<br><br>For example, the ASUS ZenBook Pro 14, the ASUS ZenBook S 16, and the ASUS Chromebook Plus CX34 include processors, interfaces, and software to process conditional access protection.  The ASUS ZenBook Pro 14 includes, for example, includes an Intel Core processor with HDCP-protected interfaces, including for example HDMI and DisplayPort.<br><br>**Processor**  Intel® Core™ i9-13900H Processor 2.6 GHz (24MB Cache, up to 5.4 GHz, 14 cores, 20 Threads)<br><br>**Graphics**  NVIDIA® GeForce RTX™ 4070 Laptop GPU<br>8GB GDDR6<br>Intel® UHD Graphics<br>*Intel Iris X® Graphics is only available in models with Intel® Core™ i5/i7/i9 processors and dual-channel memory.<br><br>**Source:** https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/<br><br>**I/O Ports**  1x USB 3.2 Gen 2 Type-A<br>1x USB 3.2 Gen 2 Type-C support display / power delivery<br>1x Thunderbolt™ 4 supports display / power delivery<br>1x HDMI 2.1 FRL<br>1x 3.5mm Combo Audio Jack<br>1x DC-in<br>SD 4.0 card reader<br><br>**Source:** https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/ |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | The ASUS ZenBook S 16 includes, for example, an AMD core processor with HDCP-protected interfaces, including for example HDMI and DisplayPort: |

| Processor | AMD Ryzen™ AI 9 HX 370 Processor 2.0GHz (36MB Cache, up to 5.1GHz, 12 cores, 24 Threads); AMD XDNA™ NPU up to 50TOPS |
|---|---|
| | AMD Ryzen™ AI 9 365 Processor 2.0GHz (34MB Cache, up to 5.0GHz, 10 cores, 20 Threads); AMD XDNA™ NPU up to 50TOPS |
| Graphics | AMD Radeon™ 890M Graphics |
| | AMD Radeon™ 880M Graphics |

**Source:** https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-s-16-um5606/techspec/

| I/O Ports | 1x USB 3.2 Gen 2 Type-A |
|---|---|
| | 2x USB 4.0 Gen 3 Type-C with support for display / power delivery (data speed up to 40Gbps) |
| | 1x HDMI 2.1 TMDS |
| | 1x 3.5mm Combo Audio Jack |
| | SD 4.0 card reader |

**Source:** https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-s-16-um5606/techspec/

The ASUS Chromebook Plus CX34 includes, for example, an Intel core processor with HDCP-protected interfaces, including for example HDMI and DisplayPort:

| Processor | Intel® Core™ i3-1215U Processor 1.2 GHz (10M Cache, up to 4.4 GHz, 6 cores) |
|---|---|
| | Intel® Core™ i5-1235U Processor 1.3 GHz (12M Cache, up to 4.4 GHz, 10 cores) |
| Graphics | Intel® UHD Graphics |

**Source:** https://www.asus.com/us/laptops/for-home/chromebook/asus-chromebook-plus-cx34-cx3402/techspec/

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | I/O Ports<br><br>2x USB 3.2 Gen 1 Type-A<br>2x USB 3.2 Gen 1 Type-C support display / power delivery<br>1x HDMI 1.4<br>1x 3.5mm Combo Audio Jack<br><br>**Source:** https://www.asus.com/us/laptops/for-home/chromebook/asus-chromebook-plus-cx34-cx3402/techspec/<br><br>The Intel Core processors in the ASUS ZenBook Pro 14 and ASUS Chromebook Plus CX34 include, for example, Intel Software Guard Extensions (Intel SGX) that provide applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data:<br><br>Intel® Software Guard Extensions (Intel® SGX)<br><br>Intel® Software Guard Extensions (Intel® SGX) provide applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data. Intel® SGX provides developers a way to partition their code and data into CPU hardened trusted execution environments (TEE's).<br><br>Intel® AES New Instructions ⑦        Yes<br>Secure Key ⑦        Yes<br>Intel® Software Guard Extensions (Intel® SGX) ⑦        Yes with Intel® ME<br><br>**Source:** https://ark.intel.com/content/www/us/en/ark/products/186605/intel-core-i9-9900k-processor-16m-cache-up-to-5-00-ghz.html. *See* "?" at Intel Software Guard Extensions (Intel SGX) under Security and Reliability. |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | The AMD Core processor in ASUS ZenBook S 16 also include, inter alia, ARM TrustZone, which allows the partition of software code and data to help secure systems. |



## The TrustZone hardware architecture

The TrustZone architecture provides a means for system designers to help secure systems, using the TrustZone Security Extensions, and Secure peripherals. Low-level programmers should understand the design requirements that are placed on the system by the TrustZone architecture, even if they do not use the security features.

