# Exhibit 6

# U.S. Patent No. 8,291,236
## *Appendix B Infringement Claim Chart*

## HP Products

VideoLabs provides its infringement contentions with regard to the HP Products including, without limitation, HP desktop computers, laptop computers, convertible computers, and monitors as to U.S. Patent No. 8,291,236 ("'236 Patent").  VideoLabs contends that HP directly infringes the claims of the '236 Patent by making, having made, using, selling, having sold, offering to sell, importing, and/or having imported into the United States products that infringe or enable the infringement of the '236 Patent claims.  VideoLabs further contends that HP actively induces and/or contributes to, and has induced and/or contributed to, infringement of the '236 Patent under 35 U.S.C. §§ 271(b) and (c), either literally or under the doctrine of equivalents, and continues to do so.

VideoLabs contends that HP literally infringes the claims of the '236 Patent as set forth below.  To the extent that HP contends that any limitations are not literally met, VideoLabs reserves the right to contend that those limitations are met under the doctrine of equivalents once it has had an opportunity to evaluate HP's position.  VideoLabs further contends, based on information currently available to VideoLabs, that the HP Products meet the asserted claims of the '236 Patent in materially the same way as described below.  In particular, VideoLabs contends that the theories illustrated by the exemplary documentation cited below applies across the HP Products.

VideoLabs provides these contentions based on information currently available to VideoLabs.  Discovery is ongoing, VideoLabs reserves the right to supplement its contentions based on any information that it discovers during the course of discovery, including any discovery from HP and third-parties.  In addition, VideoLabs reserves all rights to update or supplement its infringement positions, including, for instance, as VideoLabs obtains additional information during the course of discovery, including depositions of fact witnesses, and based on the final claim construction detailed order provided by the Court, and any other interpretations of the claim language of the '236 Patent, whether implicit or explicit, by HP, HP's experts or consultants, or any other tribunal.  Nothing in this chart shall be construed as an admission or adoption of any particular interpretation or construction of the claims.

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| A data processing system to process conditional access protection, the data processing system comprising: | To the extent the preamble is found to be limiting, the HP Products are data processing systems to process conditional access protection, such as a computer.<br><br>For example, the HP OMEN Laptop 17t-ck200, 17.3", the HP Laptop 17-cp1797nr, 17.3", and the HP Chromebook 14a-ne0047nr, 14" are data processing systems to process conditional access protection. *See, e.g.,* Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories to HP (Nos. 1-12) Exhibit A.<br><br>For example, the HP OMEN Laptop 17t-ck200, 17.3", the HP Laptop 17-cp1797nr, 17.3", and the HP Chromebook 14a-ne0047nr, 14" include processors, interfaces, and software to process conditional access protection. The HP OMEN Laptop 17t-ck200, 17.3" and the HP Chromebook 14a-ne0047nr, 14" include, for example, an Intel Core processor with HDCP-protected interfaces, including for example HDMI and DisplayPort.<br><br>**Processor and graphics**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4060 Laptop GPU (8 GB)<br><br>ALTERNATE OPTIONS<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4070 Laptop GPU (8 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4080 Laptop GPU (12 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4090 Laptop GPU (16 GB)<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>**External I/O Ports**<br><br>1 Thunderbolt™ 3 (40Gbps signaling rate) with USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge); 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 2.1; 1 headphone/microphone combo; 1 mini DisplayPort™; 1 RJ-45[19,42]<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | **Processor**<br><br>Intel® Celeron® N4120 (up to 2.6 GHz burst frequency, 4 MB L2 cache, 4 cores, 4 threads)[6,7]<br><br>**Graphics**<br><br>Integrated: Intel® UHD Graphics 600<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr<br><br>**External I/O Ports**<br><br>1 USB Type-C® 5Gbps signaling rate (supports data transfer only and does not support charging or external monitors); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 1.4b; 1 headphone/microphone combo<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
| --- | --- |
| | The HP Laptop 17-cp1797nr, 17.3" includes, for example, an AMD core processor with HDCP-protected interfaces, including for example HDMI: |

**Processor**

AMD Ryzen™ 7 5825U (up to 4.5 GHz max boost clock, 16 MB L3 cache, 8 cores, 16 threads)[6,7]

**Graphics**

Integrated: AMD Radeon™ Graphics



**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr

**External I/O Ports**

1 USB Type-C® 5Gbps signaling rate (supports data transfer only and does not support charging or external monitors); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 1.4b; 1 headphone/microphone combo

**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
| --- | --- |
| | The Intel Core processors in the HP OMEN Laptop 17t-ck200, 17.3" and HP Chromebook 14a-ne0047nr, 14" include, for example, Intel Software Guard Extensions (Intel SGX) that provide applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data:  **Source:** https://ark.intel.com/content/www/us/en/ark/products/186605/intel-core-i9-9900k-processor-16m-cache-up-to-5-00-ghz.html. *See* "?" at Intel Software Guard Extensions (Intel SGX) under Security and Reliability. |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | The AMD Core processor in HP Laptop 17-cp1797nr, 17.3" also include, inter alia, ARM TrustZone, which allows the partition of software code and data to help secure systems. |

## The TrustZone hardware architecture

The TrustZone architecture provides a means for system designers to help secure systems, using the TrustZone Security Extensions, and Secure peripherals. Low-level programmers should understand the design requirements that are placed on the system by the TrustZone architecture, even if they do not use the security features.

The ARM Security Extensions model allows system developers to partition device hardware and software resources, so that they exist in either the Secure world for the security subsystem, or the Normal world for everything else. Correct system design can

**Source:** https://developer.arm.com/documentation/100935/0100/The-TrustZone-hardware-architecture-



**Source:** https://www.bleepingcomputer.com/news/security/security-flaw-in-amds-secure-chip-on-chip-processor-disclosed-online/ (annotated)

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | The HP products include Windows and ChromeOS operating systems, which enable processing of conditional access protection.<br><br>For example, the HP OMEN Laptop 17t-ck200, 17.3" and HP Laptop 17-cp1797nr, 17.3" include Microsoft Windows 11.<br><br>**Operating system**<br><br>Windows 11 Home<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr<br><br>**Operating system**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Windows 11 Home<br><br>ALTERNATE OPTIONS<br>Windows 11 Pro<br>Windows 11 Pro<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>The HP Chromebook 14a-ne0047nr, 14" includes, for example, the ChromeOS operating system:<br><br>**Operating system**<br><br>ChromeOS<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | The Windows and ChromeOS operating systems include, inter alia, web browsers such as Microsoft Edge and Google Chrome. For example, Microsoft Windows 11 includes a web browser, for example Microsoft Edge. |



**Source:** https://www.microsoft.com/en-us/edge/windows-edge?form=MA13FJ

Microsoft Windows 11 is also compatible with other web browsers, for example Google Chrome:

### Does Chrome work on my operating system? ✕

Chrome is compatible with devices that run Windows and Mac operating systems, provided they meet the minimum system requirements. In order to install Chrome and receive adequate support, you must meet the system requirements. Learn more about using Chrome on your device.

**Source**:
https://www.google.com/chrome/#:~:text=%ED%95%9C%EA%B5%AD%EC%96%B4%20%2D%20%EB%8C%80%ED%95%9C%EB%AF%BC%EA%B5%AD-,Get%20Chrome%20for%20Windows,For%20Windows%2011%20ARM

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | ChromeOS includes, inter alia, a web browser, for example Chrome: |

Chrome OS is primarily designed to be used with the Google Chrome browser pre-installed on the operating system. However, you can install other browsers on your Chromebook with Chrome OS. Here's how:

**Source:** https://www.xda-developers.com/how-to-install-microsoft-edge-chrome-os/

ChromeOS is also compatible with other web browsers, for example Microsoft Edge:



**Source:** https://play.google.com/store/apps/details?id=com.microsoft.emmx&hl=en_IN

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|
| | Processors in the HP Products support High-bandwidth Digital Content Protection (HDCP) over wired displays HDMI and DisplayPort.

For example, Intel Processors in the HP Products support HDCP over HDMI and DisplayPort:



**High-bandwidth Digital Content Protection (HDCP)**

HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).

The HDCP 1.4, 2.3 keys are integrated into the processor.

Source: https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887.

For example, AMD Processors in the HP Products support HDCP over HDMI and DisplayPort:

| | |
|---|---|
| **HDMI® Version** | 2.1 |
| **HDCP Version Supported** | 2.3 |
| **USB Type-C® DisplayPort™ Alternate Mode** | Yes |

Source: https://www.amd.com/en/products/processors/laptop/ryzen/300-series/amd-ryzen-ai-9-hx-370.html |

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|

Further, for example the HP Products include an HDCP transmitter:

> **HDCP Transmitter**. An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter*.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7 (same definition), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same definition), https://www.digital-cp.com/hdcp-specifications.



**Figure 1-1. Sample Connection Topology of an HDCP System**

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same diagram), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same diagram), https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) |
|---|

There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same), https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236

Claim 100 (pre): "A data processing system to process conditional access protection, the data processing system comprising:"

| Claim 100 (pre) | |
|---|---|

### 2.1 Overview

The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages

- Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.

- Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms.

- Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.

- Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.

Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 11 (same), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 11 (same), https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| means for receiving, at a conditional access server, security messages of a primary security system in a first security domain; | The HP Products include means for receiving, at a conditional access server, security messages of a primary security system in a first security domain. |
| | For example, the HP Products with Intel and AMD Processors include a Wi-Fi communication interface. In particular, for example, the HP OMEN Laptop 17t-ck200, 17.3" includes a Wi-Fi (2x2 and AX211) wireless interface. |

**Wireless technology**

INCLUDED IN CURRENT CONFIGURATION
Realtek Wi-Fi 6E (2x2) and Bluetooth® 5.3 compatible combo (Supporting Gigabit data rate)

ALTERNATE OPTIONS
Intel® Wi-Fi 6E AX211 (2x2) and Bluetooth® 5.3 wireless card

**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs

In particular, for example the HP Laptop 17-cp1797nr, 17.3"includes Wi-Fi 6 wireless interface.

## Wireless technology

Realtek Wi-Fi 6 (2x2) and Bluetooth® 5.3 wireless card (supporting gigabit data rate) [11,12,13,46]

Source: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr

In particular, for example, the HP Chromebook 14a-ne0047nr, 14"includes a Wi-Fi 802.11a wireless interface.

