M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Plaintiff
VideoLabs, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEOLABS, INC.,<br><br>   Plaintiff,<br><br>   v.<br><br>HP INC.,<br><br>   Defendant. | Misc. Case No. 5:25-mc-80039<br><br>[Related to Action Currently Pending in the United States District Court for the Western District of Texas, Case No. 6:23-cv-00641-DTG]<br><br>**PROPOSED ORDER** |

On February 14, 2025, VideoLabs, Inc. ("VideoLabs") filed a motion to compel third party Google LLC ("Google") to produce documents and source code in response to a subpoena served on Google in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.). VideoLabs requested that the Court transfer the motion to Texas for resolution by the presiding judge in the underlying litigation. Alternatively, VideoLabs asked that the Court compel Google to produce documents and source code in response to Requests for Production Nos. 1 through 6 within 14 days.

Having considered VideoLabs' motion to compel, the Court grants VideoLabs' motion. The Court transfers this motion to the Western District of Texas for resolution by the presiding judge in the underlying litigation. // The Court orders Google to produce all responsive

1  documents and source code in its possession responsive to Requests for Production Nos. 1
2  through 6 within 14 days.
3
4
5
6
7  IT IS SO ORDERED.
8
   Dated: _____                        _____
9                                             United States District Court Judge
10