M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Plaintiff
VideoLabs, Inc.*

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDEOLABS, INC.,<br><br>     Plaintiff,<br><br>     v.<br><br>HP INC.,<br><br>     Defendant. | Misc. Case No. 5:25-mc-80039<br><br>[Related to Action Currently Pending in the United States District Court for the Western District of Texas, Case No. 6:23-cv-00641-DTG]<br><br>**VIDEOLABS, INC.'S RULE 7.1 DISCLOSURE STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs VideoLabs, Inc. states the following:

Plaintiff VideoLabs, Inc. does not have a parent corporation. No public corporation owns ten percent or more of its stock.

Dated: February 14, 2025                              Respectfully submitted,

*/s/ Hillary Bunsow*
M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063

1

VIDEOLABS CORPORATE DISCLOSURE STATEMENT – CASE NO. 5:25-mc-80039

|   |   |
|---|---|
| 1 | Tel.: (650) 351-7248 |
| 2 | Fax: (415) 426-4744 |
|   | eday@bdiplaw.com |
| 3 | hillarybunsow@bdiplaw.com |

*Counsel for Plaintiff*
*VideoLabs, Inc.*