UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK <br><br> **ORDER SETTING BRIEFING SCHEDULE** <br><br> Re: Dkt. No. 1 |

Petitioner VideoLabs, Inc. ("VideoLabs") initiated this miscellaneous action by filing a motion to compel subpoena compliance in connection with a subpoena that it served upon Respondent Google LLC ("Google"). *See* Dkt. 1 (the "Motion"). It appears that the subpoena was served upon Google outside this district for compliance in this district. *See* Dkt. 1-3 at ECF Page 3. As of the issuance of this Order, no proof of service of the Motion on Google has been filed. Accordingly, the Court **ORDERS** as follows:

- VideoLabs must serve on Google a copy of the Motion and this Order and file proof of service of same by **February 20, 2025**.
- The Parties shall promptly meet and confer following service of the Motion and this Order on Google. **The meet and confer must occur either in person or by videoconference by counsel who have the authority to negotiate and compromise**.
- By **March 5, 2025**, Google shall file an opposition to the Motion which shall not exceed **ten** double-spaced pages, exclusive of the caption, table of contents and table of authorities.
- By **March 12, 2025**, Plaintiff shall file a reply in support of the Motion which shall not exceed **five** double-spaced pages, exclusive of the caption, table of contents and table of authorities.

- The Court will schedule a hearing if necessary.

**SO ORDERED.**

Dated: February 18, 2025

*Susan van Keulen*
SUSAN VAN KEULEN
United States Magistrate Judge