M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Plaintiff*
*VideoLabs, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK |
|---|---|
| | [Related to Action Currently Pending in the United States District Court for the Western District of Texas, Case No. 6:23-cv-00641-DTG] |
| | **PROOF OF SERVICE** |

**PROOF OF SERVICE**

I, Hillary N. Bunsow, hereby declare:

I am a citizen of the United States and employed in Redwood City, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 701 El Camino Real, Redwood City, CA 94063. On February 14, 2025, I served a copy of the following documents:

- **VIDEOLABS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS AND SOURCE CODE FROM THIRD PARPTY GOOGLE LLC; and**

- **DECLARATION OF HILLARY N. BUNSOW IN SUPPORT OF VIDEOLABS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS AND SOURCE CODE FROM THIRD PARPTY GOOGLE LLC; and**

- **EXHIBITS 1-7 TO THE DECLARATION OF HILLARY N. BUNSOW IN SUPPORT OF VIDEOLABS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL DOCUMENTS AND SOURCE CODE FROM THIRD PARPTY GOOGLE LLC; and**

- **[PROPOSED] ORDER GRANTING VIDEOLABS, INC.'S MOTION TO COMPEL DOCUMENTS AND SOURCE CODE FROM THIRD PARPTY GOOGLE LLC; and**

- **VIDEOLABS, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

by email to Gregory Corbett (Gregory.Corbett@WolfGreenfield.com), Meaghan Luster (Meaghan.Luster@WolfGreenfield.com), and Libbie DiMarco (Elizabeth.DiMarco@WolfGreenfield.com) (counsel for Google LLC).

Additionally, a copy of the above materials were served via Federal Express, mailed on February 14, 2025 and received on February 17, 2025 to Libbie DiMarco,

Wolf, Greenfield & Sacks, P.C., 601 Massachusetts Avenue, NW, Washington, DC 20001.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 19, 2025, in Santa Monica, California.

                                      */s/ Hillary N. Bunsow*
                                      Hillary N. Bunsow