1  M. Elizabeth Day SBN 177125
   Hillary N. Bunsow SBN 278719
2  BUNSOW DE MORY LLP
   701 El Camino Real
3  Redwood City, CA 94063
4  Tel.: (650) 351-7248
   Fax: (415) 426-4744
5  eday@bdiplaw.com
   hillarybunsow@bdiplaw.com
6
7  *Counsel for Plaintiff*
   *VideoLabs, Inc.*
8
                **IN THE UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK
12 | 
13 |                                  | [Related to Action Currently Pending in the United States District Court for the Western District of Texas, Case No. 6:23-cv-00641-DTG]
14 |
15 |                                  | **PROOF OF SERVICE**
16

# PROOF OF SERVICE

I, Hillary N. Bunsow, hereby declare:

I am a citizen of the United States and employed in Redwood City, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 701 El Camino Real, Redwood City, CA 94063. On February 19, 2025, I served a copy of the following documents:

- **ORDER SETTING BRIEFING SCHEDULE RE: DKT. NO. 1**

by email to Gregory Corbett (Gregory.Corbett@WolfGreenfield.com), Meaghan Luster (Meaghan.Luster@WolfGreenfield.com), and Libbie DiMarco (Elizabeth.DiMarco@WolfGreenfield.com) (counsel for Google LLC).

Additionally, a copy of the above materials were served via Federal Express, mailed on February 19, 2025 and received on February 20, 2025 to Libbie DiMarco, Wolf, Greenfield & Sacks, P.C., 601 Massachusetts Avenue, NW, Washington, DC 20001.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 20, 2025, in Santa Monica, California.

*/s/ Hillary N. Bunsow*
Hillary N. Bunsow