# EXHIBIT A

# U.S. Patent No. 8,291,236

## Infringement Claim Chart

## HP Products

U.S. Patent No. 8,291,236
Claim 130: "A conditional access server, comprising:"

| Claim 130 | |
|---|---|
| A conditional access server, comprising: | The HP Products include a conditional access server.<br><br>For example, the Intel Processors in the HP Products support High-bandwidth Digital Content Protection (HDCP) over wired displays HDMI and DisplayPort.<br><br>**High-bandwidth Digital Content Protection (HDCP)**<br><br>HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).<br><br>The HDCP 1.4, 2.3 keys are integrated into the processor.<br><br>Intel 12th Generation Intel Core Processors Datasheet, Volume 1 of 2, *available at* https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887.<br><br>For example, the HP OMEN laptop 17t-ck200 17.3" includes an Intel Core processor with HDMI and DisplayPorts.<br><br>**Processor and graphics**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4060 Laptop GPU (8 GB)<br><br>ALTERNATE OPTIONS<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4070 Laptop GPU (8 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4080 Laptop GPU (12 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4090 Laptop GPU (16 GB)<br><br>https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>**External I/O Ports**<br><br>1 Thunderbolt™ 3 (40Gbps signaling rate) with USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge); 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 2.1; 1 headphone/microphone combo; 1 mini DisplayPort™; 1 RJ-45[19,42] |

U.S. Patent No. 8,291,236
Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system <br><br> Streaming services such as Netflix secure their media content using Microsoft's PlayReady. https://news.microsoft.com/2010/05/25/netflix-taps-microsoft-playready-as-its-primary-drm-technology-for-netflix-ready-devices-and-applications/. <br><br> Further, for example, HP Products with Intel processors running the Chrome operating system can receive media files encrypted using Google's Widevine along with the license information (security messages) required to decrypt the encrypted media files. |

U.S. Patent No. 8,291,236
Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| |  https://developers.google.com/widevine/drm/overview#supported_encryption_schemes. Streaming services such as Netflix, Disney+, Youtube, Amazon Prime Video, HBO Max, Hulu, etc. secure their media content using Google's Widevine DRM. |

-10-

U.S. Patent No. 8,291,236
Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution.<br><br>https://developers.google.com/widevine/drm/overview#overview |

-11-

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit, to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages, | The HP Products include a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit, to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages.<br><br>For example, the Intel Processors in the HP Processors can receive data from the Wi-Fi communication interface.<br><br><br><br>https://edc.intel.com/content/www/us/en/design/ipla/software-development-platforms/client/platforms/alder-lake-desktop/12th-generation-intel-core-processors-datasheet-volume-1-of-2/001/introduction/<br><br>Further, the Intel processors in the HP Products can process the security messages. For example, the HP Products with Intel Processors running the Windows operating system can process media content encrypted using Microsoft's PlayReady DRM. |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| | <br>https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system<br><br>Further, the HP Products with Intel Processors running the Chrome operating system can process media content encrypted using Google's Widevine DRM. |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| |  https://developers.google.com/widevine/drm/overview#supported_encryption_schemes. The Wi-Fi interface to the Intel processors in the HP Processors is used to transmit to a secondary conditional access client through a network connection in a second security domain, access controlled data that in an access controlled format and that is at least partially derived from the security messages. |

-14-

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| | For example, the processed security messages (ReadyPlay or Widevine DRM Content protection information/License used to encrypt/decrypt media content) are used to decrypt the media content transmitted through Wi-Fi in the first security domain. The processed security messages also include the HDCP encryption requirements for the HDMI connection of the client device. For example, the license may include an Output Protection Level (OPL) for the client device, which in turn indicates HDCP requirements for the HDMI connection.<br><br>OPLs create layers of rights protection in order to associate types of content to a security restriction. Higher OPLs indicate a higher-level security. A device does not output content if the device only supports an output protection level that is lower than the minimum OPL for the content, because the device does not support the protected path requirements for playing back content protected at that level.<br><br>OPLs are associated to a particular type and format of content. For instance, compressed analog video, uncompressed analog video, compressed digital video, and uncompressed digital video all may have separate OPLs associated with them. Because each type of content format has a set of OPLs, different types of content may only have a few levels of protection associated with them.<br>**Source**: https://learn.microsoft.com/en-us/playready/overview/output-protection-levels<br><br>The decrypted media content is further sent to the HDCP system which processes the decrypted media content with HDCP encryption using the HDCP encryption requirements from the security messages into HDCP encrypted content and transmits the HDCP encrypted content to a HDCP receiver. |

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) | |
|---|---|
| wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process, | In the HP Products, the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process.<br><br>For example, the primary security system (*e.g.*, Microsoft PlayReady, Google WideVine) authenticates the conditional access server clients of the primary security system through a first authentication process.<br><br><br>Figure 1-1. Sample Connection Topology of an HDCP System<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>The authentication process for media encrypted using Microsoft PlayReady is illustrated below: |

-19-

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) | |
|---|---|
| | <br>https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system<br><br>Similarly, the authentication process for media encrypted using Google's Widevine is illustrated below: |

-20-

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) |
|---|
| <br>https://developers.google.com/widevine/drm/overview#supported_encryption_schemes.<br><br>Further, the conditional access server authenticates through an HDCP authentication process that is independent of the first authentication process. The HDCP authentication process is described below: |

-21-

U.S. Patent No. 8,291,236

Claim 130(c)(i): "and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust,"

| Claim 130(c)(i) | |
|---|---|
| and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, | In the HP Products, the second authentication process uses a second root of trust which is independent of and different than the first root of trust.<br><br>For example, the HDCP authentication process uses a root of trust specific to HDCP as detailed below:<br><br>**2.1 Overview**<br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>The HDCP root of trust is independent of and different than the root of trust used, for example, for Microsoft PlayReady or Google Widevine. |

U.S. Patent No. 8,291,236
Claim 130(c)(ii): "and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust."

| Claim 130(c)(ii) | |
|---|---|
| and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust. | In the HP Products, the conditional access server is configured to substitute the first security domain with the secondary security domain for the clients under the second root of trust.<br><br>For example, the HDCP system in the HP Products with Intel processors is configured to substitute the first security domain (*e.g.*, Microsoft PlayReady, Google Widevine) with the second security domain (HDCP) for clients under the second root of trust.<br><br><br>Figure 1-1. Sample Connection Topology of an HDCP System<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications. |