# EXHIBIT B

| | |
|---|---|
| **From:** | DiMarco, Libbie A. |
| **To:** | Hillary Bunsow; Luster, Meaghan P.; Jerry Tice; Elizabeth Day |
| **Cc:** | Gomez, Valeria; Lohr, Ashley |
| **Subject:** | RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google"s Objections and Responses to Subpoenas |
| **Date:** | Tuesday, December 3, 2024 11:34:17 AM |
| **Attachments:** | image001.png |
| | image002.png |

Hillary,

We understand that you are working with Troutman in connection with the subpoena against Google and that Troutman has provided input on the substance of the subpoena. Troutman can provide you with further details regarding the conflict of interest between Troutman and Google. Troutman's involvement behind the scenes implicates the same conflict as Troutman formally handling the subpoena.

Can you please clarify how the information sought by the subpoena has any relevance to the litigation given the November 2023 amendments to the complaint to **remove** all references from Widevine?

Regards,

Libbie

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Monday, December 2, 2024 12:46 PM
**To:** DiMarco, Libbie A. <Elizabeth.DiMarco@WolfGreenfield.com>; Luster, Meaghan P. <Meaghan.Luster@WolfGreenfield.com>; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>
**Cc:** Gomez, Valeria <Valeria.Gomez@WolfGreenfield.com>; Lohr, Ashley <Ashley.Lohr@WolfGreenfield.com>
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

Counsel,

I am following up on your allegation below that the "treatment of the subpoena has created a conflict of interest" and your statement that you will provide "further information." Please provide that "further information" as soon as possible.



Hillary N. Bunsow
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**From:** Elizabeth DiMarco <Elizabeth.DiMarco@WolfGreenfield.com>

**Sent:** Thursday, November 21, 2024 2:12 PM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Meaghan.Luster@WolfGreenfield.com; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>
**Cc:** Valeria.Gomez@WolfGreenfield.com; Ashley.Lohr@WolfGreenfield.com
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

**[EXTERNAL]**

Counsel,

We believe the treatment of the subpoena has created a conflict of interest and are investigating.  We will respond with further information after we complete our investigation.  In the meantime, please clarify how the subpoena seeks information with any relevance to the pending litigations.  Specifically, in the HP litigation, VideoLabs amended Exhibit 4 to its complaint on November 8, 2023 and removed all allegations relating to Widevine.  And in the Asustek litigation, VideoLabs never raised any allegations relating to Widevine.  We fail to see how the significant burden of the discovery you seek from Google outweighs its marginal (if any) relevance.

With respect to the experts you've identified, your notice is premature given that the parties have not yet agreed to a supplemental protective order.  The notice period will begin once any such SPO is entered.

 Regards,
Libbie



**Libbie DiMarco**
*she/hers*
**Shareholder**
Admitted to Practice: NY, MA
elizabeth.dimarco@wolfgreenfield.com
202.240.1710
**Wolf, Greenfield & Sacks, P.C.**
BOSTON | NEW YORK | WASHINGTON DC
wolfgreenfield.com | LinkedIn

*This e-mail message and any attachments may contain confidential or privileged information. If you are not the intended recipient, please notify me immediately by replying to this message. Please destroy all copies of this message and any attachments. Thank you.*

---

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Thursday, November 21, 2024 2:26 PM
**To:** Luster, Meaghan P. <Meaghan.Luster@WolfGreenfield.com>; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>
**Cc:** DiMarco, Libbie A. <Elizabeth.DiMarco@WolfGreenfield.com>; Gomez, Valeria <Valeria.Gomez@WolfGreenfield.com>; Lohr, Ashley <Ashley.Lohr@WolfGreenfield.com>
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

Counsel:

Please provide a response to the below.



Hillary N. Bunsow
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**From:** Hillary Bunsow
**Sent:** Thursday, November 14, 2024 4:12 PM
**To:** Meaghan.Luster@WolfGreenfield.com; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>
**Cc:** Elizabeth DiMarco <Elizabeth.DiMarco@WolfGreenfield.com>; Valeria.Gomez@WolfGreenfield.com; Ashley.Lohr@WolfGreenfield.com
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

Hi Meaghan and Libbie,

I write to follow up on the parties' meet and confer on November 12.

