# EXHIBIT E

Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)



**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)**



**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in** *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)



**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)**

| Initial Complaint, Exhibit 4 filed on August 31, 2023 | Redline of Amended Complaint, Exhibit 4 filed on November 8, 2023 | Contentions |
|---|---|---|
| The HDCP root of trust is independent of and different than the root of trust used, for example, for Microsoft PlayReady or ==Google Widevine==. For example, the HDCP system in the HP Products with Intel processors is configured to substitute the first security domain (*e.g.*, Microsoft PlayReady, ==Google Widevine==) with the second security domain (HDCP) for clients under the second root of trust.<br><br>*See* Ex. A, 23-24 (annotated). | The HDCP root of trust is independent of and different than the root of trust used, for example, for ~~Microsoft PlayReady or Google Widevine~~Intertrust ExpressPlay. For example, the HDCP system in the HP Products with Intel processors is configured to substitute the first security domain (*e.g.*, ~~Microsoft PlayReady, Google Widevine~~Intertrust ExpressPlay) with the second security domain (HDCP) for clients under the second root of trust.<br><br>*See* Ex. F, 30-31. | For example, security messages are processed on the conditional access server in the ==Widevine== implementations, for example license packages or objects are decrypted.<br><br>**Content Decryption Module**<br>==Widevine== installs a Content Decryption Module (CDM) on every device that plays back encrypted content. The module is unique for each type of device and has three major functions:<br>1. When the Player determines that the content is encrypted, it tells the CDM to generate a license request. The MPD and PSSH (Protection System Specific Header) information is retrieved from the content and parsed in order to determine the DRM system to be used.<br>2. The CDM then creates an encrypted license request object which it passes back to the Player. The Player will then pass the encrypted license object to the License Server.<br>3. Next, when the License Server responds to the Player request, it sends an encrypted object containing license information to the Player. Finally, the Player passes the encrypted object to the CDM, which in turn passes it to the OEMCrypto Module for decryption.<br><br>**OEMCrypto Module**<br>The OEMCrypto Module decrypts the content using information passed to it from the Player (and the License Server). The OEMCrypto Module is in the Trusted Layer of the device and is tied into the device hardware. It uses the encrypted license information to decrypt the media, and the media sent to the video stack.<br>Source: ==Google==, *Widevine DRM Overview*, (2017), *available at* ==https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf==<br>The OEMCrypto Module is implemented by system-on-chip vendors or by Widevine.<br>Source: Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("OEM Crypto is implemented by the system-on-chip vendor for Widevine L1, or by Widevine (Google, Inc.) for L3.")<br>The OEMCrypto Module is implemented by system-on-chip vendors or by ==Widevine==.<br>Source: Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("OEM Crypto is implemented by the system-on-chip vendor for ==Widevine L1, or by Widevine (Google, Inc.) for L3==.")<br><br>**Security Level 1**<br>All content processing, cryptography, and control is performed within the Trusted Execution Environment (TEE). In some implementation models, security processing may be performed in different chips.<br><br>**Security Level 2**<br>Performs cryptography (but not video processing) within the TEE: decrypted buffers are returned to the application domain and processed through separate video hardware or software. At level 2, however, cryptographic information is still processed only within the trusted execution environment.<br><br>**Security Level 3**<br>Does not have a TEE on the device. Appropriate measures may be taken to protect the cryptographic information and decrypted content on host operating system. A Level 3 implementation may also include a hardware cryptographic engine, but that only enhances performance, not security.<br><br>Source: ==Google==, *Widevine DRM Overview*, (2017), *available at* ==https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf==<br><br>*See* Dkt. 1-7 (Ex. 6), 31-33 (annotated). |

