# EXHIBIT F

# U.S. Patent No. 8,291,236

## *Infringement Claim Chart*

## HP Products

U.S. Patent No. 8,291,236
Claim 130: "A conditional access server, comprising:"

| Claim 130 | |
|---|---|
| A conditional access server, comprising: | The HP Products include a conditional access server.<br><br>For example, the Intel Processors in the HP Products support High-bandwidth Digital Content Protection (HDCP) over wired displays HDMI and DisplayPort. |

**High-bandwidth Digital Content Protection (HDCP)**

HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).

The HDCP 1.4, 2.3 keys are integrated into the processor.

Intel 12th Generation Intel Core Processors Datasheet, Volume 1 of 2, *available at* https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887.

For example, the HP OMEN laptop 17t-ck200 17.3" includes an Intel Core processor with HDMI and DisplayPorts.

**Processor and graphics**

INCLUDED IN CURRENT CONFIGURATION
Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4060 Laptop GPU (8 GB)

ALTERNATE OPTIONS
Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4070 Laptop GPU (8 GB)
Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4080 Laptop GPU (12 GB)
Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4090 Laptop GPU (16 GB)

https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs

**External I/O Ports**

1 Thunderbolt™ 3 (40Gbps signaling rate) with USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge); 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 2.1; 1 headphone/microphone combo; 1 mini DisplayPort™; 1 RJ-45[19,42]

U.S. Patent No. 8,291,236
Claim 130: "A conditional access server, comprising:"

| Claim 130 | |
|---|---|
| | https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs |

**Types of video connectors**

Know the video connectors on your computer and display devices to avoid problems and get the best possible picture quality.

There are two types of video transfer methods: **Digital** and **Analog**. If you try to connect a digital connector to an analog port or vise versa, you will not be able to view video. Also, if you attempt to play protected high-definition digital content, such as Blu-ray movies, over an analog connection, you will probably get an error message or the movie will play at lower quality resolutions.

× HDMI (digital)

The **HDMI connector** is a digital connection type for transferring high-definition digital video signals AND audio signals. When used with a compatible monitor or television, HDMI has the capability of carrying true high-definition video and audio as well HDCP protected content (to play Blu-ray high-definition movies). If your computer has HDMI audio, it should be set as the default audio device in Windows audio properties (available from Windows Control Panel). The monitor or TV with HDMI must have speakers to hear audio.

Figure 2: HDMI connection



https://support.hp.com/us-en/document/c03319404#:~:text=HDMI%20%28digital%29

The HP Products include an HDCP transmitter, which is a conditional access server.

U.S. Patent No. 8,291,236
Claim 130: "A conditional access server, comprising:"

| Claim 130 |
|---|



**Figure 1-1. Sample Connection Topology of an HDCP System**

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same diagram), *available at* https://www.digital-cp.com/hdcp-specifications

**HDCP Transmitter**. An HDCP Device that can encrypt and emit HDCP Content through one or more of its HDCP-protected Interface Ports is referred to as an *HDCP Transmitter.*

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 7, *available at* https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236
Claim 130: "A conditional access server, comprising:"

| Claim 130 |
|---|
| There are three elements of the content protection system. Each element plays a specific role in the system. First, there is the authentication protocol, through which the HDCP Transmitter verifies that a given HDCP Receiver is licensed to receive HDCP Content. The authentication protocol is implemented between the HDCP Transmitter and its corresponding downstream HDCP Receiver. With the legitimacy of the HDCP Receiver determined, encrypted HDCP Content is transmitted between the two devices based on shared secrets established during the authentication protocol. This prevents eavesdropping devices from utilizing the content. Finally, in the event that legitimate devices are compromised to permit unauthorized use of HDCP Content, renewability allows an HDCP Transmitter to identify such compromised devices and prevent the transmission of HDCP Content.<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236
Claim 130: "A conditional access server, comprising:"

| Claim 130 |
|---|

High-Bandwidth Digital Content Protection System, Mapping HDCP to

### 2.1 Overview

The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages

- Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.

- Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms.

- Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.

- Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.

Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain; | The HP Products include one or more communication interfaces, the one or more communication interfaces to receive security message of a primary security system in a first domain.<br><br>For example, the HP Products with Intel Processors include a Wi-Fi communication interface. In particular, for example, the HP OMEN laptop 17t-ck200 17.3" includes a Wi-Fi 6E wireless interface.<br><br>**Wireless technology**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Realtek Wi-Fi 6E (2x2) and Bluetooth® 5.3 compatible combo (Supporting Gigabit data rate)<br><br>ALTERNATE OPTIONS<br>Intel® Wi-Fi 6E AX211 (2x2) and Bluetooth® 5.3 wireless card<br><br>https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>This Wi-Fi communication interface allows the HP Products to receive security messages of a primary security system in a first domain. For example, the HDCP System receives security messages of a primary security ~~function~~ system in a first domain from the upstream content control function, as illustrated in the diagram below: |

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | 

Figure 1-1. Sample Connection Topology of an HDCP System

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 9 (same diagram), *available at* https://www.digital-cp.com/hdcp-specifications

Further, for example, the HP Products with Intel Processors ~~running the Windows operating system~~ can receive media files protected using ~~Microsoft PlayReady~~ Intertrust ExpressPlay Digital Rights Management (DRM). *~~See~~* ~~https://www.microsoft.com/playready/features/endpoints.aspx (noting that Windows devices support Microsoft ReadyPlay).~~ |

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) |
|---|

## Comprehensive compatibility conquers device fragmentation

ExpressPlay supports DRM license management for all major DRMs, operating systems and adaptive bitrate protocols. Its comprehensive compatibility allows services to be delivered securely to all kinds of client devices: smart TVs, Win/Mac browsers, Android and iOS devices, and STBs.

https://www.expressplay.com/products/multi-drm/#:~:text=Its%20comprehensive%20compatibility%20allows%20services,and%20iOS%20devices%2C%20and%20STBs.

**Upstream Content Control Function**. The HDCP Transmitter most upstream in the HDCP System receives Audiovisual Content to be protected from the *Upstream Content Control Function*. The *Upstream Content Control Function* is not part of the HDCP System, and the methods used, if any, by the *Upstream Content Control Function* to determine for itself the HDCP System is correctly authenticated or permitted to receive the Audiovisual Content, or to transfer the Audiovisual Content to the HDCP System, are beyond the scope of this specification. On a personal computer platform, an example of an *Upstream Content Control Function* may be software designed to emit Audiovisual Content to a display or other presentation device that requires HDCP.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 8, *available at* https://www.digital-cp.com/hdcp-specifications

In particular, for example, the HP Products with Intel Processors ~~running the Windows Operating System~~ can receive media files encrypted using ~~Microsoft's PlayReady DRM along with the~~ Intertrust ExpressPlay (DRM) along with the authentication/ license information (security messages) required to decrypt the encrypted media files.

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) |
|---|



https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system

Streaming services such as Netflix secure their media content using Microsoft's PlayReady. https://news.microsoft.com/2010/05/25/netflix-taps-microsoft-playready-as-its-primary-drm-technology-for-netflix-ready-devices-and-applications/.

Further, for example, HP Products with Intel processors running the Chrome operating system can receive media files encrypted using Google's Widevine along with the license information (security messages) required to decrypt the encrypted media files.

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| |  https://developers.google.com/widevine/drm/overview#supported_encryption_schemes. Streaming services such as Netflix, Disney+, Youtube, Amazon Prime Video, HBO Max, Hulu, etc. secure their media content using Google's Widevine DRM. |

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | Widevine DRM is Google's content protection system for premium media. It is used by major partners around the world such as Google Play, YouTube, Netflix, Disney+, ..., HBO Max, Hulu, Peacock, Discovery+, Paramount+ and many more. The focus of Widevine is to provide ... ce for viewing premium content over digital distribution. |
| | https://developers.google.com/widevine/drm/overview#overview |
| |  |
| | ExpressPlay DRM<br>Cloud-based multi-DRM service |
| | https://www.expressplay.com/ |

U.S. Patent No. 8,291,236

Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"



https://www.expressplay.com/resources/secure-offline-streaming-for-travel-and-in-transit-content-services/

U.S. Patent No. 8,291,236
Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

**7 Content Playback:** Secure offline playback is enabled across all the major browsers, OS, and BYOD devices, in two different processes:

– If the content is played using a browser, the video player and the Content Decryption Module (CDM) communicate with ExpressPlay™ DRM Offline service to authenticate devices and generate/serve native Widevine and Fairplay DRM licenses.

– If the content playback uses native apps, ExpressPlay SDK communicates with ExpressPlay™ DRM Offline service to authenticate devices and generate/serve Marlin DRM licenses.

These processes ensure that secure offline playback is accomplished across all the major browsers, OS, and devices.

