# EXHIBIT G

# U.S. Patent No. 8,291,236

## Infringement Claim Chart

## HP Products

U.S. Patent No. 8,291,236
Claim 130: "A conditional access server, comprising:"

| Claim 130 | |
|---|---|
| A conditional access server, comprising: | The HP Products include a conditional access server.<br><br>For example, the Intel Processors in the HP Products support High-bandwidth Digital Content Protection (HDCP) over wired displays HDMI and DisplayPort.<br><br>**High-bandwidth Digital Content Protection (HDCP)**<br><br>HDCP is the technology for protecting high-definition content against unauthorized copy or unreceptive between a source (computer, digital set top boxes, and so on) and the sink (panels, monitor, and TVs). The processor supports both HDCP 2.3 and 1.4 content protection over wired displays (HDMI* and DisplayPort*).<br><br>The HDCP 1.4, 2.3 keys are integrated into the processor.<br><br>Intel 12th Generation Intel Core Processors Datasheet, Volume 1 of 2, *available at* https://edc.intel.com/structured-content/output/DownloadPdfDocument?id=3887.<br><br>For example, the HP OMEN laptop 17t-ck200 17.3" includes an Intel Core processor with HDMI and DisplayPorts.<br><br>**Processor and graphics**<br><br>INCLUDED IN CURRENT CONFIGURATION<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4060 Laptop GPU (8 GB)<br><br>ALTERNATE OPTIONS<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4070 Laptop GPU (8 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4080 Laptop GPU (12 GB)<br>Intel® Core™ i7-13700HX (up to 5.0 GHz, 30 MB L3 cache, 16 cores, 24 threads) + NVIDIA® GeForce RTX™ 4090 Laptop GPU (16 GB)<br><br>https://www.hp.com/us-en/shop/pdp/omen-by-hp-laptop-17t-ck200-70p73av-1#techSpecs<br><br>**External I/O Ports**<br><br>1 Thunderbolt™ 3 (40Gbps signaling rate) with USB Type-C® 10Gbps signaling rate (USB Power Delivery, DisplayPort™ 1.4, HP Sleep and Charge); 1 USB Type-A 5Gbps signaling rate (HP Sleep and Charge); 2 USB Type-A 5Gbps signaling rate; 1 AC smart pin; 1 HDMI 2.1; 1 headphone/microphone combo; 1 mini DisplayPort™; 1 RJ-45[19,42] |

U.S. Patent No. 8,291,236
Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | **Comprehensive compatibility conquers device fragmentation**<br><br>ExpressPlay supports DRM license management for all major DRMs, operating systems and adaptive bitrate protocols. Its comprehensive compatibility allows services to be delivered securely to all kinds of client devices: smart TVs, Win/Mac browsers, Android and iOS devices, and STBs.<br><br>https://www.expressplay.com/products/multi-drm/#:~:text=Its%20comprehensive%20compatibility%20allows%20services,and%20iOS%20devices%2C%20and%20STBs.<br><br>**Upstream Content Control Function.** The HDCP Transmitter most upstream in the HDCP System receives Audiovisual Content to be protected from the *Upstream Content Control Function*. The *Upstream Content Control Function* is not part of the HDCP System, and the methods used, if any, by the *Upstream Content Control Function* to determine for itself the HDCP System is correctly authenticated or permitted to receive the Audiovisual Content, or to transfer the Audiovisual Content to the HDCP System, are beyond the scope of this specification. On a personal computer platform, an example of an *Upstream Content Control Function* may be software designed to emit Audiovisual Content to a display or other presentation device that requires HDCP.<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 8, *available at* https://www.digital-cp.com/hdcp-specifications<br><br>In particular, for example, the HP Products with Intel Processors can receive media files encrypted using Intertrust ExpressPlay (DRM) along with the authentication/license information (security messages) required to decrypt the encrypted media files. |

-9-

U.S. Patent No. 8,291,236
Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | **ExpressPlay DRM** <br> **Cloud-based multi-DRM service** <br><br> https://www.expressplay.com/ |

-10-

U.S. Patent No. 8,291,236
Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | <br>https://www.expressplay.com/resources/secure-offline-streaming-for-travel-and-in-transit-content-services/ |

U.S. Patent No. 8,291,236
Claim 130(a): "one or more communication interfaces, the one or more communication interfaces to receive security messages of a primary security system in a first domain;"

| Claim 130(a) | |
|---|---|
| | **7 Content Playback:** Secure offline playback is enabled across all the major browsers, OS, and BYOD devices, in two different processes: |
| | – If the content is played using a browser, the video player and the Content Decryption Module (CDM) communicate with ExpressPlay™ DRM Offline service to authenticate devices and generate/serve native Widevine and Fairplay DRM licenses. |
| | – If the content playback uses native apps, ExpressPlay SDK communicates with ExpressPlay™ DRM Offline service to authenticate devices and generate/serve Marlin DRM licenses. |
| | These processes ensure that secure offline playback is accomplished across all the major browsers, OS, and devices. |
| | **8 Device Certificate Manager:** The ExpressPlay DRM Offline service regularly refreshes all device certificates required by the different DRMs to authenticate end-user's devices. |
| | https://www.expressplay.com/resources/secure-offline-streaming-for-travel-and-in-transit-content-services/ |

-12-

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit, to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages, | The HP Products include a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit, to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages.<br><br>For example, the Intel Processors in the HP Processors can receive data from the Wi-Fi communication interface.<br><br><br><br>https://edc.intel.com/content/www/us/en/design/ipla/software-development-platforms/client/platforms/alder-lake-desktop/12th-generation-intel-core-processors-datasheet-volume-1-of-2/001/introduction/<br><br>Further, the Intel processors in the HP Products can process the security messages. For example, the HP Products with Intel Processors can process media content encrypted using Intertrust ExpressPlay DRM. |

