M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Plaintiff*
*VideoLabs, Inc.*

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK <br><br> **DECLARATION OF HILLARY BUNSOW IN SUPPORT OF VIDEOLABS, INC.'S REPLY IN SUPPORT OF MOTION TO COMPEL DOCUMENTS AND SOURCE CODE FROM THIRD PARTY GOOGLE LLC** |

I, Hillary Bunsow, declare as follows:

1. I am an attorney at Bunsow De Mory LLP and represent VideoLabs, Inc. ("VideoLabs") in the above-captioned matter as well as in the Western District of Texas litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (the "HP litigation"). I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2. Attached as **Exhibit 8** is a true and correct copy of excerpts from Defendant HP Inc.'s Objections and Responses to Plaintiff VideoLabs' First Set of Requests for Production (Nos. 1-49) served by HP in the HP litigation.

3. In the HP litigation, HP did not produce any documents or information regarding

1

the technical operation of Widevine in response to VideoLabs' discovery requests, nor is such information specifically sought obtainable from publicly-available sources.

4. Attached as **Exhibit 9** is a true and correct copy of the Protective Order entered by the court in the HP litigation.

5. Attached as **Exhibit 10** is a true and correct copy of email correspondence between counsel for VideoLabs and counsel for Google dated February 5, 2025 to February 7, 2025.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on March 12, 2025 in Santa Monica, California.

*/s/ Hillary Bunsow*
Hillary Bunsow