# EXHIBIT 10

## Hillary Bunsow

| | |
|---|---|
| **From:** | DiMarco, Libbie A. <Elizabeth.DiMarco@WolfGreenfield.com> |
| **Sent:** | Friday, February 7, 2025 3:27 PM |
| **To:** | Hillary Bunsow; Luster, Meaghan P.; Jerry Tice; Elizabeth Day; Max@CiccarelliLawFirm.com |
| **Cc:** | Gomez, Valeria; Lohr, Ashley |
| **Subject:** | RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas |

**[EXTERNAL]**

Counsel,

Google is not a party to the WDTX litigation.  As a result, and as you recognize below, VideoLabs must raise any motion to compel relating to the subpoena in NDCA.  WDTX does not have jurisdiction to hear that dispute, and it would be procedurally improper to raise the dispute with Judge Albright.  We do not consent to any such submission.

 If you still wish to meet-and-confer, we remain available Tuesday.


Regards,

Libbie

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Thursday, February 6, 2025 9:39 AM
**To:** Luster, Meaghan P. <Meaghan.Luster@WolfGreenfield.com>; DiMarco, Libbie A.
<Elizabeth.DiMarco@WolfGreenfield.com>; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>;
Max@CiccarelliLawFirm.com
**Cc:** Gomez, Valeria <Valeria.Gomez@WolfGreenfield.com>; Lohr, Ashley <Ashley.Lohr@WolfGreenfield.com>
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and
Responses to Subpoenas

Hi Meaghan,

I will circulate an invite for Tuesday at 11 am PST.

Google has consistently taken the position that if it is to produce something, it will only do it if Troutman is not given access.  This is unworkable for many reasons, including that lead counsel cannot prepare to try the case without access to all information produced in discovery.  This is an issue that Judge Albright, as the Judge presiding over the trial, will have to address.  We therefore wish to raise it with him now.  We propose that Google and VideoLabs jointly submit the issue via Judge Albright's discovery dispute procedure.  Is Google amenable to that?

While we raise that issue with him, we could raise the underlying subpoena dispute, thus avoiding a motion to compel and motion to transfer in N.D. Cal.

Since you are not available to confer until Tuesday, please let us know your position with respect to the above two issues this week.



**Hillary N. Bunsow**
*Senior Associate & Pro Bono Coordinator*
**Bunsow De Mory LLP**
+1-415-426-4727  o  |  +1-707-738-2455  m
701 El Camino Real, Redwood City, CA 94063
www.bdiplaw.com  |  hillarybunsow@bdiplaw.com

NOTICE OF CONFIDENTIALITY: This email, and any attachments thereto, is intended for use only by the named recipient(s) above and may contain confidential information, legally privileged information and attorney-client work product. The unauthorized use, dissemination, distribution or reproduction of this e-mail message, including attachments, is strictly prohibited. If you have received this email in error, please notify the sender by email, telephone or fax, and permanently delete the original and any copies of any email and printout thereof. Thank you.

**From:** Luster, Meaghan P. <Meaghan.Luster@WolfGreenfield.com>
**Sent:** Wednesday, February 5, 2025 5:19 PM
**To:** Hillary Bunsow <hillarybunsow@bdiplaw.com>; DiMarco, Libbie A. <Elizabeth.DiMarco@WolfGreenfield.com>; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>; Max@CiccarelliLawFirm.com
**Cc:** Gomez, Valeria <Valeria.Gomez@WolfGreenfield.com>; Lohr, Ashley <Ashley.Lohr@WolfGreenfield.com>
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

[EXTERNAL]

Hi Hillary,

We are not available for a conferral tomorrow.

The earliest we are available is Tuesday, February 11—we are available then from 11 am – 3 pm PST.  Let us know if a time in that window works.

Kind regards,
Meaghan

**From:** Hillary Bunsow <hillarybunsow@bdiplaw.com>
**Sent:** Wednesday, February 5, 2025 6:34 PM
**To:** DiMarco, Libbie A. <Elizabeth.DiMarco@WolfGreenfield.com>; Luster, Meaghan P. <Meaghan.Luster@WolfGreenfield.com>; Jerry Tice <jtice@bdiplaw.com>; Elizabeth Day <eday@bdiplaw.com>; Max@CiccarelliLawFirm.com
**Cc:** Gomez, Valeria <Valeria.Gomez@WolfGreenfield.com>; Lohr, Ashley <Ashley.Lohr@WolfGreenfield.com>
**Subject:** RE: VideoLabs v. ASUSTek Computer, No. 22-00720; VideoLabs v. HP, No. 23-00641 - Google's Objections and Responses to Subpoenas

Hi Meaghan and Libbie,

Are you available for a conferral tomorrow with our local counsel Max Ciccarelli (copied here) to discuss the VideoLabs subpoena?  We are available tomorrow 11 am – 3 pm PST.  Let us know if a time in there works.