UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Case No. 25-mc-80039-SVK

IN RE: MOTION OF VIDEOLABS, INC.,

**INTERIM ORDER RE MOTION TO COMPEL**

Re: Dkt. No. 1

The Parties' completed briefing in this matter on March 12, 2025. In its reply brief, moving Party VideoLabs proposes two compromises regarding the scope of production. Dkt. 16 at 4. VideoLabs further proposes that the conflict issue raised by Google be bifurcated from the production issue for supplemental briefing and that VideoLabs limit access to the produced material until the conflict issue is resolved. Dkt. 16 at 5.

In light of these proposals, the Court **ORDERS** the Parties to meet and confer, either in person or by video conference, **no later than Friday, March 21, 2025** to discuss the proposed compromises in an effort to resolve this matter. The Parties are to report back to the Court **no later than March 25, 2025** as to the status of the dispute. The Parties may mutually agree to a modest extension of these deadlines to enable persons with appropriate knowledge and authority to participate.

**SO ORDERED.**

Dated: March 20, 2025

SUSAN VAN KEULEN
United States Magistrate Judge