1  M. Elizabeth Day SBN 177125
2  Hillary N. Bunsow SBN 278719
   BUNSOW DE MORY LLP
3  701 El Camino Real
   Redwood City, CA 94063
4  Tel.: (650) 351-7248
   Fax: (415) 426-4744
5  eday@bdiplaw.com
   hillarybunsow@bdiplaw.com
6
7  *Counsel for Movant*
   *VideoLabs, Inc.*

8              **IN THE UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10
11  IN RE: MOTION OF VIDEOLABS, INC.        Case No. 25-mc-80039-SVK
12
                                            **JOINT STIPULATION TO EXTEND**
13                                          **TIME TO CONFER AND FILE**
                                            **UPDATE WITH THE COURT**
14
15                                          **[DECLARATION OF HILLARY**
                                            **BUNSOW FILED CONCURRENTLY**
16                                          **HEREWITH]**
17
18
19
20
21
22
23
24
25
26
27

1

WHEREAS, on March 20, 2025 the Court in this action ordered the parties VideoLabs, Inc. ("VideoLabs") and Google LLC ("Google") to meet and confer no later than March 21, 2025 regarding VideoLabs' Motion to Compel Documents and Source Code from Third Party Google and to report back to the Court no later than March 25, 2025 (Dkt. 17) ("Order");

WHEREAS, in the Order the Court indicated that the parties could mutually agree to a modest extension of the deadlines to enable persons with appropriate knowledge and authority to participate;

WHEREAS, the parties need a short extension to coordinate schedules to enable all persons with appropriate knowledge and authority to participate in the processes ordered by the Court;

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree that the parties shall meet and confer no later than **March 28, 2025** and shall report back to the Court no later than **April 1, 2025**.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 21, 2025             By:    */s/ Hillary Bunsow*
                                         M. Elizabeth Day SBN 177125
                                         Hillary N. Bunsow SBN 278719
                                         BUNSOW DE MORY LLP
                                         701 El Camino Real
                                         Redwood City, CA 94063
                                         Tel.: (650) 351-7248
                                         Fax: (415) 426-4744
                                         eday@bdiplaw.com
                                         hillarybunsow@bdiplaw.com

                                         *Counsel for Movant*
                                         *VideoLabs Inc.*

Dated: March 21, 2025             By:    */s/ Matthew S. Warren*
                                         Matthew S. Warren (State Bar No. 230565)
                                         WARREN KASH WARREN LLP
                                         2261 Market Street, No. 606
                                         San Francisco, California, 94114
                                         Tel: +1 (415) 895-2940
                                         Fax: +1 (415) 895-2964
                                         25-80039@cases.warrenlex.com

                                         Gerald B. Hrycyszyn (State Bar No. 227814)
                                         Elizabeth A. DiMarco (*pro hac vice*)
                                         Meaghan P. Luster (*pro hac vice*)
                                         WOLF, GREENFIELD & SACKS, P.C.
                                         600 Atlantic Avenue
                                         Boston, Massachusetts, 02210
                                         Tel: +1 (617) 646-8000
                                         Fax: +1 (617) 646-8646
                                         ghrycyszyn@wolfgreenfield.com
                                         edimarco@wolfgreenfield.com
                                         mluster@wolfgreenfield.com

                                         *Counsel for Respondent*
                                         *Google LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
The Honorable Susan van Keulen
United States Magistrate Judge

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

*/s/ Hillary Bunsow*
Hillary Bunsow

*Counsel for Movant*
*VideoLabs Inc.*