The ARM Security Extensions model allows system developers to partition device hardware and software resources, so that they exist in either the Secure world for the security subsystem, or the Normal world for everything else. Correct system design can

**Source:** https://developer.arm.com/documentation/100935/0100/The-TrustZone-hardware-architecture-

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) |
|---|

**Source:** https://www.bleepingcomputer.com/news/security/security-flaw-in-amds-secure-chip-on-chip-processor-disclosed-online/ (annotated)

The ASUS products include Windows and ChromeOS operating systems, which enable processing of conditional access protection.

For example, the ASUS ZenBook Pro 14 and ASUS ZenBook S 16 include Microsoft Windows 11.



**Source:** https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/



**Source:** https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-s-16-um5606/techspec/

The ASUS Chromebook Plus CX34 includes, for example, the ChromeOS operating system:



**Source:** https://www.asus.com/us/laptops/for-home/chromebook/asus-chromebook-plus-cx34-cx3402/techspec/

- 7 -

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) |
| --- |

The Windows and ChromeOS operating systems include, inter alia, web browsers such as Microsoft Edge and Google Chrome.  For example, Microsoft Windows 11 includes a web browser, for example Microsoft Edge.



**Source:** https://www.microsoft.com/en-us/edge/windows-edge?form=MA13FJ

Microsoft Windows 11 is also compatible with other web browsers, for example Google Chrome:

### Does Chrome work on my operating system?                                    ✕

Chrome is compatible with devices that run Windows and Mac operating systems, provided they meet the minimum system requirements. In order to install Chrome and receive adequate support, you must meet the system requirements. Learn more about using Chrome on your device.

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | **Source:** https://www.google.com/chrome/#:~:text=%ED%95%9C%EA%B5%AD%EC%96%B4%20%2D%20%EB%8C%80%ED%95%9C%EB%AF%BC%EA%B5%AD-,Get%20Chrome%20for%20Windows,For%20Windows%2011%20ARM

ChromeOS includes, inter alia, a web browser, for example Chrome:

Chrome OS is primarily designed to be used with the Google Chrome browser pre-installed on the operating system. However, you can install other browsers on your Chromebook with Chrome OS. Here's how:

**Source:** https://www.xda-developers.com/how-to-install-microsoft-edge-chrome-os/

ChromeOS is also compatible with other web browsers, for example Microsoft Edge:



**Source:** https://play.google.com/store/apps/details?id=com.microsoft.emmx&hl=en_IN |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | Processors in the ASUS Products support High-bandwidth Digital Content Protection (HDCP) over wired displays HDMI and DisplayPort.<br><br>For example, Intel Processors in the ASUS Products support HDCP over HDMI and DisplayPort:<br><br><br><br>**Source:** https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887.<br><br>For example, AMD Processors in the ASUS Products support HDCP over HDMI and DisplayPort:<br><br><br><br>**Source:** https://www.amd.com/en/products/processors/laptop/ryzen/300-series/amd-ryzen-ai-9-hx-370.html |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | Further, for example the ASUS Products include an HDCP transmitter:

**HDCP Transmitter.** An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter.*

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7 (same definition), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same definition), https://www.digital-cp.com/hdcp-specifications.



**Figure 1-1. Sample Connection Topology of an HDCP System**

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same diagram), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same diagram), https://www.digital-cp.com/hdcp-specifications.<br><br>There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content.<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same), https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | ### 2.1  Overview <br><br> The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages <br><br> • Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged. <br><br> • Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms. <br><br> • Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver. <br><br> • Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter. <br><br> Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access. <br><br> High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 11 (same), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 11 (same), https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| means for receiving, at a conditional access server, security messages of a primary security system in a first security domain; | The ASUS Products include means for receiving, at a conditional access server, security messages of a primary security system in a first security domain.<br><br>For example, the ASUS Products with Intel and AMD Processors include a Wi-Fi communication interface.  In particular, for example, the ASUS ZenBook 14 includes a Wi-Fi 6E (802.11ax) wireless interface.<br><br><br><br>**Source**: https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/<br><br>In particular, for example the ASUS ZenBook S 16 includes Wi-Fi 7 (802.11be) wireless interface.<br><br><br><br>**Source:** https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-s-16-um5606/techspec/<br><br>In particular, for example, the ASUS Chromebook Plus CX34 includes a Wi-Fi 6(802.11ax) wireless interface.<br><br><br><br>**Source:** https://www.asus.com/us/laptops/for-home/chromebook/asus-expertbook-cx54-chromebook-plus-cx5403/techspec/ |

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| |  |

**Source**: https://edc.intel.com/content/www/us/en/design/ipla/software-development-platforms/client/platforms/alder-lake-desktop/12th-generation-intel-core-processors-datasheet-volume-1-of-2/001/introduction/

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) |
| --- |
| <br>**Source:** https://www.techpowerup.com/review/amd-ryzen-7-7800x3d/3.html |

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | Further, for example, the Asus Products include wired communication interfaces.  In particular, for example, the ASUS ZenBook 14 includes, inter alia, USB 3.2 Gen 2 Type-A and Type C ports, a Thunderbolt 4 USB-C port, and an Ethernet adapter. |



**Source**: https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/

## Included in the Box

Sleeve

USB-A to RJ45 gigabit ethernet adapter

* Included accessories vary according to country and territory. Please check with your local ASUS retailer for details.