## Wireless technology

Intel® Wireless-AC 9560 802.11a/b/g/n/ac (2x2) Wi-Fi® and Bluetooth® 5.1 wireless card[11,12,13]

**Source**: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | <br><br>**Source**: https://edc.intel.com/content/www/us/en/design/ipla/software-development-platforms/client/platforms/alder-lake-desktop/12th-generation-intel-core-processors-datasheet-volume-1-of-2/001/introduction/ |

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| |  |

**Source**: https://www.techpowerup.com/review/amd-ryzen-7-7800x3d/3.html

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | Further, for example, the HP Products include wired communication interfaces.  In particular, for example, the HP OMEN Laptop 17t-ck200, 17.3" includes, inter alia, USB Type A and USB Type C. |

**External I/O Ports**

2 USB Type-A 10Gbps signaling rate; 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 1 AC smart pin; 1 HDMI-out 2.1; 1 headphone/microphone combo; 1 RJ-45; 1 USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4a, HP Sleep and Charge)[19,42]

Source: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs

These wireless and wired communication interfaces allow the HP Products to receive security messages of a primary security system in a first domain.  For example, the HP Products receive security messages of a primary security system in a first domain from a Digital Rights Management (DRM) system, including Microsoft PlayReady:

**Microsoft PlayReady content access and protection technology** is a set of technologies that can be used to distribute audio/video content more securely over a network, and help prevent the unauthorized use of this content. This technology is used for defining, incorporating, and enforcing rights for digital media. The service provider and content provider can control the expiration date, the number of times a user can play the content file, the resolution of the content that can be played on a screen, the type of screen that content is rendered to, and many other control settings. PlayReady technologies can be incorporated into media applications on televisions, set top boxes, mobile phones, tablets, personal computers, and other devices to enforce the content access rules defined by the content owners.

Microsoft PlayReady is the Widest Deployed Content Protection Technology in the World

Microsoft PlayReady is a Content Protection Technology that is massively deployed in the world. PlayReady runs on all sorts of devices and apps, and all operating systems. Thousands of services around the world and more than four billion devices use PlayReady.

**Source**: https://www.microsoft.com/playready/features/DigitalMediaStrategy/

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
| --- | --- |
| | Microsoft PlayReady is integrated into many platforms, including for example Windows operating systems and various Web browsers. |

For example, Microsoft ensures all Windows 10 devices include a PlayReady Client integrated in the Windows OS itself, or in the chip's firmware of the device (TEE), and exposes it through UWP APIs to application developers. But many Android TV device makers do the same. These devices use various APIs to expose the

**Source:** https://learn.microsoft.com/en-us/playready/overview/developing-applications



**Source**: https://www.microsoft.com/playready/features/productSuite/

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | ## Microsoft PlayReady for Edge and Browsers |

Modern browsers, combined with current web standards, support playback using PlayReady. A web app running in a modern web browser which supports HTML5 and JavaScript will use the **Encrypted Media Extensions (EME)** interface to do PlayReady operations. Microsoft PlayReady supports W3C web standards that allow Microsoft's Edge browser to leverage native PlayReady via Encrypted Media Extensions (EME). Companies that develop web apps to DASH/MSE/CENC/EME based designs can follow a single encoding work flow enabled by CENC. This represents the most broadly interoperable solution across browsers, platforms, content, and devices going forward.

**Source**: https://www.microsoft.com/playready/features/microsoftEndpoints/

| | Embedded in the device | In the application |
|---|---|---|
| Windows 10 | Yes. Windows SDK. UWP or Web app in Microsoft Edge | |
| Windows 8, 8.1 | Yes. Windows SDK | 3rd party SDKs possible |
| Windows 7 | Yes. Silverlight | 3rd party SDKs possible |
| MacOS | No | Silverlight and 3rd party SDKs |
| iOS | No | 1st and 3rd party SDKs |
| Apple TV OS | No | 3rd party SDKs |
| Chrome OS | No | |
| Android Mobile | Yes on some models | 3rd party SDKs |
| Android TV | Yes on all models | |
| Linux TVs | Yes on most models | |
| Consoles | Yes on PlayStations and Xbox | |
| Network Receivers | Yes on most models | |
| Blu Ray Disc Players | Yes on most models | |

**Source:** https://learn.microsoft.com/en-us/playready/overview/developing-applications

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | The HP Products also receive security messages of a primary security system in a first domain from a Digital Rights Management (DRM) system, including Google Widevine: |

Overview

Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution.

**Source**: https://developers.google.com/widevine/drm/overview

Google Widevine is supported in numerous devices or platforms including, for example, operating systems, and browsers.

Supported Platforms

The Widevine client is natively embedded into a device platform unless otherwise noted.

| Device or Platform | Supported ? |
|---|---|
| Android (Mobile, TV, Automotive) | Yes |
| Android Open Source (AOSP) | Yes |
| Apple iOS | Yes [1] |
| Apple TV (tvOS) | - |
| Chromecast (Cast) | Yes |
| Google Home and Nest devices | Yes |
| ChromeOS (Chromebook) | Yes |
| Chrome Browser (Windows, Mac OS X, Linux) | Yes |
| Chromium Browser | Yes |
| Chromium Embedded Framework (CEF) / Electron | Yes |
| Firefox Browser | Yes |
| Edge Browser | Yes |
| Opera (Browser and Embedded devices) | Yes |
| Safari Browser (Desktop) | - |

**Source**: https://developers.google.com/widevine/drm/overview (excerpt of Supported Platforms)

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
| --- | --- |
| | ## Overview 🔗 <br><br> Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution. <br><br> ⭐ **Note:** A license agreement is required for the use of Widevine products or services. Widevine does not assess any fee for use of its products and services. <br><br> Widevine DRM adopts the following standards: <br><br> • Encrypted Media Extensions - a W3C specification. <br> • Common Encryption <br>     • ISO/IEC 23001-7 - Common encryption in ISO base media file format files <br>     • ISO/IEC 23001-9 - Common encryption of MPEG-2 transport streams <br><br> **Source:** https://developers.google.com/widevine/drm/overview <br><br> The HP Products receive security messages of a primary security system in a first security domain, including for example, licenses or license packages. <br><br> **Source:** https://learn.microsoft.com/en-us/playready/overview/license-persistence ("[L]icenses contain policy information for the content with which they are associated. Licenses may be issued over any transport, but typically licenses are issued over the Web.") |

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | For example, the HP Products can receive security messages from a Microsoft PlayReady security system:<br><br><br><br>**Source**: https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system<br><br>**Source:** https://learn.microsoft.com/en-us/playready/overview/ecosystem#content-and-license-flow |

U.S. Patent No. 8,291,236

Claim 100(a): "means for receiving, at a conditional access server, security messages of a primary security system in a first security domain;"

| Claim 100(a) | |
|---|---|
| | For example, the HP Products receive security messages from a Google Widevine security system:  **Source**: https://developers.google.com/widevine/drm/overview (Ecosystems) |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| means for processing the security messages on the conditional access server, and | The HP Products include means for processing the security messages on the conditional access server.<br><br>For example, the HP OMEN Laptop 17t-ck200, 17.3" and the HP Chromebook 14a-ne0047nr, 14" include Intel Core processors.<br><br>**Processor and graphics**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4060 Laptop GPU (8 GB)<br><br>ALTERNATE OPTIONS<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4070 Laptop GPU (8 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4080 Laptop GPU (12 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4090 Laptop GPU (16 GB)<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>**Processor**<br><br>Intel® Celeron® N4120 (up to 2.6 GHz burst frequency, 4 MB L2 cache, 4 cores, 4 threads)[6,7]<br><br>**Graphics**<br><br>Integrated: Intel® UHD Graphics 600<br><br>Source: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr |

U.S. Patent No. 8,291,236

Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | For example, the HP Laptop 17-cp1797nr, 17.3" includes an AMD core processor.<br><br>**Processor**<br><br>AMD Ryzen™ 7 5825U (up to 4.5 GHz max boost clock, 16 MB L3 cache, 8 cores, 16 threads)[6,7]<br><br>**Graphics**<br><br>Integrated: AMD Radeon™ Graphics<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | Further, for example, the Intel Core processors in HP Products include Intel Software Guard Extensions (Intel SGX) that allows applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data: |



**Intel® Software Guard Extensions (Intel® SGX)**

Intel® Software Guard Extensions (Intel® SGX) provide applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data. Intel® SGX provides developers a way to partition their code and data into CPU hardened trusted execution environments (TEE's).

| Intel® AES New Instructions ? | Yes |
| Secure Key ? | Yes |
| Intel® Software Guard Extensions (Intel® SGX) ? | Yes with Intel® ME |

**Source:** https://ark.intel.com/content/www/us/en/ark/products/186605/intel-core-i9-9900k-processor-16m-cache-up-to-5-00-ghz.html. *See* "?" at Intel Software Guard Extensions (Intel SGX) under Advanced Technologies.

Further, for example, the AMD Core processor in HP Products include ARM Trustzone that allows the partition of software code and data to help secure systems.

**The TrustZone hardware architecture**

The TrustZone architecture provides a means for system designers to help secure systems, using the TrustZone Security Extensions, and Secure peripherals. Low-level programmers should understand the design requirements that are placed on the system by the TrustZone architecture, even if they do not use the security features.

The ARM Security Extensions model allows system developers to partition device hardware and software resources, so that they exist in either the Secure world for the security subsystem, or the Normal world for everything else. Correct system design can

**Source:** https://developer.arm.com/documentation/100935/0100/The-TrustZone-hardware-architecture-

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| |  **Source:** https://www.bleepingcomputer.com/news/security/security-flaw-in-amds-secure-chip-on-chip-processor-disclosed-online/ (annotated) |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
| --- | --- |
| | Further, the Intel Core processors in HP Products include Intel Converged Security and Management Engine (Intel CSME) that allows content providers hardware-based security management. |



**Figure 1. Intel® CSME in the System**

Intel® CSME is present on most Intel platforms, including client consumer and commercial systems, workstations, servers, and IoT (Internet of Things) products.

For hardware (HW)-based security, users such as content providers or IT (Information Technology) organizations can manage, for example, DRM (Digital-Right Management) and Intel® Active Management Technology (Intel® AMT), which requires hardware-level security to be available when the host is not responding or is powered down.

**Source**: https://www.intel.com/content/dam/www/public/us/en/security-advisory/documents/intel-csme-security-white-paper.pdf at page 8.

• Intel® CSME supports HW DRM that helps users enjoy premium services from third-party providers, with control access to copyright material

**Source**: https://www.intel.com/content/dam/www/public/us/en/security-advisory/documents/intel-csme-security-white-paper.pdf at page 9.

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | Further, the AMD processors in HP Products include security processors, such as AMD Platform Security Processor (PSP) and AMD Secure Processor (ASP) that allows content providers hardware-based security management. |

**AMD SECURE PROCESSOR (ASP)**

The AMD Secure Processor is dedicated hardware available in each system-on-a-chip (SoC), designed to anchor a hardware root of trust. It will also help boot and initialize the SoC through a secure boot flow and establish an isolated Trusted Execution Environment. Even though it is part of the silicon, it is considered isolated, as the host SoC cannot access its memory. The ASP is foundational to platform security, with the following components:

**Source**: https://www.amd.com/system/files/documents/amd-security-white-paper.pdf

## Integration in a system using TrustZone technology

The integration of a DRM agent within a TrustZone-enabled system is architecturally relatively simple. The design in Gadget2008 will place the DRM agent component, which is responsible for rights storage, rights validation and content decryption, in the Secure world. The design will place the CODEC and media player in the Normal world. Although this exposes the decrypted content to a degree of risk, mechanisms such as anti-virus can be used to detect unauthorized changes to the Normal world operating system and the media player, at which point the Secure world can stop sending content to the Normal world.