First, you indicated that Google would like to propose additional provisions to the Protective Orders or a Supplemental Protective Order, and that you would send that over for our consideration. Please send us Google's proposal as soon as possible.

Second, you asked whether we would like Google to make its source code available for review in Boston or Washington, D.C. We would prefer to review the source code in Boston. Please confirm.

Third, you indicated that Google does not intend to produce documents, only source code, and that the source code will provide all of the information we need. We disagree. For instance, RFP 4 specifically identifies the Widevine documentation package and the libraries, SDKs, and integration documentation delivered to device manufacturers and chipset vendors, described at https://www.widevine.com/solutions/widevine-drm. This document package is relevant to the claims at issue as it contains specific information regarding the Widevine content protection technology and integration with the device and chipsets. Since these documents are regularly made available to customers, we anticipate that their retrieval should not be burdensome. Please confirm that Google will produce these documents, and when.

Fourth, you asked what versions of Widevine we are requesting and/or the timeframe covered by the requests. We request information for all Widevine versions in operation from 2017 to present.

Fifth, you asked what operating systems are relevant. The relevant operating systems are Chrome, Windows, and Android.

Finally, you asked whether we are requesting server code. We are requesting server code; please confirm that it will be produced. For example RFPs 2 and 6 request information regarding what the server sends to the device. To the extent that information is not to be found in the server code, we also request that Google produce server documentation that includes the requested information.

In addition, VideoLabs identifies the following experts to review designated material in this matter: Justin Blok, Sunil Khatri, Zixiang Xiong, and Jeffrey Bloom. Their materials are attached.



**Hillary N. Bunsow**
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

---

**From:** Hillary Bunsow
**Sent:** Tuesday, November 12, 2024 12:11 PM
**To:** Meaghan.Luster@WolfGreenfield.com; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>
**Cc:** Elizabeth DiMarco <Elizabeth.DiMarco@WolfGreenfield.com>; Valeria.Gomez@WolfGreenfield.com; Ashley.Lohr@WolfGreenfield.com
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

Hi Meaghan and Libbie,

Thanks for the call.  Attached is the protective order recently entered in the ASUSTek case, and I am also re-attaching the protective order from the HP case.



**Hillary N. Bunsow**
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

---

**From:** Meaghan.Luster@WolfGreenfield.com <Meaghan.Luster@WolfGreenfield.com>
**Sent:** Thursday, November 7, 2024 10:45 AM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>
**Cc:** Elizabeth DiMarco <Elizabeth.DiMarco@WolfGreenfield.com>; Valeria.Gomez@WolfGreenfield.com; Ashley.Lohr@WolfGreenfield.com
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

> [EXTERNAL]

Counsel,

We are available Tuesday, November 12 at 3pm ET.

If that time is agreeable to you, please circulate an invite.

Kind regards,
Meaghan

---

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Tuesday, November 5, 2024 3:37 PM
**To:** DiMarco, Libbie A. <Elizabeth.DiMarco@WolfGreenfield.com>; Luster, Meaghan P. <Meaghan.Luster@WolfGreenfield.com>; Gomez, Valeria <Valeria.Gomez@WolfGreenfield.com>; Lohr, Ashley <Ashley.Lohr@WolfGreenfield.com>
**Cc:** Elizabeth Day <eday@bdiplaw.com>; Jerry Tice <jtice@bdiplaw.com>
**Subject:** VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

Counsel:

I am writing regarding VideoLabs' subpoenas to Google in the litigations *VideoLabs, Inc. v. ASUSTeK Computer, Inc., et al.*, No. 6:22-cv-00720, WDTX and *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641, WDTX. The Court in the HP case has entered a protective order (see attached), and the parties filed a joint motion for entry of a protective order in the ASUSTeK case (proposed protective order attached). As such, we would like to schedule a meet and confer with Google to address Google's objections to VideoLabs' subpoenas. Please let us know your availability the end of this week and early next week for a meet and confer.



Hillary N. Bunsow
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.