**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)**

| Initial Complaint, Exhibit 4 filed on August 31, 2023 | Redline of Amended Complaint, Exhibit 4 filed on November 8, 2023 | Contentions |
|---|---|---|
|  |  | HDCP Enforcement table showing HDCP Parameters (HDCP_NONE, HDCP_V1, HDCP_V2, HDCP_V2_1, HDCP_V2_2, HDCP_NO_DIGITAL_OUTPUT) with "applies to" column highlighted as "WV Security Level" and Description column describing enforcement of HDCP versions. Source: https://archive.ph/2019.09.11-232602.https:/storage.googleapis.com/wvdocs/Widevine_DRM_Proxy_Integration.pdf#selection-8195.12-8195.24  In the HP Products, the primary security system authenticates the conditional access server as one of clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process.  For example, Microsoft PlayReady and **Google Widevine** based systems authenticate the conditional access server HP Products as one of the clients of the primary security system through a first authentication process using a first root of trust.  [Diagram showing Source Media, Shaka Packager, License Service, Lockbox (Keyboxes), OEM (Device Manufacturer), DASH Presentation, License Proxy, CDN, Media Player, CDM, Keysmith (Provisioning), OEMCrypto HAL, Media Output, Client Device, with legend for Media Content, Google Product or Service, Content Provider, OEM, Request, Clear Media, Protected Media, Keys/License, Credentials]  Source: https://developers.google.com/widevine/drm/overview (Ecosystems) |

**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)**

| Initial Complaint, Exhibit 4 filed on August 31, 2023 | Redline of Amended Complaint, Exhibit 4 filed on November 8, 2023 | Contentions |
|---|---|---|
|  |  | [Annotated image showing Device Security info: "Robust device security is enabled by using factory provisioned keyboxes to establish a hardware root of trust, secure decryption and content rendering."]<br><br>Source: https://www.widevine.com/solutions/widevine-drm<br><br>*See also*: G. Patat, M. Sabt and P. A. Fouque, "Exploring Widevine for Fun and Profit," 2022 IEEE Security and Privacy Workshops (SPW), San Francisco, CA, USA, 2022, pp. 277-288, 282-83 doi: 10.1109/SPW54247.2022.9833867.<br><br>Further, upon information and belief, Google Widevine based systems authenticate the conditional access server HP Products as one of the clients of the primary security system through a first authentication process using a first root of trust, including through a process of RSA Certificate Provisioning.<br><br>[Annotated image — RSA Certificate Provisioning: "There is one API function for provisioning a device with an RSA certificate. The RSA provisioning request is generated and signed in a similar way to the license request described above. This is sent to a provisioning server which can decrypt the Widevine keybox and send a provisioning response back. This response message contains a certificate and an RSA key pair."]<br><br>Source: https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj74Zbq5_yJAxWKTjABHaW9DVYQFnoECBgQAQ&url=https%3A%2F%2Fwww.whymatematica.com%2Fwp-content%2Fuploads%2F2018%2F08%2FWidevine_DRM_Architecture_Overview.pdf&usg=AOvVaw1M8xGgh2JFRWwPhRawWmUZ&opi=89978449<br><br>*See also*: Widevine Modular DRM Security Integration Guide for Common Encryption (CENC) v.5 (2013) at 22-26, *available at* https://www.google.com/url?sa=t&rct=j&q=&esrc=s&source=web&cd=&cad=rja&uact=8&ved=2ahUKEwj74Zbq5_yJAxWKTjABHaW9DVYQFnoECBgQAQ&url=https%3A%2F%2Fwww.whymatematica.com%2Fwp-content%2Fuploads%2F2018%2F08%2FWidevine_DRM_Architecture_Overview.pdf&usg=AOvVaw1M8xGgh2JFRWwPhRawWmUZ&opi=89978449<br><br>*See* Dkt. 1-7 (Ex. 6), 40-43 (annotated). |