**8 Device Certificate Manager:** The ExpressPlay DRM Offline service regularly refreshes all device certificates required by the different DRMs to authenticate end-user's devices.

https://www.expressplay.com/resources/secure-offline-streaming-for-travel-and-in-transit-content-services/

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit, to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages, | The HP Products include a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit, to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages.<br><br>For example, the Intel Processors in the HP Processors can receive data from the Wi-Fi communication interface.<br><br><br><br>https://edc.intel.com/content/www/us/en/design/ipla/software-development-platforms/client/platforms/alder-lake-desktop/12th-generation-intel-core-processors-datasheet-volume-1-of-2/001/introduction/<br><br>Further, the Intel processors in the HP Products can process the security messages. For example, the HP Products with Intel Processors ~~running the Windows operating system~~ can process media content encrypted using ~~Microsoft's PlayReady~~Intertrust ExpressPlay DRM. |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) |
|---|
|  https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system<br><br>Further, the HP Products with Intel Processors running the Chrome operating system can process media content encrypted using Google's Widevine DRM. |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) |
|---|



https://developers.google.com/widevine/drm/overview#supported_encryption_schemes.

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"



https://www.expressplay.com/resources/secure-offline-streaming-for-travel-and-in-transit-content-services/

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| | The Wi-Fi interface to the Intel processors in the HP Processors is used to transmit to a secondary conditional access client through a network connection in a second security domain, access controlled data that in an access controlled format and that is at least partially derived from the security messages. |

For example, the processed security messages (~~ReadyPlay or Widevine~~ Intertrust ExpressPlay DRM Content protection information/License used to encrypt/decrypt media content) are used to decrypt the media content transmitted through Wi-Fi in the first security domain. The processed security messages also include the HDCP encryption requirements for the HDMI connection of the client device. ~~For example, the license may include an Output Protection Level (OPL) for the client device, which in turn indicates HDCP requirements for the HDMI connection.~~

OPLs create layers of rights protection in order to associate types of content to a security restriction. Higher OPL indicate a higher-level security. A device do not output content if the device only supports protection level that is l... minimum OPL for the content, because the ... ...ements for playing back content protected at th...

OPLs are associated to a ... instance, compressed analog video, uncom... ..., compress... ...d uncompressed digital video all may ... ...te OPLs associated with the... ...e each type of content format has a set of OPLs, different types of content may only have a few levels of protection associated with them.

~~**Source:** https://learn.microsoft.com/en-us/playready/overview/output-protection-levels~~

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

## What is DRM license management and how does a typical DRM license mechanism work? 

When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.

So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.

https://www.expressplay.com/products/faq/

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

Even though the licensing information may differ across different DRM systems, the core information always consists of several common pieces defining the business rules:

- **Content Key:** The unique data used with an encryption algorithm to encrypt and decrypt the content. To maximize security, different keys should be used for different digital assets. It all forms part of a DRM system's key management strategy and mechanisms.
- **Playback Duration:** A way to administer playback frequency, for example, "play any number of times for 48 hours" or, in the case of electronic sell-through, play forever
- **License Type:** A "persistent license" means that no further DRM license requests will be required after the first one has been received, as opposed to sending a new license request each time the content is selected for playback
- **Output protection:** Administering hardware output requirements ,for example. mandate the use of HDCP 2.x on external screens
- **Miscellaneous:** For example, a hardware-secured DRM is required to enable playback

https://www.expressplay.com/products/faq/

The decrypted media content is further sent to the HDCP system which processes the decrypted media content with HDCP encryption using the HDCP encryption requirements from the security messages into HDCP encrypted content and transmits the HDCP encrypted content to a HDCP receiver.

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| |  Figure 1-1. Sample Connection Topology of an HDCP System<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| | For the purpose of this specification, it is assumed that the Audiovisual content is transmitted over a DisplayPort based wired display link. In an HDCP System, two or more HDCP Devices are interconnected through an HDCP-protected Interface. The Audiovisual Content flows from the Upstream Content Control Function into the HDCP System at the most upstream HDCP Transmitter. From there the Audiovisual Content encrypted by the HDCP System, referred to as HDCP Content, flows through a tree-shaped topology of HDCP Receivers over HDCP-protected Interfaces. This specification describes a content protection mechanism for: (1) authentication of HDCP Receivers to their immediate upstream connection (i.e., an HDCP Transmitter), (2) revocation of HDCP Receivers that are determined by the Digital Content Protection, LLC, to be invalid, and (3) HDCP Encryption of Audiovisual Content over the HDCP-protected Interfaces between HDCP Transmitters and their downstream HDCP Receivers. HDCP Receivers may render the HDCP Content in audio and visual form for human consumption. HDCP Receivers may be HDCP Repeaters that serve as downstream HDCP Transmitters emitting the HDCP Content further downstream to one or more additional HDCP Receivers. |

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 5, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 5, *available at* https://www.digital-cp.com/hdcp-specifications (similar description).

The Intel processors in the HP Products include an HDCP system.