-13-

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| | <br>https://www.expressplay.com/resources/secure-offline-streaming-for-travel-and-in-transit-content-services/ |

-14-

U.S. Patent No. 8,291,236

Claim 130(b): "a processor coupled to the one or more communication interfaces, the processor to process the security messages, and the one or more communication interfaces to transmit to a secondary conditional access client through a network connection in a second security domain, access-controlled data that is in an access controlled format and that is at least partially derived from the security messages,"

| Claim 130(b) | |
|---|---|
| | The Wi-Fi interface to the Intel processors in the HP Processors is used to transmit to a secondary conditional access client through a network connection in a second security domain, access controlled data that in an access controlled format and that is at least partially derived from the security messages.<br><br>For example, the processed security messages (Intertrust ExpressPlay supported DRM Content protection information/License used to encrypt/decrypt media content) are used to decrypt the media content transmitted through Wi-Fi in the first security domain. The processed security messages also include the HDCP encryption requirements for the HDMI connection of the client device.<br><br>**What is DRM license management and how does a typical DRM license mechanism work?**<br><br>When a viewer selects a program to watch, for example a movie that is protected by DRM, the user's media player will need DRM-specific licensing information in order to prepare the protected content for playback. Such information is managed and dispensed by a DRM license server, sometimes called a DRM license provider, and DRM license management is the foundation for secure OTT streaming.<br><br>So, what is a DRM license? A DRM license is typically a small file that contains the content decryption key (in encrypted form) along with some rules/policies defining how the content may be used. Typical rules set in a license define the output controls (for example HDCP requirements) and/or license validity period. Like the encrypted content, the DRM license can be delivered freely and openly as the key itself is encrypted and the entire file is signed preventing any modifications to the specified rights.<br><br>https://www.expressplay.com/products/faq/ |

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) | |
|---|---|
| wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process, | In the HP Products, the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process.<br><br>For example, the primary security system (*e.g.*, Intertrust ExpressPlay) authenticates the conditional access server clients of the primary security system through a first authentication process.<br><br>The authentication process for media encrypted using Intertrust ExpressPlay is illustrated below:<br><br><br><br>https://www.expressplay.com/resources/secure-offline-streaming-for-travel-and-in-transit-content-services/ |

-20-

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) | |
|---|---|
| | Further, the conditional access server authenticates through an HDCP authentication process that is independent of the first authentication process.<br><br>Figure 1-1. Sample Connection Topology of an HDCP System<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>The HDCP authentication process is described below: |

U.S. Patent No. 8,291,236

Claim 130(c): "wherein the primary security system authenticates the conditional access server clients of the primary security system through a first authentication process using a first root of trust and the conditional access server through a second authentication process which is independent of the first authentication process,"

| Claim 130(c) | |
|---|---|
| | **2.1 Overview**<br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications. |

U.S. Patent No. 8,291,236

Claim 130(c)(i): "and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust,"

| Claim 130(c)(i) | |
|---|---|
| and wherein the second authentication process uses a second root of trust which is independent of and different than the first root of trust, | In the HP Products, the second authentication process uses a second root of trust which is independent of and different than the first root of trust.<br><br>For example, the HDCP authentication process uses a root of trust specific to HDCP as detailed below:<br><br>**2.1 Overview**<br>The HDCP authentication protocol is an exchange between an HDCP Transmitter and an HDCP Receiver that affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. It is comprised of the following stages<br><br>• Authentication and Key Exchange (AKE) – The HDCP Receiver's public key certificate is verified by the HDCP Transmitter. A Master Key $k_m$ is exchanged.<br><br>• Locality Check – The HDCP Transmitter enforces locality on the content by requiring that the Round Trip Time (RTT) between a pair of messages is not more than 16 ms.<br><br>• Session Key Exchange (SKE) – The HDCP Transmitter exchanges Session Key $k_s$ with the HDCP Receiver.<br><br>• Authentication with Repeaters – The step is performed by the HDCP Transmitter only with HDCP Repeaters. In this step, the repeater assembles downstream topology information and forwards it to the upstream HDCP Transmitter.<br><br>Successful completion of AKE and locality check stages affirms to the HDCP Transmitter that the HDCP Receiver is authorized to receive HDCP Content. At the end of the authentication protocol, a communication path is established between the HDCP Transmitter and HDCP Receiver that only Authorized Devices can access.<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 11, *available at* https://www.digital-cp.com/hdcp-specifications.<br><br>The HDCP root of trust is independent of and different than the root of trust used, for example, for Intertrust ExpressPlay. |

-23-

U.S. Patent No. 8,291,236
Claim 130(c)(ii): "and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust."

| Claim 130(c)(ii) | |
|---|---|
| and wherein the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust. | In the HP Products, the conditional access server is configured to substitute the first security domain with the second security domain for the clients under the second root of trust.<br><br>For example, the HDCP system in the HP Products with Intel processors is configured to substitute the first security domain (*e.g.*, Intertrust ExpressPlay) with the second security domain (HDCP) for clients under the second root of trust.<br><br><br><br>Figure 1-1. Sample Connection Topology of an HDCP System<br><br>High-Bandwidth Digital Content Protection System, Mapping HDCP to DisplayPort, Rev. 2.3 (Jan. 22, 2019) at p. 9, *available at* https://www.digital-cp.com/hdcp-specifications. |

-24-