**Source**: https://shop.asus.com/us/asus-zenbook-pro-14-oled-ux6404.html?gad_source=1&gclid=EAIaIQobChMIosf6quu0iAMVJF5HAR2I7B1IEAAYASAAEgL8_fD_BwE

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | These wireless and wired communication interfaces allow the ASUS Products to receive security messages of a primary security system in a first domain.  For example, the ASUS Products receive security messages of a primary security system in a first domain from a Digital Rights Management (DRM) system, including Microsoft PlayReady: |

**Microsoft PlayReady content access and protection technology** is a set of technologies that can be used to distribute audio/video content more securely over a network, and help prevent the unauthorized use of this content. This technology is used for defining, incorporating, and enforcing rights for digital media. The service provider and content provider can control the expiration date, the number of times a user can play the content file, the resolution of the content that can be played on a screen, the type of screen that content is rendered to, and many other control settings. PlayReady technologies can be incorporated into media applications on televisions, set top boxes, mobile phones, tablets, personal computers, and other devices to enforce the content access rules defined by the content owners.

## Microsoft PlayReady is the Widest Deployed Content Protection Technology in the World

Microsoft PlayReady is a Content Protection Technology that is massively deployed in the world. PlayReady runs on all sorts of devices and apps, and all operating systems. Thousands of services around the world and more than four billion devices use PlayReady.

**Source**: https://www.microsoft.com/playready/features/DigitalMediaStrategy/

Microsoft PlayReady is integrated into many platforms, including for example Windows operating systems and various Web browsers.

For example, Microsoft ensures all Windows 10 devices include a PlayReady Client integrated in the Windows OS itself, or in the chip's firmware of the device (TEE), and exposes it through UWP APIs to application developers. But many Android TV device makers do the same. These devices use various APIs to expose the

**Source**: https://learn.microsoft.com/en-us/playready/overview/developing-applications

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| |  |

**Source**: https://www.microsoft.com/playready/features/productSuite/

## Microsoft PlayReady for Edge and Browsers

Modern browsers, combined with current web standards, support playback using PlayReady. A web app running in a modern web browser which supports HTML5 and JavaScript will use the **Encrypted Media Extensions (EME)** interface to do PlayReady operations. Microsoft PlayReady supports W3C web standards that allow Microsoft's Edge browser to leverage native PlayReady via Encrypted Media Extensions (EME). Companies that develop web apps to DASH/MSE/CENC/EME based designs can follow a single encoding work flow enabled by CENC. This represents the most broadly interoperable solution across browsers, platforms, content, and devices going forward.

**Source**: https://www.microsoft.com/playready/features/microsoftEndpoints/

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | |

|  | Embedded in the device | In the application |
|---|---|---|
| Windows 10 | Yes. Windows SDK. UWP or Web app in Microsoft Edge | |
| Windows 8, 8.1 | Yes. Windows SDK | 3rd party SDKs possible |
| Windows 7 | Yes. Silverlight | 3rd party SDKs possible |
| MacOS | No | Silverlight and 3rd party SDKs |
| iOS | No | 1st and 3rd party SDKs |
| Apple TV OS | No | 3rd party SDKs |
| Chrome OS | No | |
| Android Mobile | Yes on some models | 3rd party SDKs |
| Android TV | Yes on all models | |
| Linux TVs | Yes on most models | |
| Consoles | Yes on PlayStations and Xbox | |
| Network Receivers | Yes on most models | |
| Blu Ray Disc Players | Yes on most models | |

**Source:** https://learn.microsoft.com/en-us/playready/overview/developing-applications

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | The ASUS Products also receive security messages of a primary security system in a first domain from a Digital Rights Management (DRM) system, including Google Widevine:<br><br>**Overview**<br><br>Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution.<br><br>**Source**: https://developers.google.com/widevine/drm/overview<br><br>Google Widevine is supported in numerous devices or platforms including, for example, operating systems, and browsers.<br><br>**Supported Platforms**<br><br>The Widevine client is natively embedded into a device platform unless otherwise noted.<br><br>|

| Device or Platform | Supported ? |
|---|---|
| Android (Mobile, TV, Automotive) | Yes |
| Android Open Source (AOSP) | Yes |
| Apple iOS | Yes [1] |
| Apple TV (tvOS) | - |
| Chromecast (Cast) | Yes |
| Google Home and Nest devices | Yes |
| ChromeOS (Chromebook) | Yes |
| Chrome Browser (Windows, Mac OS X, Linux) | Yes |
| Chromium Browser | Yes |
| Chromium Embedded Framework (CEF) / Electron | Yes |
| Firefox Browser | Yes |
| Edge Browser | Yes |
| Opera (Browser and Embedded devices) | Yes |
| Safari Browser (Desktop) | - |

**Source**: https://developers.google.com/widevine/drm/overview (excerpt of Supported Platforms)

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) |
|---|

## Overview 🔗

Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution.