**Source**: https://developer.arm.com/documentation/PRD29-GENC-009492/c/TrustZone-System-Design/Example-use-cases/Content-management?lang=en

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | Further, security messages, for example licenses, may be processed on the conditional access server. |
| | For example, security messages are processed on the conditional access server in PlayReady implementations, for example licenses are decrypted. |
| | **Source:** Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("The PlayReady client verifies the License server's digital signature and certificate expiration, and then decrypts the license using its own private key.") |
| | For example, security messages are processed on the conditional access server in the Widevine implementations, for example license packages or objects are decrypted. |
| | Content Decryption Module |
| | Widevine installs a Content Decryption Module (CDM) on every device that plays back encrypted content. The module is unique for each type of device and has three major functions: |
| | 1. When the Player determines that the content is encrypted, it tells the CDM to generate a license request. The MPD and PSSH (Protection System Specific Header) information is retrieved from the content and parsed in order to determine the DRM system to be used. |
| | 2. The CDM then creates an encrypted license request object which it passes back to the Player. The Player will then pass the encrypted license object to the License Server. |
| | 3. Next, when the License Server responds to the Player request, it sends an encrypted object containing license information to the Player. Finally, the Player passes the encrypted object to the CDM, which in turn passes it to the OEMCrypto Module for decryption. |
| | OEMCrypto Module |
| | The OEMCrypto Module decrypts the content using information passed to it from the Player (and the License Server). The OEMCrypto Module is in the Trusted Layer of the device and is tied into the device hardware. It uses the encrypted license information to decrypt the media, and the media sent to the video stack. |
| | **Source:** Google, *Widevine DRM Overview*, (2017), *available at* https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf |

U.S. Patent No. 8,291,236
Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
|---|---|
| | The OEMCrypto Module is implemented by system-on-chip vendors or by Widevine.
**Source:** Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("OEM Crypto is implemented by the system-on-chip vendor for Widevine L1, or by Widevine (Google, Inc.) for L3.")

Further, for example, security messages may be processed on the conditional access server at trusted execution environments (TEE).



**Source:** https://learn.microsoft.com/en-us/playready/overview/clients |

U.S. Patent No. 8,291,236

Claim 100(b): "means for processing the security messages on the conditional access server, and"

| Claim 100(b) | |
| --- | --- |
| | **Security Level 1**<br><br>All content processing, cryptography, and control is performed within the Trusted Execution Environment (TEE). In some implementation models, security processing may be performed in different chips.<br><br>**Security Level 2**<br><br>Performs cryptography (but not video processing) within the TEE: decrypted buffers are returned to the application domain and processed through separate video hardware or software. At level 2, however, cryptographic information is still processed only within the trusted execution environment.<br><br>**Security Level 3**<br><br>Does not have a TEE on the device.  Appropriate measures may be taken to protect the cryptographic information and decrypted content on host operating system.  A Level 3 implementation may also include a hardware cryptographic engine, but that only enhances performance, not security.<br><br>**Source:** Google, *Widevine DRM Overview*, (2017), *available at* https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf |

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages, | The HP Products include means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages.<br><br>For example, the Intel and AMD processors in HP Products support an HDCP interface, for example HDMI, DisplayPort, or other interfaces, to transmit the recited access controlled data from the conditional access server to a secondary conditional access client through a network connection in a secondary security domain.<br><br>**High-bandwidth Digital Content Protection (HDCP)**<br><br>HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).<br><br>The HDCP 1.4, 2.3 keys are integrated into the processor.<br><br>Intel 12th Generation Intel Core Processors Datasheet, Volume 1 of 2, *available at* https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887<br><br>**HDMI® Version**  2.1<br>**HDCP Version Supported**  2.3<br>**USB Type-C® DisplayPort™ Alternate Mode**  Yes<br><br>**Source:** https://www.amd.com/en/products/processors/laptop/ryzen/300-series/amd-ryzen-ai-9-hx-370.html |

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) |
|---|

**External I/O Ports**

1 Thunderbolt™ 3 (40Gbps signaling rate) with USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge); 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 2.1; 1 headphone/microphone combo; 1 mini DisplayPort™; 1 RJ-45[19,42]

**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs

**External I/O Ports**

1 USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4); 2 USB Type-A 5Gbps signaling rate; 1 headphone/microphone combo; 1 HDMI 1.4b

**Source**: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr

**External I/O Ports**

1 USB Type-C® 5Gbps signaling rate (supports data transfer only and does not support charging or external monitors); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 1.4b; 1 headphone/microphone combo

**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| | **Connect the second monitor to your computer** |
| | Computers and TVs have a wide variety of video connection types. The video connection on your computer must match the connection on your TV or monitor. |
| | NOTE: If your PC only has DVI and your TV does not have a DVI port, you can use a special adapter or converter cable. |
| | **Connect another monitor using cables** |
| | Connect another monitor to your computer using cables. |
| | 1. Select a connection type based on your second monitor. |
| | • **Monitor**: USB Type-C 10 Gbps port, Mini DisplayPort (Thunderbolt), DisplayPort, DVI, VGA |
| | • **TV**: USB Type-C 10 Gbps port, Mini DisplayPort (Thunderbolt), DisplayPort |
| | • **High Definition TV**: USB 5 Gbps port, Mini HDMI, DisplayPort, HDMI, DVI, VGA |
| | 2. Connect the TV or monitor to the computer using the cable you chose. |
| | 3. Connect a power cable to the TV or monitor, and then turn it on. |
| | 4. For TV connections only, change the TV video input source to match the video source connection from the computer (Line-1, Video-1, HDMI, and so on). See the documents that came with the TV for instructions. |
| | NOTE: Depending on the TV, the image quality might not be as good as that of a monitor. |
| | 5. Turn on the computer. |
| | **Source:** https://support.hp.com/us-en/document/ish_3155639-2906263-16 |

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| |  |

Figure 1-1. Sample Connection Topology of an HDCP System

High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications.

The access controlled data that is in an access controlled format that is at least partially derived from the security messages may include, for example HDCP Content encrypted at an HDCP level required by a decrypted DRM license.

**HDCP Content.** *HDCP Content* consists of Audiovisual Content that is protected by the HDCP System. *HDCP Content* includes the Audiovisual Content in encrypted form as it is transferred from an HDCP Transmitter to an HDCP Receiver over an HDCP-protected Interface, as well as any translations of the same content, or portions thereof. For avoidance of doubt, Audiovisual Content that is never encrypted by the HDCP System is not *HDCP Content*.

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|

**HDCP Cipher.** The HDCP encryption module consisting of a 128-bit AES module that is operated in a Counter (CTR) mode is referred to as *HDCP Cipher*.

**Source** High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 6-7, *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 6-7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 6-7 (same), *available at* https://www.digital-cp.com/hdcp-specifications.



**Source:** *See, e.g.*, High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 50, *available at* https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| | For example, Intel Processors may use Intel FPGA IP Cores to apply HDCP encryption. (*See* HDMI Intel® FPGA IP User Guide, *available at* https://www.mouser.com/datasheet/2/612/ug_hdmi-2526420.pdf). For example, AMD Processors may use AMD LogiCORE IP to apply HDCP encryption. (*See* https://www.xilinx.com/products/intellectual-property/hdmi.html#documentation). |

## Output Control for Uncompressed Digital Video Content Policy

A service may want to allow a client to decrypt and render content, but restrict how it flows to external outputs, like HDMI outputs. The service may want to do this because there might be recorders plugged to the HDMI cable, capable of making a very good copy of the original content.

PlayReady has all sorts of Output Protection controls for analog, digital, and wireless outputs. One of the most common is the HDCP policy for HDMI outputs (see CR 3.6.5). Depending on the value the License Server sets for this policy, which may be 100, 250, 270, 300 (see CR 6.7), the client must try to engage, or must engage HDCP on the HDMI outputs when playing back on these outputs.

**Source:** https://learn.microsoft.com/en-us/playready/overview/license-and-policies

PlayReady licenses contain the rights and restrictions that you want the PlayReady digital rights management (DRM) runtime to enforce when a user tries to play back protected content. Here are some examples of PlayReady license restrictions that you can specify:

- The date and time from which the license is valid.
- The DateTime value when the license expires.
- For the license to be saved in persistent storage on the client. Persistent licenses are typically used to allow offline playback of the content.
- The minimum security level that a player must have to play your content.
- The output protection level for the output controls for audio\video content.
- For more information, see the "Output Controls" section (3.5) in the PlayReady Compliance Rules   document.

**Source:** https://learn.microsoft.com/en-us/azure/media-services/latest/drm-playready-license-template-concept

U.S. Patent No. 8,291,236

Claim 100(c): "means for transmitting, from the conditional access server to a secondary conditional access client through a network connection in a second security domain, access controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 100(c) | |
|---|---|
| | **HDCP Enforcement** |

**HDCP Parameters**

| HDCP Parameter | (applies to) WV Security Level | Description |
|---|---|---|
| HDCP_NONE | 3 | HDCP not specified |
| HDCP_V1 | 1 | Enforce HDCP 1.x<br>Playback not allowed if Client does not report HDCP 1.x or better. |
| HDCP_V2 | 1 | Enforce HDCP 2.0<br>Playback not allowed if Client does not report HDCP 2.0 or better. |
| HDCP_V2_1 | 1 | Enforce HDCP 2.1<br>Playback not allowed if Client does not report HDCP 2.1 or better. |
| HDCP_V2_2 | 1 | Enforce HDCP 2.2<br>Playback not allowed if Client does not report HDCP 2.2 or better. |
| HDCP_NO_DIGITAL_OUTPUT | 1 | No digital output allowed, including HDCP.<br>Internal display only. |

**Source**: https://archive.ph/2019.09.11-232602/https://storage.googleapis.com/wvdocs/Widevine_DRM_Proxy_Integration.pdf#selection-8195.12-8195.24

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server ….."

| Claim 100(d) | |
|---|---|
| wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured substitute the first security domain with | In the HP Products, the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process.<br><br>For example, Microsoft PlayReady and Google Widevine based systems authenticate the conditional access server HP Products as one of the clients of the primary security system through a first authentication process using a first root of trust.<br><br><br><br>**Source**: https://developers.google.com/widevine/drm/overview (Ecosystems) |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| the second security domain for the clients under the second root of trust. | <br><br>**Device Security**<br>Robust device security is enabled by using factory provisioned keyboxes to establish a hardware root of trust, secure decryption and content rendering.<br><br>**Source:** https://www.widevine.com/solutions/widevine-drm<br><br>***See also:*** G. Patat, M. Sabt and P. A. Fouque, "Exploring Widevine for Fun and Profit," 2022 IEEE Security and Privacy Workshops (SPW), San Francisco, CA, USA, 2022, pp. 277-288, 282-83 doi: 10.1109/SPW54247.2022.9833867. |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server ….."