**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)**

| Initial Complaint, Exhibit 4 filed on August 31, 2023 | Redline of Amended Complaint, Exhibit 4 filed on November 8, 2023 | Contentions |
|---|---|---|
| | | HDCP Enforcement table with HDCP Parameters (HDCP_NONE, HDCP_V1, HDCP_V2, HDCP_V2_1, HDCP_V2_2, HDCP_NO_DIGITAL_OUTPUT), applies to WV Security Level (highlighted), and Descriptions. Source: https://archive.ph/2019.09.11-232602;https://storage.googleapis.com/wvdocs/Widevine_DRM_Proxy_Integration.pdf#selection-8195.12-8195.24 (highlighted). *See* Dkt. 1-7 (Ex. 6), 49 (annotated). |
| | | To the extent the preamble is found to be limiting, the HP Products are a data processing system to process media content provided by a primary security system. For example, the HP OMEN 27 inch FHD 240Hz Gaming Monitor – OMEN 27S monitor can process media content provided by a primary security system, including for example from Microsoft PlayReady and Google Widevine (highlighted) based DRM systems, from the conditional access server (for example, HP OMEN Laptop 17t-ck200, 17.3", HP Laptop 17-cp1797nr, 17.3"), via an HDCP-protected interface. *See, e.g.,* Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories to HP (Nos. 1-12) Exhibit A. *See* Dkt. 1-7 (Ex. 6), 52 (annotated). |
| | | In the HP Products, wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server authenticates clients of the conditional access server through a second authentication process which is independent of the first authentication process and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust. For example, the primary security system (including, *e.g.,* Microsoft PlayReady, Google Widevine (highlighted)) authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust. *See supra* cl. 100(d). *See* Dkt. 1-7 (Ex. 6), 59 (annotated). |
| | | The HP products include Windows and ChromeOS (highlighted) operating systems, which enable processing of conditional access protection. The HP Chromebook 14a-ne0047nr, 14" includes, for example, the ChromeOS (highlighted) operating system: **Operating system** ChromeOS (highlighted) Source: https://www.hp.com/us-en/shop/pdp/hp-chromebook-14a-ne0047nr |

Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)

| Initial Complaint, Exhibit 4 filed on August 31, 2023 | Redline of Amended Complaint, Exhibit 4 filed on November 8, 2023 | Contentions |
|---|---|---|
|  |  | Microsoft Windows 11 is also compatible with other web browsers, for example Google Chrome: [screenshot: "Does Chrome work on my operating system?"] Source: https://www.google.com/chrome/... ChromeOS includes, inter alia, a web browser, for example Chrome: [screenshot: "Chrome OS is primarily designed to be used with the Google Chrome browser pre-installed on the operating system. However, you can install other browsers on your Chromebook with Chrome OS. Here's how:"] Source: https://www.xda-developers.com/how-to-install-microsoft-edge-chrome-os/ ChromeOS is also compatible with other web browsers, for example Microsoft Edge: [screenshot: Google Play page for Microsoft Edge: AI browser] Source: https://play.google.com/store/apps/details?id=com.microsoft.emmx&hl=en_IN *See* Dkt. 1-7 (Ex. 6), 65-68 (annotated). |
|  |  | The HP Products also receive security messages of a primary security system in a first domain from a Digital Rights Management (DRM) system, including Google Widevine: [screenshot: "Overview — Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution."] Source: https://developers.google.com/widevine/drm/overview Google Widevine is supported in numerous devices or platforms including, for example, operating systems, and browsers. [screenshot: Supported Platforms table listing Android (Mobile, TV, Automotive), Android Open Source (AOSP), Apple iOS, Apple TV (tvOS), Chromecast (Cast), Google Home and Nest devices, ChromeOS (Chromebook), Chrome Browser (Windows, Mac OS X, Linux), Chromium Browser, Chromium Embedded Framework (CEF) / Electron, Firefox Browser, Edge Browser, Opera (Browser and Embedded devices), Safari Browser (Desktop) — all marked Yes] Source: https://developers.google.com/widevine/drm/overview (excerpt of Supported Platforms) |

**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)**

| Initial Complaint, Exhibit 4 filed on August 31, 2023 | Redline of Amended Complaint, Exhibit 4 filed on November 8, 2023 | Contentions |
|---|---|---|
| | | Overview — Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, Amazon Prime Video, HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide the best experience for viewing premium content over digital distribution. Note: A license agreement is required for the use of Widevine products or services. Widevine does not assess any fee for use of its products and services. Widevine DRM adopts the following standards: Encrypted Media Extensions - a W3C specification. Common Encryption — ISO/IEC 23001-7 - Common encryption in ISO base media file format files; ISO/IEC 23001-9 - Common encryption of MPEG-2 transport streams. Source: https://developers.google.com/widevine/drm/overview. *See* Dkt. 1-7 (Ex. 6), 81-82 (annotated). |
| | | For example, the HP Products can receive security messages from a Google Widevine security system: [diagram showing Source Media, Shaka Packager, DASH Presentation, CDN, License Service, License Proxy, Keysmith (Provisioning), Lockbox (Keyboxes), OEM (Device Manufacturer), Media Player, CDM, OEMCrypto HAL, Media Output, Client Device]. Source: https://developers.google.com/widevine/drm/overview (Ecosystems). *See* Dkt. 1-7 (Ex. 6), 84 (annotated). |