### High-bandwidth Digital Content Protection (HDCP)

HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).

The HDCP 1.4, 2.3 keys are integrated into the processor.

Intel 12th Generation Intel Core Processors Datasheet, Volume 1 of 2, *available at* https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887.

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| | Further, the access-controlled data (HDCP encrypted media content) can be transmitted to an HDCP receiver via HDMI or DisplayPort. *See, e.g.*, High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019), *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018), *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) | |
|---|---|
| wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process, | In the HP Products, the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process.<br><br>For example, the primary security system (*e.g.*, ~~Microsoft PlayReady, Google WideVine~~Intertrust ExpressPlay) authenticates the conditional access server clients of the primary security system through a first authentication process.<br><br><br><br>https://www.expressplay.com/resources/secure-offline-streaming-for-travel-and-in-transit-content-services/ |

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

Further, the conditional access server authenticates through an HDCP authentication process that is independent of the first authentication process.



**Figure 1-1. Sample Connection Topology of an HDCP System**

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications.

The HDCP authentication process for media encrypted using Microsoft PlayReady is illustrated described below:

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) |
| --- |



https://learn.microsoft.com/en-us/playready/overview/simple-end-to-end-system

Similarly, the authentication process for media encrypted using Google's Widevine is illustrated below:

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) | |
|---|---|
| |  |

https://developers.google.com/widevine/drm/overview#supported_encryption_schemes.

Further, the conditional access server authenticates through an HDCP authentication process that is independent of the first authentication process. The HDCP authentication process is described below:

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) |
|---|

### 2.1 Overview

The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages

- Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.

- Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms.

- Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.

- Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.

Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications.

U.S. Patent No. 8,291,236

Claim 130(c)(i): "and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust,"

| Claim 130(c)(i) | |
|---|---|
| and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, | In the HP Products, the second authentication process uses a second root of trust which is independent of and different than the first root of trust.<br><br>For example, the HDCP authentication process uses a root of trust specific to HDCP as detailed below:<br><br>**2.1 Overview**<br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>The HDCP root of trust is independent of and different than the root of trust used, for example, for ~~Microsoft PlayReady or Google Widevine~~Intertrust ExpressPlay. |

U.S. Patent No. 8,291,236

Claim 130(c)(ii): "and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust."

| Claim 130(c)(ii) | |
|---|---|
| and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust. | In the HP Products, the conditional access server is configured to substitute the first security domain with the secondary security domain for the clients under the second root of trust.<br><br>For example, the HDCP system in the HP Products with Intel processors is configured to substitute the first security domain (*e.g.*, ~~Microsoft PlayReady, Google Widevine~~Intertrust ExpressPlay) with the second security domain (HDCP) for clients under the second root of trust.<br><br><br>**Figure 1-1. Sample Connection Topology of an HDCP System**<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236
Claim 130(c)(ii): "and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust."

| Claim 130(c)(ii) | |
|---|---|
| | For the purpose of this specification, it is assumed that the Audiovisual content is transmitted over a DisplayPort based wired display link. In an HDCP System, two or more HDCP Devices are interconnected through an HDCP-protected Interface. The Audiovisual Content flows from the Upstream Content Control Function into the HDCP System at the most upstream HDCP Transmitter. From there the Audiovisual Content encrypted by the HDCP System, referred to as HDCP Content, flows through a tree-shaped topology of HDCP Receivers over HDCP-protected Interfaces. This specification describes a content protection mechanism for: (1) authentication of HDCP Receivers to their immediate upstream connection (i.e., an HDCP Transmitter), (2) revocation of HDCP Receivers that are determined by the Digital Content Protection, LLC, to be invalid, and (3) HDCP Encryption of Audiovisual Content over the HDCP-protected Interfaces between HDCP Transmitters and their downstream HDCP Receivers. HDCP Receivers may render the HDCP Content in audio and visual form for human consumption. HDCP Receivers may be HDCP Repeaters that serve as downstream HDCP Transmitters emitting the HDCP Content further downstream to one or more additional HDCP Receivers.

High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 5, *available at* https://www.digital-cp.com/hdcp-specifications; *see also* High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 5, *available at* https://www.digital-cp.com/hdcp-specifications (similar description). |

U.S. Patent No. 8,291,236
Claim 130(c)(ii): "and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust."

| Claim 130(c)(ii) | |
|---|---|
| |  |

**Figure 3-1. HDCP Encryption and Decryption**

High-Bandwidth Digital Content Protection System, Mapping HDCP to HDMI, Rev. 2.3 (Feb. 28, 2018) at p. 50, *available at* https://www.digital-cp.com/hdcp-specifications.