> ⭐ **Note:** A license agreement is required for the use of Widevine products or services. Widevine does not assess any fee for use of its products and services.

Widevine DRM adopts the following standards:

- Encrypted Media Extensions - a W3C specification.
- Common Encryption
  - ISO/IEC 23001-7 - Common encryption in ISO base media file format files
  - ISO/IEC 23001-9 - Common encryption of MPEG-2 transport streams

**Source:** https://developers.google.com/widevine/drm/overview

The ASUS Products receive security messages of a primary security system in a first security domain, including for example, licenses or license packages.

**Source:** https://learn.microsoft.com/en-us/playready/overview/license-persistence ("[L]icenses contain policy information for the content with which they are associated. Licenses may be issued over any transport, but typically licenses are issued over the Web.")

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | For example, the ASUS Products can receive security messages from a Microsoft PlayReady security system:  **Source**: https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system <br><br> **Source:** https://learn.microsoft.com/en-us/playready/overview/ecosystem#content-and-license-flow |

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | For example, the ASUS Products receive security messages from a Google Widevine security system:<br><br><br><br>**Source**: https://developers.google.com/widevine/drm/overview (Ecosystems) |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| means for processing the security messages on the conditional access server, and | The ASUS Products include means for processing the security messages on the conditional access server.<br><br>For example, the ASUS ZenBook Pro 14 and the ASUS Chromebook Plus CX34 include Intel Core processors.<br><br><br><br>**Source**: https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/<br><br><br><br>**Source**: https://www.asus.com/us/laptops/for-home/chromebook/asus-chromebook-plus-cx34-cx3402/techspec/<br><br>For example, the ASUS ZenBook S 16 includes an AMD core processor.<br><br> |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | **Source:** https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-s-16-um5606/techspec/ <br><br> Further, for example, the Intel Core processors in ASUS Products include Intel Software Guard Extensions (Intel SGX) that allows applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data: <br><br>  <br><br> **Source:** https://ark.intel.com/content/www/us/en/ark/products/186605/intel-core-i9-9900k-processor-16m-cache-up-to-5-00-ghz.html. *See* "?" at Intel Software Guard Extensions (Intel SGX) under Advanced Technologies. <br><br> Further, for example, the AMD Core processor in ASUS Products include ARM Trustzone that allows the partition of software code and data to help secure systems. <br><br> ## The TrustZone hardware architecture <br><br> The TrustZone architecture provides a means for system designers to help secure systems, using the TrustZone Security Extensions, and Secure peripherals. Low-level programmers should understand the design requirements that are placed on the system by the TrustZone architecture, even if they do not use the security features. <br><br> The ARM Security Extensions model allows system developers to partition device hardware and software resources, so that they exist in either the Secure world for the security subsystem, or the Normal world for everything else. Correct system design can |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | **Source:** https://developer.arm.com/documentation/100935/0100/The-TrustZone-hardware-architecture-<br><br><br><br>**Source:** https://www.bleepingcomputer.com/news/security/security-flaw-in-amds-secure-chip-on-chip-processor-disclosed-online/ (annotated)<br>Further, the Intel Core processors in ASUS Products include Intel Converged Security and Management Engine (Intel CSME) that allows content providers hardware-based security management. |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | **Figure 1. Intel® CSME in the System**<br><br><br>Intel® CSME is present on most Intel platforms, including client consumer and commercial systems, workstations, servers, and IoT (Internet of Things) products.<br><br>For hardware (HW)-based security, users such as content providers or IT (Information Technology) organizations can manage, for example, DRM (Digital-Right Management) and Intel® Active Management Technology (Intel® AMT), which requires hardware-level security to be available when the host is not responding or is powered down.<br><br>**Source**: https://www.intel.com/content/dam/www/public/us/en/security-advisory/documents/intel-csme-security-white-paper.pdf at page 8.<br><br>• Intel® CSME supports HW DRM that helps users enjoy premium services from third-party providers, with control access to copyright material<br><br>**Source**: https://www.intel.com/content/dam/www/public/us/en/security-advisory/documents/intel-csme-security-white-paper.pdf at page 9. |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | Further, the AMD processors in ASUS Products include security processors, such as AMD Platform Security Processor (PSP) and AMD Secure Processor (ASP) that allows content providers hardware-based security management. |

**AMD SECURE PROCESSOR (ASP)**

The AMD Secure Processor is dedicated hardware available in each system-on-a-chip (SoC), designed to anchor a hardware root of trust. It will also help boot and initialize the SoC through a secure boot flow and establish an isolated Trusted Execution Environment. Even though it is part of the silicon, it is considered isolated, as the host SoC cannot access its memory. The ASP is foundational to platform security, with the following components:

**Source**: https://www.amd.com/system/files/documents/amd-security-white-paper.pdf

## Integration in a system using TrustZone technology

The integration of a DRM agent within a TrustZone-enabled system is architecturally relatively simple. The design in Gadget2008 will place the DRM agent component, which is responsible for rights storage, rights validation and content decryption, in the Secure world. The design will place the CODEC and media player in the Normal world. Although this exposes the decrypted content to a degree of risk, mechanisms such as anti-virus can be used to detect unauthorized changes to the Normal world operating system and the media player, at which point the Secure world can stop sending content to the Normal world.