| Claim 100(d) | |
|---|---|
| | Further, upon information and belief, Google Widevine based systems authenticate the conditional access server HP Products as one of the clients of the primary security system through a first authentication process using a first root of trust, including through a process of RSA Certificate Provisioning.<br><br>**RSA Certificate Provisioning**<br><br>There is one API function for provisioning a device with an RSA certificate. The RSA provisioning request is generated and signed in a similar way to the license request described above. This is sent to a provisioning server which can decrypt the Widevine keybox and send a provisioning response back. This response message contains a certificate and an RSA key pair.<br><br>**Source:** https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj74Zbq5_yJAxWKTjABHaW9DVYQFnoECBgQAQ&url=https%3A%2F%2Fwww.whymatematica.com%2Fwp-content%2Fuploads%2F2018%2F08%2FWidevine_DRM_Architecture_Overview.pdf&usg=AOvVaw1M8xGgh2JFRWwPhRawWmUZ&opi=89978449<br><br>*See also*: Widevine Modular DRM Security Integration Guide for Common Encryption (CENC) v.5 (2013) at 22-26, *available at* https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj74Zbq5_yJAxWKTjABHaW9DVYQFnoECBgQAQ&url=https%3A%2F%2Fwww.whymatematica.com%2Fwp-content%2Fuploads%2F2018%2F08%2FWidevine_DRM_Architecture_Overview.pdf&usg=AOvVaw1M8xGgh2JFRWwPhRawWmUZ&opi=89978449 |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|



1. The content provider uses a license key seed and key identifier to generate a key.

2. The content provider places the key identifier and the URL of the License Server in the content header and then protects the file by encrypting it with the key.

3. The content provider delivers the protected file to the user.

4. The user's media player queries the DRM component of the user's device to determine whether the protected file can be played.

5. The DRM component searches the License Store on the user's device for a valid license to play the file.

6. If the DRM component fails to find the necessary license, it requests a license from the License Server. The license challenge used to request the license contains the content header and information about the user's device.

7. The License Server uses the shared license key seed and the key identifier to generate the same content key that was generated by the content provider in step 1. The License Server then encrypts the key.

8. The License Server creates a license, adds the encrypted content key to the license, and signs the license by using the private signing key.

9. The License Server delivers the signed license to the user's device.

10. The DRM component on the user's device verifies the signature and expiration date of the certificate, and places the license in the License Store.

11. The DRM component decrypts packets of the requested content and sends them to the player.

**Source:**  https://learn.microsoft.com/en-us/playready/overview/license-acquisition

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) |
| --- |



**Figure 4 – Role of Device Keys in the Licensing Process**

Each PlayReady client device has a unique public-private key pair. When a client sends a license request to a license service, it includes its device public key. The license service uses that public key to verify that the client device is a valid PlayReady client before it issues the license. If the device is a valid PlayReady client, the license service uses the device's public key to encrypt the content key for the media file and then sends the resulting license to the client. The client must then use its device private key to decrypt and play back the content. This authentication model ensures that the issued license is valid and usable only on that device (in the case of the device binding).

**Source:** Microsoft PlayReady, *Developing PlayReady Clients*, April 2015 *available at* https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwiptqn YzuuJAxVqTTABHT8VHmMQFnoECCYQAQ&url=https%3A%2F%2Fdownload.microsoft.com%2Fdownload %2FB%2FD%2F4%2FBD42A75B-5B3E-49C0-B70D-DD49FA9592F9%2FDevelopingMicrosoftPlayReadyClients_March2015.pdf&usg=AOvVaw0Iz5EzA8_Fd8xjM Ss6d2gu&opi=89978449

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | Further, the conditional access server HP Products authenticate clients of the conditional access server through a second authentication process which is independent of the first authentication process.  **Source:** https://www.digital-cp.com/sites/default/files/resources/HDCP_deciphered_070808.pdf |

**What HDCP is not:**    Content protection vs DRM

It's important to note a key difference between HDCP and other content protection or rights management technologies. Content providers typically use a Digital Rights Management system (DRM) to protect their content. DRMs are designed to prevent unauthorized uses of the content and to permit other uses or impose other restrictions on such content. For example, a consumer may download a file containing music or video to a digital player. This content is protected by a DRM that controls what a user can do with that content. The DRM may control whether the user can make copies of the file or play the content on other types of devices, for example. HDCP is not a DRM. It performs a very specific role: to encrypt and protect content as it is transmitted as a stream of digital data for display.

**Figure 1-1. Sample Connection Topology of an HDCP System**

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | Further, the second authentication process uses a second root of trust which is independent of and different than the first root of trust. |

### 2  Authentication Protocol

#### 2.1  Overview

The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages

- Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.

- Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 7 ms.

- Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.

- Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.

Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.

All HDCP Devices contain a 128-bit secret Global Constant denoted by $lc_{128}$. All HDCP Devices share the same Global Constant. $lc_{128}$ is provided only to HDCP adopters.

The HDCP Transmitter contains the 3072-bit RSA public key of DCP LLC denoted by $kpub_{dcp}$.

The HDCP Receiver is issued 1024-bit RSA public and private keys. The public key is stored in a Public Key Certificate issued by DCP LLC, denoted by $cert_{rx}$. Table 2.1 gives the fields contained in the certificate. All values are stored in big-endian format.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications; High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 11 (same), *available at* https://www.digital-cp.com/hdcp-specifications; High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | Interface Intel WiDi, Miracast, Rev. 2.3 (Mar. 02, 2018) at p. 11 (same), *available at* https://www.digital-cp.com/hdcp-specifications.

Further, the conditional access server is configured substitute the first security domain with the second security domain for the clients under the second root of trust.

## Output Control for Uncompressed Digital Video Content Policy

A service may want to allow a client to decrypt and render content, but restrict how it flows to external outputs, like HDMI outputs. The service may want to do this because there might be recorders plugged to the HDMI cable, capable of making a very good copy of the original content.

PlayReady has all sorts of Output Protection controls for analog, digital, and wireless outputs. One of the most common is the HDCP policy for HDMI outputs (see CR 3.6.5). Depending on the value the License Server sets for this policy, which may be 100, 250, 270, 300 (see CR 6.7), the client must try to engage, or must engage HDCP on the HDMI outputs when playing back on these outputs.

**Source:** https://learn.microsoft.com/en-us/playready/overview/license-and-policies

PlayReady licenses contain the rights and restrictions that you want the PlayReady digital rights management (DRM) runtime to enforce when a user tries to play back protected content. Here are some examples of PlayReady license restrictions that you can specify:

- The date and time from which the license is valid.
- The DateTime value when the license expires.
- For the license to be saved in persistent storage on the client. Persistent licenses are typically used to allow offline playback of the content.
- The minimum security level that a player must have to play your content.
- The output protection level for the output controls for audio\video content.
- For more information, see the "Output Controls" section (3.5) in the PlayReady Compliance Rules document.

**Source:** https://learn.microsoft.com/en-us/azure/media-services/latest/drm-playready-license-template-concept |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|

**HDCP Enforcement**

HDCP Parameters

| HDCP Parameter | (applies to) WV Security Level | Description |
|---|---|---|
| HDCP_NONE | 3 | HDCP not specified |
| HDCP_V1 | 1 | Enforce HDCP 1.x Playback not allowed if Client does not report HDCP 1.x or better. |
| HDCP_V2 | 1 | Enforce HDCP 2.0 Playback not allowed if Client does not report HDCP 2.0 or better. |
| HDCP_V2_1 | 1 | Enforce HDCP 2.1 Playback not allowed if Client does not report HDCP 2.1 or better. |
| HDCP_V2_2 | 1 | Enforce HDCP 2.2 Playback not allowed if Client does not report HDCP 2.2 or better. |
| HDCP_NO_DIGITAL_OUTPUT | 1 | No digital output allowed, including HDCP. Internal display only. |

**Source**: https://archive.ph/2019.09.11-232602/https://storage.googleapis.com/wvdocs/Widevine_DRM_Proxy_Integration.pdf#selection-8195.12-8195.24

For example, Intel Processors may use Intel FPGA IP Cores to apply HDCP encryption. (*See* HDMI Intel® FPGA IP User Guide, *available at* https://www.mouser.com/datasheet/2/612/ug_hdmi-2526420.pdf). For example, AMD Processors may use AMD LogiCORE IP to apply HDCP encryption. (*See* https://www.xilinx.com/products/intellectual-property/hdmi.html#documentation).

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|
| | **HDCP Content**. *HDCP Content* consists of Audiovisual Content that is protected by the HDCP System. *HDCP Content* includes the Audiovisual Content in encrypted form as it is transferred from an HDCP Transmitter to an HDCP Receiver over an HDCP-protected Interface, as well as any translations of the same content, or portions thereof. For avoidance of doubt, Audiovisual Content that is never encrypted by the HDCP System is not *HDCP Content*. |
| | **HDCP Cipher**. The HDCP encryption module consisting of a 128-bit AES module that is operated in a Counter (CTR) mode is referred to as *HDCP Cipher*. |
| | **Source** High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 6-7, *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 6-7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 6-7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 100(d): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server …..."

| Claim 100(d) | |
|---|---|



**Source:** *See, e.g.*, High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 50, *available at* https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236

Claim 116 (pre): "A data processing system to process media content provided by a primary security system, the data processing system comprising:"

| Claim 116 (pre) | |
|---|---|
| A data processing system to process media content provided by a primary security system, the data processing system comprising: | To the extent the preamble is found to be limiting, the HP Products are a data processing system to process media content provided by a primary security system.<br><br>For example, the HP OMEN 27 inch FHD 240Hz Gaming Monitor – OMEN 27S monitor can process media content provided by a primary security system, including for example from Microsoft PlayReady and Google Widevine based DRM systems, from the conditional access server (for example, HP OMEN Laptop 17t-ck200, 17.3", HP Laptop 17-cp1797nr, 17.3"), via an HDCP-protected interface. *See, e.g.,* Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories to HP (Nos. 1-12) Exhibit A.<br><br>For example, the HP OMEN 27 inch FHD 240Hz Gaming Monitor – OMEN 27S includes HDCP-protected interfaces, including HDMI, DisplayPort, and independent interfaces (*e.g.*, Miracast).<br><br>**DisplayPort™**    1 DisplayPort™ 1.4<br><br>**Audio Port**    1 x 3.5 mm Audio Jack (Audio Out)<br><br>**HDMI Port**    2 HDMI 2.0<br><br>**USB A**    2 SuperSpeed USB Type-A 5Gbps signaling rate<br><br>**USB B**    1 USB-B<br><br>**HDCP**    Yes, DisplayPort™ and HDMI<br><br>**Source:** https://www.hp.com/us-en/shop/pdp/omen-by-hp-27-inch-fhd-240hz-gaming-monitor-omen-27s#techSpecs |

U.S. Patent No. 8,291,236

Claim 116 (pre): "A data processing system to process media content provided by a primary security system, the data processing system comprising:"

| Claim 116 (pre) | |
|---|---|
| | **HDCP-protected Interface Port.** A logical connection point on an HDCP Device that supports an HDCP-protected Interface is referred to as an *HDCP-protected Interface Port*. A single connection can be made over an HDCP-protected interface port.<br><br>**HDCP-protected Interface.** An interface for which HDCP applies is described as an *HDCP-protected Interface*.<br><br>**Source** High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same), *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>For example, the HP Products further include an HDCP receiver.<br><br><br>**Figure 1-1. Sample Connection Topology of an HDCP System** |

U.S. Patent No. 8,291,236

Claim 116 (pre): "A data processing system to process media content provided by a primary security system, the data processing system comprising:"

| Claim 116 (pre) | |
|---|---|
| | High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same diagram), *available at* https://www.digital-cp.com/hdcp-specifications

Further, the data processing system processes media content, for example by decrypting HDCP content.