**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)**

| Initial Complaint, Exhibit 4 filed on August 31, 2023 | Redline of Amended Complaint, Exhibit 4 filed on November 8, 2023 | Contentions |
|---|---|---|
| | | For example, security messages are processed on the conditional access server in the Widevine implementations, for example license packages or objects are decrypted.<br><br>**Content Decryption Module**<br>Widevine installs a Content Decryption Module (CDM) on every device that plays back encrypted content. The module is unique for each type of device and has three major functions:<br>1. When the Player determines that the content is encrypted, it tells the CDM to generate a license request. The MPD and PSSH (Protection System Specific Header) information is retrieved from the content and parsed in order to determine the DRM system to be used.<br>2. The CDM then creates an encrypted license request object which it passes back to the Player. The Player will then pass the encrypted license object to the License Server.<br>3. Next, when the License Server responds to the Player request, it sends an encrypted object containing license information to the Player. Finally, the Player passes the encrypted object to the CDM, which in turn passes it to the OEMCrypto Module for decryption.<br><br>**OEMCrypto Module**<br>The OEMCrypto Module decrypts the content using information passed to it from the Player (and the License Server). The OEMCrypto Module is in the Trusted Layer of the device and is tied into the device hardware. It uses the encrypted license information to decrypt the media, and the media sent to the video stack.<br>Source: Google, *Widevine DRM Overview*, (2017), *available at* https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf<br>The OEMCrypto Module is implemented by system-on-chip vendors or by Widevine.<br>Source: Rafi, A., et al., *A First Look at Digital Rights Management Systems for Secure Mobile Content Delivery* (2023) https://arxiv.org/abs/2308.00437 ("OEM Crypto is implemented by the system-on-chip vendor for Widevine L1, or by Widevine (Google, Inc.) for L3.")<br><br>**Security Level 1**<br>All content processing, cryptography, and control is performed within the Trusted Execution Environment (TEE). In some implementation models, security processing may be performed in different chips.<br><br>**Security Level 2**<br>Performs cryptography (but not video processing) within the TEE: decrypted buffers are returned to the application domain and processed through separate video hardware or software. At level 2, however, cryptographic information is still processed only within the trusted execution environment.<br><br>**Security Level 3**<br>Does not have a TEE on the device. Appropriate measures may be taken to protect the cryptographic information and decrypted content on host operating system. A Level 3 implementation may also include a hardware cryptographic engine, but that only enhances performance, not security.<br><br>Source: Google, *Widevine DRM Overview*, (2017), *available at* https://www.whymatematica.com/wp-content/uploads/2018/08/Widevine_DRM_Architecture_Overview.pdf<br><br>*See* Dkt. 1-7 (Ex. 6), 90-92 (annotated). |
| | | For example, the primary security system (including, *e.g.*, Microsoft PlayReady, Google Widevine) authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust. *See supra* cl. 100(d).<br><br>*See* Dkt. 1-7 (Ex. 6), 96 (annotated). |
| | | For example, the HP OMEN 27 INCH FHD 240Hz Gaming Monitor – OMEN 27S monitor includes communication interfaces for the communication of media content provided by a primary security system, including for example from Microsoft PlayReady and Google Widevine based DRM systems, from the conditional access server (for example, HP OMEN Laptop 17t-ck200, 17.3", HP Laptop 17-ep1797nr, 17.3"), via an HDCP-protected interface. *See, e.g.*, Defendant's Objections and Responses to Plaintiff's First Set of Interrogatories to HP (Nos. 1-12) Exhibit A.<br><br>*See* Dkt. 1-7 (Ex. 6), 97 (annotated). |

**Exemplary References to Google, Widevine, and ChromeOS in the Initial Complaint, Amended Complaint, and Contentions in *VideoLabs, Inc. v. HP Inc.*, No. 6:23-cv-00641-DTG (W.D. Tex.)**

| Initial Complaint, Exhibit 4 filed on August 31, 2023 | Redline of Amended Complaint, Exhibit 4 filed on November 8, 2023 | Contentions |
|---|---|---|
| | | For example, the primary security system (including, *e.g.*, Microsoft PlayReady, ==Google Widevine==) authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust. *See supra* cl. 100(d).<br><br>*See* Dkt. 1-7 (Ex. 6), 104 (annotated). |