**Source**: https://developer.arm.com/documentation/PRD29-GENC-009492/c/TrustZone-System-Design/Example-use-cases/Content-management?lang=en

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | Further, security messages, for example licenses, may be processed on the conditional access server.<br><br>For example, security messages are processed on the conditional access server in PlayReady implementations, for example licenses are decrypted.<br>**Source:** Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("The PlayReady client verifies the License server's digital signature and certificate expiration, and then decrypts the license using its own private key.")<br><br>For example, security messages are processed on the conditional access server in the Widevine implementations, for example license packages or objects are decrypted.<br><br>Content Decryption Module<br>Widevine installs a Content Decryption Module (CDM) on every device that plays back encrypted content. The module is unique for each type of device and has three major functions:<br><br>1. When the Player determines that the content is encrypted, it tells the CDM to generate a license request. The MPD and PSSH (Protection System Specific Header) information is retrieved from the content and parsed in order to determine the DRM system to be used.<br>2. The CDM then creates an encrypted license request object which it passes back to the Player. The Player will then pass the encrypted license object to the License Server.<br>3. Next, when the License Server responds to the Player request, it sends an encrypted object containing license information to the Player. Finally, the Player passes the encrypted object to the CDM, which in turn passes it to the OEMCrypto Module for decryption.<br><br>OEMCrypto Module<br>The OEMCrypto Module decrypts the content using information passed to it from the Player (and the License Server). The OEMCrypto Module is in the Trusted Layer of the device and is tied into the device hardware. It uses the encrypted license information to decrypt the media, and the media sent to the video stack.<br>**Source:** Google, *Widevine DRM Overview*, (2017), *available at* https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | The OEMCrypto Module is implemented by system-on-chip vendors or by Widevine.<br>**Source:** Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("OEM Crypto is implemented by the system-on-chip vendor for Widevine L1, or by Widevine (Google, Inc.) for L3.")<br><br>Further, for example, security messages may be processed on the conditional access server at trusted execution environments (TEE).<br><br><br><br>**Source:** https://learn.microsoft.com/en-us/playready/overview/clients |

U.S. Patent No. 8,291,236

Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | Security Level 1<br><br>All content processing, cryptography, and control is performed within the Trusted Execution Environment (TEE). In some implementation models, security processing may be performed in different chips.<br><br>Security Level 2<br><br>Performs cryptography (but not video processing) within the TEE: decrypted buffers are returned to the application domain and processed through separate video hardware or software. At level 2, however, cryptographic information is still processed only within the trusted execution environment.<br><br>Security Level 3<br><br>Does not have a TEE on the device.  Appropriate measures may be taken to protect the cryptographic information and decrypted content on host operating system.  A Level 3 implementation may also include a hardware cryptographic engine, but that only enhances performance, not security. |
| | **Source:** Google, *Widevine DRM Overview*, (2017), *available at* https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf |

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages, | The ASUS Products include means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages.<br><br>For example, the Intel and AMD processors in ASUS Products support an HDCP interface, for example HDMI, DisplayPort, or other interfaces, to transmit the recited access controlled data from the conditional access server to a secondary conditional access client through a network connection in a secondary security domain.<br><br>**High-bandwidth Digital Content Protection (HDCP)**<br><br>HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).<br><br>The HDCP 1.4, 2.3 keys are integrated into the processor.<br><br>Intel 12th Generation Intel Core Processors Datasheet, Volume 1 of 2, *available at* https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887<br><br>**HDMI® Version**    2.1<br><br>**HDCP Version Supported**    2.3<br><br>**USB Type-C® DisplayPort™ Alternate Mode**    Yes<br><br>**Source:** https://www.amd.com/en/products/processors/laptop/ryzen/300-series/amd-ryzen-ai-9-hx-370.html |