**HDCP Receiver**. An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Receiver*.

**Source:** High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same), *available at* https://www.digital-cp.com/hdcp-specifications.

There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 116(a): "means for receiving, at a secondary conditional access client from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain, the secondary conditional access client being in a second security domain,"

| Claim 116(a) | |
|---|---|
| means for receiving, at a secondary conditional access client from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain, the secondary conditional access client being in a second security domain, | The HP Products include means for receiving, at a secondary conditional access client from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain, the secondary conditional access client being in a second security domain. |

The HP Products include means for receiving, at a secondary conditional access client from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain, the secondary conditional access client being in a second security domain.

For example, the HP OMEN 27 inch FHD 240Hz Gaming Monitor – OMEN 27S monitor includes, for example, an HDCP receiver that receives, through HDMI or DisplayPort from the HP OMEN Laptop 17t-ck200, 17.3", access controlled data that is in an access controlled format and that is at least partially derived from the security messages received in a first security domain.

For example, the HP OMEN 27 inch FHD 240Hz Gaming Monitor – OMEN 27S monitor includes HDCP-protected interface support, including HDMI and DisplayPort.

| | |
|---|---|
| **DisplayPort™** | 1 DisplayPort™ 1.4 |
| **Audio Port** | 1 x 3.5 mm Audio Jack (Audio Out) |
| **HDMI Port** | 2 HDMI 2.0 |
| **USB A** | 2 SuperSpeed USB Type-A 5Gbps signaling rate |
| **USB B** | 1 USB-B |
| **HDCP** | Yes, DisplayPort™ and HDMI |

**Source:** https://www.hp.com/us-en/shop/pdp/omen-by-hp-27-inch-fhd-240hz-gaming-monitor-omen-27s#techSpecs

U.S. Patent No. 8,291,236

Claim 116(a): "means for receiving, at a secondary conditional access client from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain, the secondary conditional access client being in a second security domain,"

| Claim 116(a) | |
|---|---|
| | Further, for example, the HP OMEN 27 inch FHD 240Hz Gaming Monitor – OMEN 27S monitor receives access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain. |

For example, the HP OMEN 27 inch FHD 240Hz Gaming Monitor – OMEN 27S monitor receives media content encrypted under HDCP by the conditional access server in accordance with access terms and policies of the DRM. For example, a conditional access server such as the HP OMEN Laptop 17t-ck200, 17.3" includes an HDCP transmitter that transmits the HDCP encrypted content to the HDCP protected interface in the HP OMEN 27 inch FHD 240Hz Gaming Monitor – OMEN 27S monitor (secondary access client).

---

**Connect the second monitor to your computer**

Computers and TVs have a wide variety of video connection types. The video connection on your computer must match the connection on your TV or monitor.

NOTE: If your PC only has DVI and your TV does not have a DVI port, you can use a special adapter or converter cable.

---

**Connect another monitor using cables**

Connect another monitor to your computer using cables.

1. Select a connection type based on your second monitor.

   - Monitor: USB Type-C 10 Gbps port 🔌, Mini DisplayPort (Thunderbolt) ⚡ 🔌, DisplayPort 🔌, DVI 🔌, VGA 🔌

   - TV: USB Type-C 10 Gbps port 🔌, Mini DisplayPort (Thunderbolt) ⚡ 🔌, DisplayPort 🔌

   - High Definition TV: USB 5 Gbps port 🔌, Mini HDMI 🔌, DisplayPort 🔌, HDMI 🔌, DVI 🔌, VGA 🔌

2. Connect the TV or monitor to the computer using the cable you chose.

3. Connect a power cable to the TV or monitor, and then turn it on.

4. For TV connections only, change the TV video input source to match the video source connection from the computer (Line-1, Video-1, HDMI, and so on). See the documents that came with the TV for instructions.

   NOTE: Depending on the TV, the image quality might not be as good as that of a monitor.

5. Turn on the computer.

**Source:** https://support.hp.com/us-en/document/ish_3155639-2906263-16

U.S. Patent No. 8,291,236

Claim 116(a): "means for receiving, at a secondary conditional access client from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain, the secondary conditional access client being in a second security domain,"

| Claim 116(a) | |
|---|---|
| |  Figure 1-1. Sample Connection Topology of an HDCP System |
| | High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same diagram), *available at* https://www.digital-cp.com/hdcp-specifications |
| | **HDCP Transmitter**. An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter*. |
| | **HDCP Receiver**. An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Receiver*. |
| | High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7 (same definition), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same definition), https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 116(a): "means for receiving, at a secondary conditional access client from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain, the secondary conditional access client being in a second security domain,"

| Claim 116(a) | |
|---|---|
| | There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content. |
| | High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same), https://www.digital-cp.com/hdcp-specifications.

Further the accessed controlled data received by the secondary CA client HP Products is at least partially derived from the security messages received in a first security domain. For example, the secondary conditional access server HP Products can receive and process security messages from a DRM system, for example licenses with output protection levels requiring HDCP protection. *See supra* cl. 100(b)-(c).

For example, the secondary conditional access server HP Products encrypt the media content under HDCP protection pursuant the requirements of the license prior to transmitting the media content between devices over HDCP protected interfaces, for example, HDMI, DisplayPort, or independent interfaces (*e.g.*, Miracast). *See supra* cl. 100(b)-(c). |

U.S. Patent No. 8,291,236

Claim 116(b): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust…"

| Claim 116(b) | |
|---|---|
| wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust. | In the HP Products, wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust.

For example, the primary security system (including, *e.g.*, Microsoft PlayReady, Google Widevine) authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust. *See supra* cl. 100(d).

Further, the conditional access server authenticates clients through a second process, for example HDCP, that is independent of the first authentication process. *See supra* cl. 100(d).

Further, for example, the second authentication process uses a second root of trust which is independent of and different than the first root of trust. *See supra* cl. 100(d).

In the HP Products, the second authentication process uses a second root of trust which is independent of and different than the first root of trust. *See supra* cl. 100(d).

In the HP Products, the conditional access server is configured to substitute the first security domain with the secondary security domain for the clients under the second root of trust. *See supra* cl. 100(d). |

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) |
|---|
| A conditional access server, comprising: |

| A conditional access server, comprising: | To the extent the preamble is found to be limiting, the HP Products are conditional access servers, such as a computer.<br><br>For example, the HP OMEN laptop 17t-ck200 17.3", the HP Laptop 17-cp1797nr, 17.3", and the HP Chromebook 14a-ne0047nr, 14"are conditional access servers. *See, e.g.,* Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories to HP (Nos. 1-12) Exhibit A.<br><br>For example, the HP OMEN laptop 17t-ck200 17.3" includes an Intel Core processor with HDCP-protected interfaces, including for example HDMI and DisplayPort: |

**Processor and graphics**

INCLUDED IN CURRENT CONFIGURATION
Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4060 Laptop GPU (8 GB)

ALTERNATE OPTIONS
Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4070 Laptop GPU (8 GB)
Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4080 Laptop GPU (12 GB)
Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4090 Laptop GPU (16 GB)

**Source:** https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs

**External I/O Ports**

1 Thunderbolt™ 3 (40Gbps signaling rate) with USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge); 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 2.1; 1 headphone/microphone combo; 1 mini DisplayPort™; 1 RJ-45[19,42]

**Source:** https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | The HP Laptop 17-cp1797nr, 17.3" includes, for example, an AMD core processor with HDCP-protected interfaces, including for example HDMI and DisplayPort: |

**Processor**

AMD Ryzen™ 7 5825U (up to 4.5 GHz max boost clock, 16 MB L3 cache, 8 cores, 16 threads)[6,7]

**Graphics**

Integrated: AMD Radeon™ Graphics

**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr

**External I/O Ports**

1 USB Type-C® 5Gbps signaling rate (supports data transfer only and does not support charging or external monitors); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 1.4b; 1 headphone/microphone combo

Source: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | The HP Chromebook 14a-ne0047nr, 14"includes, for example, an Intel core processor with HDCP-protected interfaces, including for example HDMI and DisplayPort:<br><br>**Processor**<br><br>Intel® Celeron® N4120 (up to 2.6 GHz burst frequency, 4 MB L2 cache, 4 cores, 4 threads)[6,7]<br><br>**Graphics**<br><br>Integrated: Intel® UHD Graphics 600<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr<br><br>**External I/O Ports**<br><br>1 USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4); 2 USB Type-A 5Gbps signaling rate; 1 headphone/microphone combo; 1 HDMI 1.4b<br><br>Source: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr |

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | The Intel Core processors in the HP OMEN laptop 17t-ck200 17.3" and HP Chromebook 14a-ne0047nr, 14" include, for example, Intel Software Guard Extensions (Intel SGX) that provide applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data:  **Source:** https://ark.intel.com/content/www/us/en/ark/products/186605/intel-core-i9-9900k-processor-16m-cache-up-to-5-00-ghz.html. *See* "?" at Intel Software Guard Extensions (Intel SGX) under Security and Reliability. |

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | The AMD Core processor in HP Laptop 17-cp1797nr, 17.3" also include, inter alia, ARM TrustZone which allows the partition of software code and data to help secure systems. |

## The TrustZone hardware architecture

The TrustZone architecture provides a means for system designers to help secure systems, using the TrustZone Security Extensions, and Secure peripherals. Low-level programmers should understand the design requirements that are placed on the system by the TrustZone architecture, even if they do not use the security features.