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| | **I/O Ports**<br>1x USB 3.2 Gen 2 Type-A<br>1x USB 3.2 Gen 2 Type-C support display / power delivery<br>1x Thunderbolt™ 4 supports display / power delivery<br>1x HDMI 2.1 FRL<br>1x 3.5mm Combo Audio Jack<br>1x DC-in<br>SD 4.0 card reader<br><br>**Source:** https://www.asus.com/us/laptops/for-creators/zenbook/zenbook-pro-14-oled-ux6404/techspec/<br><br>**I/O Ports**<br>1x USB 3.2 Gen 2 Type-A<br>2x USB 4.0 Gen 3 Type-C with support for display / power delivery (data speed up to 40Gbps)<br>1x HDMI 2.1 TMDS<br>1x 3.5mm Combo Audio Jack<br>SD 4.0 card reader<br><br>**Source:** https://www.asus.com/us/laptops/for-home/zenbook/asus-zenbook-s-16-um5606/techspec/<br><br>**I/O Ports**<br>2x USB 3.2 Gen 1 Type-A<br>2x USB 3.2 Gen 1 Type-C support display / power delivery<br>1x HDMI 1.4<br>1x 3.5mm Combo Audio Jack<br><br>**Source:** https://www.asus.com/us/laptops/for-home/chromebook/asus-chromebook-plus-cx34-cx3402/techspec/ |

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
| --- | --- |
| |  Figure 1-1. Sample Connection Topology of an HDCP System |

High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications.

The access controlled data that is in an access controlled format that is at least partially derived from the security messages may include, for example HDCP Content encrypted at an HDCP level required by a decrypted DRM license.

**HDCP Content.** *HDCP Content* consists of Audiovisual Content that is protected by the HDCP System. *HDCP Content* includes the Audiovisual Content in encrypted form as it is transferred from an HDCP Transmitter to an HDCP Receiver over an HDCP-protected Interface, as well as any translations of the same content, or portions thereof. For avoidance of doubt, Audiovisual Content that is never encrypted by the HDCP System is not *HDCP Content*.

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) |
|---|

**HDCP Cipher.** The HDCP encryption module consisting of a 128-bit AES module that is operated in a Counter (CTR) mode is referred to as *HDCP Cipher*.

**Source** High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 6-7, *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 6-7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 6-7 (same), *available at* https://www.digital-cp.com/hdcp-specifications.

**3.1    Data Encryption**

HDCP Encryption is applied at the input to the T.M.D.S. Encoder and decryption is applied at the output of the T.M.D.S. Decoder (Figure 3-1). HDCP Encryption consists of a bit-wise exclusive-or (XOR) of the HDCP Content with a pseudo-random data stream produced by the HDCP Cipher.

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| | **Source:** *See, e.g.*, High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 50, *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>For example, Intel Processors may use Intel FPGA IP Cores to apply HDCP encryption. (*See* HDMI Intel® FPGA IP User Guide, *available at* https://www.mouser.com/datasheet/2/612/ug_hdmi-2526420.pdf). For example, AMD Processors may use AMD LogiCORE IP to apply HDCP encryption. (*See* https://www.xilinx.com/products/intellectual-property/hdmi.html#documentation).<br><br>## Output Control for Uncompressed Digital Video Content Policy<br><br>A service may want to allow a client to decrypt and render content, but restrict how it flows to external outputs, like HDMI outputs. The service may want to do this because there might be recorders plugged to the HDMI cable, capable of making a very good copy of the original content.<br><br>PlayReady has all sorts of Output Protection controls for analog, digital, and wireless outputs. One of the most common is the HDCP policy for HDMI outputs (see CR 3.6.5). Depending on the value the License Server sets for this policy, which may be 100, 250, 270, 300 (see CR 6.7), the client must try to engage, or must engage HDCP on the HDMI outputs when playing back on these outputs.<br><br>**Source:** https://learn.microsoft.com/en-us/playready/overview/license-and-policies |

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| | PlayReady licenses contain the rights and restrictions that you want the PlayReady digital rights management (DRM) runtime to enforce when a user tries to play back protected content. Here are some examples of PlayReady license restrictions that you can specify:<br><br>• The date and time from which the license is valid.<br>• The DateTime value when the license expires.<br>• For the license to be saved in persistent storage on the client. Persistent licenses are typically used to allow offline playback of the content.<br>• The minimum security level that a player must have to play your content.<br>• The output protection level for the output controls for audio\video content.<br>• For more information, see the "Output Controls" section (3.5) in the PlayReady Compliance Rules document.<br>**Source:** https://learn.microsoft.com/en-us/azure/media-services/latest/drm-playready-license-template-concept |

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| | **HDCP Enforcement** |

**HDCP Parameters**

| HDCP Parameter | (applies to) WV Security Level | Description |
|---|---|---|
| HDCP_NONE | 3 | HDCP not specified |
| HDCP_V1 | 1 | Enforce HDCP 1.x Playback not allowed if Client does not report HDCP 1.x or better. |
| HDCP_V2 | 1 | Enforce HDCP 2.0 Playback not allowed if Client does not report HDCP 2.0 or better. |
| HDCP_V2_1 | 1 | Enforce HDCP 2.1 Playback not allowed if Client does not report HDCP 2.1 or better. |
| HDCP_V2_2 | 1 | Enforce HDCP 2.2 Playback not allowed if Client does not report HDCP 2.2 or better. |
| HDCP_NO_DIGITAL_OUTPUT | 1 | No digital output allowed, including HDCP. Internal display only. |