The ARM Security Extensions model allows system developers to partition device hardware and software resources, so that they exist in either the Secure world for the security subsystem, or the Normal world for everything else. Correct system design can

**Source:** https://developer.arm.com/documentation/100935/0100/The-TrustZone-hardware-architecture-



**Source:** https://www.bleepingcomputer.com/news/security/security-flaw-in-amds-secure-chip-on-chip-processor-disclosed-online/ (annotated)

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | The HP products include Windows and ChromeOS operating systems, which enable processing of conditional access protection.<br><br>For example, the HP OMEN laptop 17t-ck200 17.3" and HP Laptop 17-cp1797nr, 17.3" include Microsoft Windows 11:<br><br>**Operating system**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Windows 11 Home<br><br>ALTERNATE OPTIONS<br>Windows 11 Pro<br>Windows 11 Pro<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>**Operating system**<br><br>Windows 11 Home<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr |

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | The HP Chromebook 14a-ne0047nr, 14" includes, for example, the ChromeOS operating system:<br><br>**Operating system**<br><br>ChromeOS<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr<br><br>Further, Microsoft Windows 11 includes a web browser, for example Microsoft Edge:<br><br>Microsoft Edge is the only browser built for Windows<br><br>Built-in performance and security features help you browse quickly and safely. AI-powered tools and seamless productivity features help you save time and unleash your creativity. It's simple – Windows & Edge work better together.<br><br>Next<br><br>Windows + Edge<br><br>Better together   Performance   Security   Convenience   Copilot   Simple setup   Sign in   Get started<br><br>**Source:** https://www.microsoft.com/en-us/edge/windows-edge?form=MA13FJ |

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | Microsoft Windows 11 is also compatible with other web browsers, for example Google Chrome: |

**Does Chrome work on my operating system?** ✕

Chrome is compatible with devices that run Windows and Mac operating systems, provided they meet the minimum system requirements. In order to install Chrome and receive adequate support, you must meet the system requirements. Learn more about using Chrome on your device.

**Source:**
https://www.google.com/chrome/#:~:text=%ED%95%9C%EA%B5%AD%EC%96%B4%20%2D%20%EB%8C%80%ED%95%9C%EB%AF%BC%EA%B5%AD-,Get%20Chrome%20for%20Windows,For%20Windows%2011%20ARM

ChromeOS includes, inter alia, a web browser, for example Chrome:

Chrome OS is primarily designed to be used with the Google Chrome browser pre-installed on the operating system. However, you can install other browsers on your Chromebook with Chrome OS. Here's how:

**Source:** https://www.xda-developers.com/how-to-install-microsoft-edge-chrome-os/

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
| --- | --- |
| | ChromeOS is also compatible with other web browsers, for example Microsoft Edge:  **Source:** https://play.google.com/store/apps/details?id=com.microsoft.emmx&hl=en_IN Processors in the HP Products support High-bandwidth Digital Content Protection (HDCP) over wired displays HDMI and DisplayPort. For example, Intel Processors in the HP Products support HDCP over HDMI and DisplayPort: **Source:** https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887. |

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | For example, AMD Processors in the HP Products support HDCP over HDMI and DisplayPort: |

**HDMI® Version**           2.1

**HDCP Version Supported**  2.3

**USB Type-C® DisplayPort™**  Yes
**Alternate Mode**

**Source:** https://www.amd.com/en/products/processors/laptop/ryzen/300-series/amd-ryzen-ai-9-hx-370.html

Further, for example the HP Products include an HDCP transmitter.

**HDCP Transmitter**. An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter*.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7 (same definition), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same definition), https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | <br>**Figure 1-1. Sample Connection Topology of an HDCP System**<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same diagram), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same diagram), https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
| --- | --- |
| | There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content. |

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same), https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236
Claim 130 (Pre): "A conditional access server, comprising:"

| Claim 130 (Pre) | |
|---|---|
| | **2.1    Overview**<br><br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 11 (same), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 11 (same), https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
| --- | --- |
| one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain; | The HP Products include one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain.<br><br>For example, the HP Products with Intel and AMD Processors include a Wi-Fi communication interface.<br><br>In particular, for example, the HP OMEN laptop 17t-ck200 17.3" includes a Wi-Fi 6E wireless interface.<br><br>**Wireless technology**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Realtek Wi-Fi 6E (2x2) and Bluetooth® 5.3 compatible combo (Supporting Gigabit data rate)<br><br>ALTERNATE OPTIONS<br>Intel® Wi-Fi 6E AX211 (2x2) and Bluetooth® 5.3 wireless card<br><br>**Source:** https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>In particular, for example the HP Laptop 17-cp1797nr, 17.3"includes Wi-Fi 6 wireless interface.<br><br>**Wireless technology**<br><br>Realtek Wi-Fi 6 (2x2) and Bluetooth® 5.3 wireless card (supporting gigabit data rate) [11,12,13,46]<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr |

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
| --- | --- |
| | In particular, for example, the HP Chromebook 14a-ne0047nr, 14"includes a Wi-Fi (802.11a) wireless interface. |

### Wireless technology

Intel® Wireless-AC 9560 802.11a/b/g/n/ac (2x2) Wi-Fi® and Bluetooth® 5.1 wireless card[11,12,13]

**Source**: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr



**Source**: https://edc.intel.com/content/www/us/en/design/ipla/software-development-platforms/client/platforms/alder-lake-desktop/12th-generation-intel-core-processors-datasheet-volume-1-of-2/001/introduction/

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) |
| --- |



**Source:** https://www.techpowerup.com/review/amd-ryzen-7-7800x3d/3.html

Further, for example, the HP Products include a wired communication interface. In particular, for example HP OMEN Laptop 17t-ck200, 17.3" includes, inter alia, USB Type A and B.

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | **External I/O Ports**<br><br>2 USB Type-A 10Gbps signaling rate; 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 1 AC smart pin; 1 HDMI-out 2.1; 1 headphone/microphone combo; 1 RJ-45; 1 USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4a, HP Sleep and Charge)[19,42]<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/omen-gaming-laptop-17-db0047nr#techSpecs<br><br>For example, the HP Laptop 17-cp1797nr, 17.3" and HP Chromebook 14a-ne0047nr, 14"include USB connections that are capable of interfacing with Ethernet.<br><br>**External I/O Ports**<br><br>1 USB Type-C® 5Gbps signaling rate (supports data transfer only and does not support charging or external monitors); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 1.4b; 1 headphone/microphone combo<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr<br><br>**External I/O Ports**<br><br>1 USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4); 2 USB Type-A 5Gbps signaling rate; 1 headphone/microphone combo; 1 HDMI 1.4b<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr |

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
| --- | --- |
| | Further, for example, the HP Products with Intel and AMD processors include communication interfaces, for example HDMI and/or DisplayPort and/or Independent Interfaces. |

**High-bandwidth Digital Content Protection (HDCP)**

HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).

The HDCP 1.4, 2.3 keys are integrated into the processor.

Intel 12th Generation Intel Core Processors Datasheet, Volume 1 of 2, *available at* https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887

| | |
| --- | --- |
| **HDMI® Version** | 2.1 |
| **HDCP Version Supported** | 2.3 |
| **USB Type-C® DisplayPort™ Alternate Mode** | Yes |

**Source:** https://www.amd.com/en/products/processors/laptop/ryzen/300-series/amd-ryzen-ai-9-hx-370.html

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | These wireless and wired communication interfaces allow the HP Products to receive security messages of a primary security system in a first domain.  For example, the HP Products receive security messages of a primary security system in a first domain from a Digital Rights Management (DRM) system, including Microsoft PlayReady.

**Microsoft PlayReady content access and protection technology** is a set of technologies that can be used to distribute audio/video content more securely over a network, and help prevent the unauthorized use of this content. This technology is used for defining, incorporating, and enforcing rights for digital media. The service provider and content provider can control the expiration date, the number of times a user can play the content file, the resolution of the content that can be played on a screen, the type of screen that content is rendered to, and many other content settings. PlayReady technologies can be incorporated into media applications on televisions, set top boxes, mobile phones, tablets, personal computers, and other devices to enforce the content access rules defined by the content owners.

### Microsoft PlayReady is the Widest Deployed Content Protection Technology in the World

Microsoft PlayReady is a Content Protection Technology that is massively deployed in the world. PlayReady runs on all sorts of devices and apps, and all operating systems. Thousands of services around the world and more than four billion devices use PlayReady.

**Source**: https://www.microsoft.com/playready/features/DigitalMediaStrategy/

Microsoft PlayReady is integrated into many platforms, including for example Windows operating systems and various Web browsers.

For example, Microsoft ensures all Windows 10 devices include a PlayReady Client integrated in the Windows OS itself, or in the chip's firmware of the device (TEE), and exposes it through UWP APIs to application developers. But many Android TV device makers do the same. These devices use various APIs to expose the

**Source**: https://learn.microsoft.com/en-us/playready/overview/developing-applications |

-78-

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | 

**Source**: https://www.microsoft.com/playready/features/productSuite/

## Microsoft PlayReady for Edge and Browsers

Modern browsers, combined with current web standards, support playback using PlayReady. A web app running in a modern web browser which supports HTML5 and JavaScript will use the **Encrypted Media Extensions (EME)** interface to do PlayReady operations. Microsoft PlayReady supports W3C web standards that allow Microsoft's Edge browser to leverage native PlayReady via Encrypted Media Extensions (EME). Companies that develop web apps to DASH/MSE/CENC/EME based designs can follow a single encoding work flow enabled by CENC. This represents the most broadly interoperable solution across browsers, platforms, content, and devices going forward.

**Source**: https://www.microsoft.com/playready/features/microsoftEndpoints/ |

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) |
|---|

|  | Embedded in the device | In the application |
|---|---|---|
| Windows 10 | Yes. Windows SDK. UWP or Web app in Microsoft Edge |  |
| Windows 8, 8.1 | Yes. Windows SDK | 3rd party SDKs possible |
| Windows 7 | Yes. Silverlight | 3rd party SDKs possible |
| MacOS | No | Silverlight and 3rd party SDKs |
| iOS | No | 1st and 3rd party SDKs |
| Apple TV OS | No | 3rd party SDKs |
| Chrome OS | No |  |
| Android Mobile | Yes on some models | 3rd party SDKs |
| Android TV | Yes on all models |  |
| Linux TVs | Yes on most models |  |
| Consoles | Yes on PlayStations and Xbox |  |
| Network Receivers | Yes on most models |  |
| Blu Ray Disc Players | Yes on most models |  |

**Source:** https://learn.microsoft.com/en-us/playready/overview/developing-applications

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | The HP Products also receive security messages of a primary security system in a first domain from a Digital Rights Management (DRM) system, including Google Widevine:<br><br>**Overview**<br><br>Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution.<br><br>**Source**: https://developers.google.com/widevine/drm/overview<br><br>Google Widevine is supported in numerous devices or platforms including, for example, operating systems, and browsers.<br><br>**Supported Platforms**<br><br>The Widevine client is natively embedded into a device platform unless otherwise noted.<br><br>

| Device or Platform | Supported ? |
|---|---|
| Android (Mobile, TV, Automotive) | Yes |
| Android Open Source (AOSP) | Yes |
| Apple iOS | Yes [1] |
| Apple TV (tvOS) | - |
| Chromecast (Cast) | Yes |
| Google Home and Nest devices | Yes |
| ChromeOS (Chromebook) | Yes |
| Chrome Browser (Windows, Mac OS X, Linux) | Yes |
| Chromium Browser | Yes |
| Chromium Embedded Framework (CEF) / Electron | Yes |
| Firefox Browser | Yes |
| Edge Browser | Yes |
| Opera (Browser and Embedded devices) | Yes |
| Safari Browser (Desktop) | - |

**Source**: https://developers.google.com/widevine/drm/overview (excerpt of Supported Platforms)

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) |
|---|

## Overview

Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution.