**Source**: https://archive.ph/2019.09.11-232602/https://storage.googleapis.com/wvdocs/Widevine_DRM_Proxy_Integration.pdf#selection-8195.12-8195.24

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server ……"

| Claim 100(d) | |
|---|---|
| wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured substitute the first security domain with | In the ASUS Products, the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process.<br><br>For example, Microsoft PlayReady and Google Widevine based systems authenticate the conditional access server ASUS Products as one of the clients of the primary security system through a first authentication process using a first root of trust.<br><br><br><br>**Source**: https://developers.google.com/widevine/drm/overview (Ecosystems) |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| the second security domain for the clients under the second root of trust. | 

**Device Security**

Robust device security is enabled by using factory provisioned keyboxes to establish a hardware root of trust, secure decryption and content rendering.

**Source:** https://www.widevine.com/solutions/widevine-drm

***See also***: G. Patat, M. Sabt and P. A. Fouque, "Exploring Widevine for Fun and Profit," 2022 IEEE Security and Privacy Workshops (SPW), San Francisco, CA, USA, 2022, pp. 277-288, 282-83 doi: 10.1109/SPW54247.2022.9833867. |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | Further, upon information and belief, Google Widevine based systems authenticate the conditional access server ASUS Products as one of the clients of the primary security system through a first authentication process using a first root of trust, including through a process of RSA Certificate Provisioning.<br><br>**RSA Certificate Provisioning**<br><br>There is one API function for provisioning a device with an RSA certificate. The RSA provisioning request is generated and signed in a similar way to the license request described above. This is sent to a provisioning server which can decrypt the Widevine keybox and send a provisioning response back. This response message contains a certificate and an RSA key pair.<br><br>**Source:**<br>https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj74Zbq5_yJAxWKTjABHaW9DVYQFnoECBgQAQ&url=https%3A%2F%2Fwww.whymatematica.com%2Fwp-content%2Fuploads%2F2018%2F08%2FWidevine_DRM_Architecture_Overview.pdf&usg=AOvVaw1M8xGgh2JFRWwPhRawWmUZ&opi=89978449<br><br>*See also*: Widevine Modular DRM Security Integration Guide for Common Encryption (CENC) v.5 (2013) at 22-26, *available at*<br>https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj74Zbq5_yJAxWKTjABHaW9DVYQFnoECBgQAQ&url=https%3A%2F%2Fwww.whymatematica.com%2Fwp-content%2Fuploads%2F2018%2F08%2FWidevine_DRM_Architecture_Overview.pdf&usg=AOvVaw1M8xGgh2JFRWwPhRawWmUZ&opi=89978449 |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server ……"

| Claim 100(d) | |
|---|---|
| |  |

**Source:**  https://learn.microsoft.com/en-us/playready/overview/license-acquisition

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) |
|---|



**Figure 4 – Role of Device Keys in the Licensing Process**

Each PlayReady client device has a unique public-private key pair. When a client sends a license request to a license service, it includes its device public key. The license service uses that public key to verify that the client device is a valid PlayReady client before it issues the license. If the device is a valid PlayReady client, the license service uses the device's public key to encrypt the content key for the media file and then sends the resulting license to the client. The client must then use its device private key to decrypt and play back the content. This authentication model ensures that the issued license is valid and usable only on that device (in the case of the device binding).

**Source:** Microsoft PlayReady, *Developing PlayReady Clients*, April 2015 *available at* https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwiptqn YzuuJAxVqTTABHT8VHmMQFnoECCYQAQ&url=https%3A%2F%2Fdownload.microsoft.com%2Fdownload %2FB%2FD%2F4%2FBD42A75B-5B3E-49C0-B70D-DD49FA9592F9%2FDevelopingMicrosoftPlayReadyClients_March2015.pdf&usg=AOvVaw0Iz5EzA8_Fd8xjM Ss6d2gu&opi=89978449

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | Further, the conditional access server ASUS Products authenticate clients of the conditional access server through a second authentication process which is independent of the first authentication process. |

**What HDCP is not:** Content protection vs DRM

It's important to note a key difference between HDCP and other content protection or rights management technologies. Content providers typically use a Digital Rights Management system (DRM) to protect their content. DRMs are designed to prevent unauthorized uses of the content and to permit other uses or impose other restrictions on such content. For example, a consumer may download a file containing music or video to a digital player. This content is protected by a DRM that controls what a user can do with that content. The DRM may control whether the user can make copies of the file or play the content on other types of devices, for example. HDCP is not a DRM. It performs a very specific role: to encrypt and protect content as it is transmitted as a stream of digital data for display.

**Source:** https://www.digital-cp.com/sites/default/files/resources/HDCP_deciphered_070808.pdf



**Figure 1-1. Sample Connection Topology of an HDCP System**

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications.