> ★ **Note:** A license agreement is required for the use of Widevine products or services. Widevine does not assess any fee for use of its products and services.

Widevine DRM adopts the following standards:

- Encrypted Media Extensions - a W3C specification.
- Common Encryption
  - ISO/IEC 23001-7 - Common encryption in ISO base media file format files
  - ISO/IEC 23001-9 - Common encryption of MPEG-2 transport streams

**Source:** https://developers.google.com/widevine/drm/overview

The HP Products receive security messages of a primary security system in a first security domain, including for example, licenses or license packages.

**Source:** https://learn.microsoft.com/en-us/playready/overview/license-persistence ("[L]icenses contain policy information for the content with which they are associated. Licenses may be issued over any transport, but typically licenses are issued over the Web.")

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | For example, the HP Products can receive security messages from a Microsoft PlayReady security system |
| |  |
| | **Source**: https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system |
| |  |
| | **Source**: https://learn.microsoft.com/en-us/playready/overview/ecosystem#content-and-license-flow |

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | For example, the HP Products can receive security messages from a Google Widevine security system:  **Source**: https://developers.google.com/widevine/drm/overview (Ecosystems) |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(i) | |
|---|---|
| a processor coupled to the one or more communication interfaces, the processor to process the security messages, | The HP Products include a processor coupled to the one or more communication interfaces, the processor to process the security messages.<br><br>For example, the HP OMEN Laptop 17t-ck200, 17.3" and the HP Chromebook 14a-ne0047nr, 14"include Intel Core processors.<br><br>**Processor and graphics**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4060 Laptop GPU (8 GB)<br><br>ALTERNATE OPTIONS<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4070 Laptop GPU (8 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4080 Laptop GPU (12 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4090 Laptop GPU (16 GB)<br><br>**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>**Processor**<br><br>Intel® Celeron® N4120 (up to 2.6 GHz burst frequency, 4 MB L2 cache, 4 cores, 4 threads)[6,7]<br><br>**Graphics**<br><br>Integrated: Intel® UHD Graphics 600<br><br>Source: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(i) | |
|---|---|
| | For example, the HP Laptop 17-cp1797nr, 17.3" includes an AMD core processor. |

**Processor**

AMD Ryzen™ 7 5825U (up to 4.5 GHz max boost clock, 16 MB L3 cache, 8 cores, 16 threads)[6,7]

**Graphics**

Integrated: AMD Radeon™ Graphics

**Source**: https://www.hp.com/us-en/shop/pdp/hp-laptop-17-cp1797nr

The Intel Core processors in the HP Products include, for example, Intel Software Guard Extensions (Intel SGX) that provide applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data:

Intel® Software Guard Extensions (Intel® SGX)

Intel® Software Guard Extensions (Intel® SGX) provide applications the ability to create hardware enforced trusted execution protection for their applications' sensitive routines and data. Intel® SGX provides developers a way to partition their code and data into CPU hardened trusted execution environments (TEE's).

Intel® AES New Instructions    ?    Yes

**Source**: https://ark.intel.com/content/www/us/en/ark/products/186605/intel-core-i9-9900k-processor-16m-cache-up-to-5-00-ghz.html. *See* "?" at Intel Software Guard Extensions (Intel SGX) under Advanced Technologies.

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(i) | Further, for example, the AMD Core processor in HP Products also include, inter alia, ARM TrustZone which allows the partition of software code and data to help secure systems: |
|---|---|

### The TrustZone hardware architecture

The TrustZone architecture provides a means for system designers to help secure systems, using the TrustZone Security Extensions, and Secure peripherals. Low-level programmers should understand the design requirements that are placed on the system by the TrustZone architecture, even if they do not use the security features.

The ARM Security Extensions model allows system developers to partition device hardware and software resources, so that they exist in either the Secure world for the security subsystem, or the Normal world for everything else. Correct system design can

**Source:** https://developer.arm.com/documentation/100935/0100/The-TrustZone-hardware-architecture-



**Source:** https://www.bleepingcomputer.com/news/security/security-flaw-in-amds-secure-chip-on-chip-processor-disclosed-online/ (annotated)

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(i) | |
|---|---|
| | Further, the Intel Core processors in HP Products include Intel Converged Security and Management Engine (Intel CSME) that allows content providers hardware-based security management.<br><br>**Figure 1. Intel® CSME in the System**<br><br><br><br>Intel® CSME is present on most Intel platforms, including client consumer and commercial systems, workstations, servers, and IoT (Internet of Things) products.<br><br>For hardware (HW)-based security, users such as content providers or IT (Information Technology) organizations can manage, for example, DRM (Digital-Right Management) and Intel® Active Management Technology (Intel® AMT), which requires hardware-level security to be available when the host is not responding or is powered down.<br><br>**Source**: https://www.intel.com/content/dam/www/public/us/en/security-advisory/documents/intel-csme-security-white-paper.pdf at page 8.<br><br>• Intel® CSME supports HW DRM that helps users enjoy premium services from third-party providers, with control access to copyright material<br><br>**Source**: https://www.intel.com/content/dam/www/public/us/en/security-advisory/documents/intel-csme-security-white-paper.pdf at page 9. |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(i) | |
|---|---|
| | Further, the AMD processors in HP Products include security processors, such as AMD Platform Security Processor (PSP) and AMD Secure Processor (ASP), that allow content providers hardware-based security management. |

**AMD SECURE PROCESSOR (ASP)**

The AMD Secure Processor is dedicated hardware available in each system-on-a-chip (SoC), designed to anchor a hardware root of trust. It will also help boot and initialize the SoC through a secure boot flow and establish an isolated Trusted Execution Environment. Even though it is part of the silicon, it is considered isolated, as the host SoC cannot access its memory. The ASP is foundational to platform security, with the following components:

**Source**: https://www.amd.com/system/files/documents/amd-security-white-paper.pdf

## Integration in a system using TrustZone technology

The integration of a DRM agent within a TrustZone-enabled system is architecturally relatively simple. The design in Gadget2008 will place the DRM agent component, which is responsible for rights storage, rights validation and content decryption, in the Secure world. The design will place the CODEC and media player in the Normal world. Although this exposes the decrypted content to a degree of risk, mechanisms such as anti-virus can be used to detect unauthorized changes to the Normal world operating system and the media player, at which point the Secure world can stop sending content to the Normal world.

**Source**: https://developer.arm.com/documentation/PRD29-GENC-009492/c/TrustZone-System-Design/Example-use-cases/Content-management?lang=en

Further, security messages, for example licenses, may be processed on the conditional access server.

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(i) | |
|---|---|
| | For example, security messages are processed on the conditional access server in PlayReady implementations, for example licenses are decrypted. **Source:** Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("The PlayReady client verifies the License server's digital signature and certificate expiration, and then decrypts the license using its own private key.") |

For example, security messages are processed on the conditional access server in the Widevine implementations, for example license packages or objects are decrypted.

## Content Decryption Module

Widevine installs a Content Decryption Module (CDM) on every device that plays back encrypted content. The module is unique for each type of device and has three major functions:

1. When the Player determines that the content is encrypted, it tells the CDM to generate a license request. The MPD and PSSH (Protection System Specific Header) information is retrieved from the content and parsed in order to determine the DRM system to be used.
2. The CDM then creates an encrypted license request object which it passes back to the Player. The Player will then pass the encrypted license object to the License Server.
3. Next, when the License Server responds to the Player request, it sends an encrypted object containing license information to the Player. Finally, the Player passes the encrypted object to the CDM, which in turn passes it to the OEMCrypto Module for decryption.

## OEMCrypto Module

The OEMCrypto Module decrypts the content using information passed to it from the Player (and the License Server). The OEMCrypto Module is in the Trusted Layer of the device and is tied into the device hardware. It uses the encrypted license information to decrypt the media, and the media sent to the video stack.

**Source:** Google, *Widevine DRM Overview*, (2017), *available at* https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf

The OEMCrypto Module is implemented by system-on-chip vendors or by Widevine.

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(i) | |
|---|---|
| | **Source:** Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("OEM Crypto is implemented by the system-on-chip vendor for Widevine L1, or by Widevine (Google, Inc.) for L3.")

Further, for example, security messages may be processed on the conditional access server at trusted execution environments (TEE).



**Source:** https://learn.microsoft.com/en-us/playready/overview/clients |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(i) | |
|---|---|
| | **Security Level 1**<br><br>All content processing, cryptography, and control is performed within the Trusted Execution Environment (TEE). In some implementation models, security processing may be performed in different chips.<br><br>**Security Level 2**<br><br>Performs cryptography (but not video processing) within the TEE: decrypted buffers are returned to the application domain and processed through separate video hardware or software. At level 2, however, cryptographic information is still processed only within the trusted execution environment.<br><br>**Security Level 3**<br><br>Does not have a TEE on the device.  Appropriate measures may be taken to protect the cryptographic information and decrypted content on host operating system.  A Level 3 implementation may also include a hardware cryptographic engine, but that only enhances performance, not security.<br><br>**Source:** Google, *Widevine DRM Overview*, (2017), *available at* https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b)(ii) | |
|---|---|
| the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages | The HP Products include one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages.<br><br>The access controlled data in an access controlled format that is at least partially derived from the security messages may include, for example, HDCP content encrypted at an HDCP level required by a decrypted DRM license. *See supra* cl. 100(c).<br><br><br>**Figure 1-1. Sample Connection Topology of an HDCP System**<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>Further, for example, the HP Products include one or more communication interfaces to transmit, for example over HDCP protected interfaces, such as HDMI, DisplayPort, and Wi-Fi. *See supra* cl. 130(a) |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

> For the purpose of this specification, it is assumed that the Audiovisual content is transmitted over a DisplayPort based wired display link. In an HDCP System, two or more HDCP Devices are interconnected through an HDCP-protected Interface. The Audiovisual Content flows from the Upstream Content Control Function into the HDCP System at the most upstream HDCP Transmitter. From there the Audiovisual Content encrypted by the HDCP System, referred to as HDCP Content, flows through a tree-shaped topology of HDCP Receivers over HDCP-protected Interfaces. This specification describes a content protection mechanism for: (1) authentication of HDCP Receivers to their immediate upstream connection (i.e., an HDCP Transmitter), (2) revocation of HDCP Receivers that are determined by the Digital Content Protection, LLC, to be invalid, and (3) HDCP Encryption of Audiovisual Content over the HDCP-protected Interfaces between HDCP Transmitters and their downstream HDCP Receivers. HDCP Receivers may render the HDCP Content in audio and visual form for human consumption. HDCP Receivers may be HDCP Repeaters that serve as downstream HDCP Transmitters emitting the HDCP Content further downstream to one or more additional HDCP Receivers.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 5, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 5, *available at* https://www.digital-cp.com/hdcp-specifications (similar description).