- 45 -

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | Further, the second authentication process uses a second root of trust which is independent of and different than the first root of trust. |

**2    Authentication Protocol**

**2.1    Overview**

The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages

- Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.

- Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 7 ms.

- Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.

- Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.

Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.

All HDCP Devices contain a 128-bit secret Global Constant denoted by $lc_{128}$. All HDCP Devices share the same Global Constant. $lc_{128}$ is provided only to HDCP adopters.

The HDCP Transmitter contains the 3072-bit RSA public key of DCP LLC denoted by $kpub_{dcp}$.

The HDCP Receiver is issued 1024-bit RSA public and private keys. The public key is stored in a Public Key Certificate issued by DCP LLC, denoted by $cert_{rx}$. Table 2.1 gives the fields contained in the certificate. All values are stored in big-endian format.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications; High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 11 (same), *available at* https://www.digital-

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | cp.com/hdcp-specifications; High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interface Intel WiDi, Miracast, Rev. 2.3 (Mar. 02, 2018) at p. 11 (same), *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>Further, the conditional access server is configured substitute the first security domain with the second security domain for the clients under the second root of trust.<br><br>**Output Control for Uncompressed Digital Video Content Policy**<br><br>A service may want to allow a client to decrypt and render content, but restrict how it flows to external outputs, like HDMI outputs. The service may want to do this because there might be recorders plugged to the HDMI cable, capable of making a very good copy of the original content.<br><br>PlayReady has all sorts of Output Protection controls for analog, digital, and wireless outputs. One of the most common is the HDCP policy for HDMI outputs (see CR 3.6.5). Depending on the value the License Server sets for this policy, which may be 100, 250, 270, 300 (see CR 6.7), the client must try to engage, or must engage HDCP on the HDMI outputs when playing back on these outputs.<br><br>**Source:** https://learn.microsoft.com/en-us/playready/overview/license-and-policies<br><br>PlayReady licenses contain the rights and restrictions that you want the PlayReady digital rights management (DRM) runtime to enforce when a user tries to play back protected content. Here are some examples of PlayReady license restrictions that you can specify:<br><br>• The date and time from which the license is valid.<br>• The DateTime value when the license expires.<br>• For the license to be saved in persistent storage on the client. Persistent licenses are typically used to allow offline playback of the content.<br>• The minimum security level that a player must have to play your content.<br>• The output protection level for the output controls for audio\video content.<br>• For more information, see the "Output Controls" section (3.5) in the PlayReady Compliance Rules document.<br><br>**Source:** https://learn.microsoft.com/en-us/azure/media-services/latest/drm-playready-license-template-concept |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | **HDCP Enforcement** |

HDCP Parameters

| HDCP Parameter | (applies to) WV Security Level | Description |
|---|---|---|
| HDCP_NONE | 3 | HDCP not specified |
| HDCP_V1 | 1 | Enforce HDCP 1.x<br>Playback not allowed if Client does not report HDCP 1.x or better. |
| HDCP_V2 | 1 | Enforce HDCP 2.0<br>Playback not allowed if Client does not report HDCP 2.0 or better. |
| HDCP_V2_1 | 1 | Enforce HDCP 2.1<br>Playback not allowed if Client does not report HDCP 2.1 or better. |
| HDCP_V2_2 | 1 | Enforce HDCP 2.2<br>Playback not allowed if Client does not report HDCP 2.2 or better. |
| HDCP_NO_DIGITAL_OUTPUT | 1 | No digital output allowed, including HDCP. Internal display only. |

**Source**: https://archive.ph/2019.09.11-232602/https://storage.googleapis.com/wvdocs/Widevine_DRM_Proxy_Integration.pdf#selection-8195.12-8195.24

For example, Intel Processors may use Intel FPGA IP Cores to apply HDCP encryption. (*See* HDMI Intel® FPGA IP User Guide, *available at* https://www.mouser.com/datasheet/2/612/ug_hdmi-2526420.pdf). For example, AMD Processors may use AMD LogiCORE IP to apply HDCP encryption. (*See* https://www.xilinx.com/products/intellectual-property/hdmi.html#documentation).

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | **HDCP Content**. *HDCP Content* consists of Audiovisual Content that is protected by the HDCP System. *HDCP Content* includes the Audiovisual Content in encrypted form as it is transferred from an HDCP Transmitter to an HDCP Receiver over an HDCP-protected Interface, as well as any translations of the same content, or portions thereof. For avoidance of doubt, Audiovisual Content that is never encrypted by the HDCP System is not *HDCP Content*. |
| | **HDCP Cipher**. The HDCP encryption module consisting of a 128-bit AES module that is operated in a Counter (CTR) mode is referred to as *HDCP Cipher*. |
| | **Source** High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 6-7, *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 6-7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 6-7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) |
| --- |



**Source:** *See, e.g.*, High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 50, *available at* https://www.digital-cp.com/hdcp-specifications.