For example, the Intel and AMD processors in the HP Products support an HDCP interface, for example HDMI, DisplayPort, or other interfaces, to transmit the recited access controlled data from the conditional access server to a secondary conditional access client through a network connection in a secondary security domain.

> ## High-bandwidth Digital Content Protection (HDCP)
>
> HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).
>
> The HDCP 1.4, 2.3 keys are integrated into the processor.

Intel 12th Generation Intel Core Processors Datasheet, Volume 1 of 2, *available at* https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887.

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| | |
|---|---|
| **HDMI® Version** | 2.1 |
| **HDCP Version Supported** | 2.3 |
| **USB Type-C® DisplayPort™ Alternate Mode** | Yes |

**Source:** https://www.amd.com/en/products/processors/laptop/ryzen/300-series/amd-ryzen-ai-9-hx-370.html

Further, the access-controlled data (HDCP encrypted media content) can be transmitted to an HDCP receiver via HDMI, DisplayPort, or wireless connections such as Miracast. *See, e.g.*, High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Interface Independent / Intel WiDi / Miracast, Rev. 2.3 (Mar. 02, 2018), *available at* https://www.digital-cp.com/hdcp-specifications.

| | |
|---|---|
| **External I/O Ports** | 1 Thunderbolt™ 3 (40Gbps signaling rate) with USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge); 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 2.1; 1 headphone/microphone combo; 1 mini DisplayPort™; 1 RJ-45[19,42] |

**Source**: https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access …….through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) | |
|---|---|
| wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process, and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust. | In the HP Products, wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust.

For example, the primary security system (including, *e.g.*, Microsoft PlayReady, Google Widevine) authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust. *See supra* cl. 100(d).

Further, the conditional access server authenticates clients through a second process, for example HDCP, that is independent of the first authentication process. *See supra* cl. 100(d).

Further, for example, the second authentication process uses a second root of trust which is independent of and different than the first root of trust. *See supra* cl. 100(d).

In the HP Products, the second authentication process uses a second root of trust which is independent of and different than the first root of trust. *See supra* cl. 100(d).

In the HP Products, the conditional access server is configured to substitute the first security domain with the secondary security domain for the clients under the second root of trust. *See supra* cl. 100(d). |

U.S. Patent No. 8,291,236
Claim 140 (pre): "A secondary conditional access client, comprising:"

| Claim 140 (pre) | |
|---|---|
| A secondary conditional access client, comprising | To the extent the preamble is found to be limiting, the HP Products are a data processing system to process media content provided by a primary security system.<br><br>For example, the HP OMEN 27 INCH FHD 240Hz Gaming Monitor – OMEN 27S monitor includes communication interfaces for the communication of media content provided by a primary security system, including for example from Microsoft PlayReady and Google Widevine based DRM systems, from the conditional access server (for example, HP OMEN Laptop 17t-ck200, 17.3", HP Laptop 17-cp1797nr, 17.3"), via an HDCP-protected interface. *See, e.g.,* Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories to HP (Nos. 1-12) Exhibit A.<br><br>For example, the HP OMEN 27 INCH FHD 240Hz Gaming Monitor – OMEN 27S includes HDCP-protected interfaces, including HDMI, DisplayPort, and independent interfaces (*e.g.*, Miracast).<br><br>**DisplayPort™**  1 DisplayPort™ 1.4<br><br>**Audio Port**  1 x 3.5 mm Audio Jack (Audio Out)<br><br>**HDMI Port**  2 HDMI 2.0<br><br>**USB A**  2 SuperSpeed USB Type-A 5Gbps signaling rate<br><br>**USB B**  1 USB-B<br><br>**HDCP**  Yes, DisplayPort™ and HDMI<br><br>**Source:** https://www.hp.com/us-en/shop/pdp/omen-by-hp-27-inch-fhd-240hz-gaming-monitor-omen-27s#techSpecs |

U.S. Patent No. 8,291,236
Claim 140 (pre): "A secondary conditional access client, comprising:"

| Claim 140 (pre) | |
|---|---|
| | **HDCP-protected Interface Port**. A logical connection point on an HDCP Device that supports an HDCP-protected Interface is referred to as an *HDCP-protected Interface Port*. A single connection can be made over an HDCP-protected interface port.<br><br>**HDCP-protected Interface**. An interface for which HDCP applies is described as an *HDCP-protected Interface*.<br><br>**Source** High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same), *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>For example, the HP Products further include an HDCP receiver.<br><br>**Figure 1-1. Sample Connection Topology of an HDCP System** |

-98-

U.S. Patent No. 8,291,236
Claim 140 (pre): "A secondary conditional access client, comprising:"

| Claim 140 (pre) | |
|---|---|
| | High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection HDCP System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same diagram), *available at* https://www.digital-cp.com/hdcp-specifications

Further, the HP Products, including for example HP  OMEN 27 inch FHD 240 Hz Gaming Monitor – OMEN 27s monitor, processes access controlled data, for example by decrypting HDCP content.

**HDCP Receiver**. An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Receiver*.

**Source:** High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7 (same), *available at* https://www.digital-cp.com/hdcp-specifications. High-Bandwidth Digital Content Protection System, Mapping HDCP to Interface Independent Intel WiDi, Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same), *available at* https://www.digital-cp.com/hdcp-specifications.

There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 140 (a): "a communication interface to receive, from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of a primary security system in a first security domain, the secondary conditional access client being in a second security domain; and"

| Claim 140(a) | |
|---|---|
| a communication interface to receive, from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of a primary security system in a first security domain, the secondary conditional access client being in a second security domain; | The HP Products include a communication interface to receive from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of a primary security system in a first security domain, the secondary conditional access client being in a second security domain.<br><br>For example, the HP OMEN 27 inch FHD 240 Hz Gaming Monitor – OMEN 27s  monitor includes, for example, HDCP protected interfaces, including HDMI and DisplayPort compatibility.<br><br>**DisplayPort™**     1 DisplayPort™ 1.4<br><br>**Audio Port**     1 x 3.5 mm Audio Jack (Audio Out)<br><br>**HDMI Port**     2 HDMI 2.0<br><br>**USB A**     2 SuperSpeed USB Type-A 5Gbps signaling rate<br><br>**USB B**     1 USB-B<br><br>**HDCP**     Yes, DisplayPort™ and HDMI<br><br>**Source:** https://www.hp.com/us-en/shop/pdp/omen-by-hp-27-inch-fhd-240hz-gaming-monitor-omen-27s#techSpecs |

U.S. Patent No. 8,291,236

Claim 140 (a): "a communication interface to receive, from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of a primary security system in a first security domain, the secondary conditional access client being in a second security domain; and"

For example, the HP OMEN 27 inch FHD 240 Hz Gaming Monitor – OMEN 27s monitor includes, for example, an HDCP receiver that receives, through HDMI or DisplayPort from the HP OMEN Laptop 17t-ck200, 17.3", access controlled data that is in an access controlled format and that is at least partially derived from the security messages received in a first security domain.

Further, for example, the HP OMEN 27 inch FHD 240 Hz Gaming Monitor – OMEN 27s monitor receives access controlled data that is in an access controlled format and that is at least partially derived from a security message of the primary security system in a first security domain.

For example, the HP OMEN 27 inch FHD 240 Hz Gaming Monitor – OMEN 27s monitor receives media content encrypted under HDCP by the conditional access server in accordance with access terms and policies of the DRM. *See supra,* claim 100(c).

For example, a conditional access server such as the HP OMEN Laptop 17t-ck200, 17.3" includes an HDCP transmitter that transmits the HDCP encrypted content to the HDCP protected interface in the HP OMEN 27 inch FHD 240 Hz Gaming Monitor – OMEN 27s monitor (secondary access client). *See supra,* claim 100(c).

> **HDCP Transmitter**. An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter*.

> **HDCP Receiver**. An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Receiver*.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7 (same definition), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same definition), https://www.digital-cp.com/hdcp-specifications.

Further the access controlled data received by the secondary CA client HP Products is at least partially derived from the security messages received in a first security domain. For example, the secondary conditional access server HP Products can receive and process security messages from a DRM system, for example licenses to determine the output protection levels and access terms for HDCP protection. *See supra* cl. 100(b)-(c).

U.S. Patent No. 8,291,236

Claim 140 (a): "a communication interface to receive, from a conditional access server through a network connection, access controlled data that is in an access controlled format and that is at least partially derived from a security message of a primary security system in a first security domain, the secondary conditional access client being in a second security domain; and"

| | |
|---|---|
| | For example, the secondary conditional access server HP Products encrypt the media content under HDCP protection pursuant the requirements of the license prior to transmitting the media content between devices over HDCP protected interfaces, for example, HDMI, DisplayPort, or independent interfaces (*e.g.*, Miracast). *See supra* cl. 100(b)-(c). |

U.S. Patent No. 8,291,236

Claim 140(b): "a processor coupled to the communication interface, the processor to process the access controlled data,"

| Claim 140(b) | |
|---|---|
| a processor coupled to the communication interface, the processor to process the access controlled data, | The HP Products include a processor coupled to the communication interface, the processor to process the access controlled data.

For example, the HP OMEN 27 inch FHD 240 Hz Gaming Monitor – OMEN 27s monitor includes an HDCP Receiver to decrypt HDCP content, and coupled with HDCP protected interfaces, for example, HDMI, DisplayPort, and Independent Interfaces (*e.g.*, Miracast).

HDCP Receiver. An HDCP Device that can receive and decrypt HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Receiver*.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 7 (same definition), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 7 (same definition), https://www.digital-cp.com/hdcp-specifications.

Further, for example the HDCP Receiver is a processor to process the access controlled data, for example HDCP Content.

There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to Independent Interfaces, Intel WiDi and Miracast, Rev. 2.3 (Mar. 2, 2018) at p. 9 (same), https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 140(c): "wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients …..."

| Claim 140(c) | |
|---|---|
| wherein the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust. | In the HP Products, wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust.<br><br>For example, the primary security system (including, *e.g.*, Microsoft PlayReady, Google Widevine) authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust. *See supra* cl. 100(d).<br><br>Further, the conditional access server authenticates clients through a second process, for example HDCP, that is independent of the first authentication process. *See supra* cl. 100(d).<br><br>Further, for example, the second authentication process uses a second root of trust which is independent of and different than the first root of trust. *See supra* cl. 100(d).<br><br>In the HP Products, the second authentication process uses a second root of trust which is independent of and different than the first root of trust. *supra* cl. 100(d).<br><br>In the HP Products, the conditional access server is configured to substitute the first security domain with the secondary security domain for the clients under the second root of trust. *See supra* cl. 100(d). |