1  M. Elizabeth Day SBN 177125
   Hillary N. Bunsow SBN 278719
2  BUNSOW DE MORY LLP
   701 El Camino Real
3  Redwood City, CA 94063
   Tel.: (650) 351-7248
4  Fax: (415) 426-4744
   eday@bdiplaw.com
5  hillarybunsow@bdiplaw.com
6
   *Counsel for Movant*
7  *VideoLabs, Inc.*

8              **IN THE UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10
    IN RE: MOTION OF VIDEOLABS, INC.          Case No. 25-mc-80039-SVK
11
                                              **DECLARATION OF HILLARY**
12                                            **BUNSOW IN SUPPORT OF JOINT**
                                              **STIPULATION TO EXTEND TIME**
13                                            **TO CONFER AND FILE UPDATE**
                                              **WITH THE COURT**
14

15

16

17

18

19

20

21

22

23

24

25

26

27

                                      1

## **DECLARATION OF HILLARY BUNSOW**

I, Hillary Bunsow, hereby declare:

1. I am an attorney at Bunsow De Mory LLP and represent VideoLabs, Inc. ("VideoLabs") in the above-captioned matter as well as in the Western District of Texas litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (the "HP litigation"). I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2. On March 20, 2025 the Court in this action ordered VideoLabs and Google LLC ("Google") to meet and confer no later than March 21, 2025 regarding VideoLabs' Motion to Compel Documents and Source Code from Third Party Google and to report back to the Court no later than March 25 (Dkt. 17) ("Order"). In the Order, the Court indicated that the parties could mutually agree to a modest extension of the deadlines to enable persons with appropriate knowledge and authority to participate.

3. Counsel for VideoLabs and counsel for Google were not able to find a time to confer by the Court's March 21 deadline. Thus, in accordance with the Court's Order and to enable persons with appropriate knowledge and authority to participate, the parties agreed to stipulate to an extension of the conferral deadline to March 28 and to extend the deadline to report back to the Court to April 1.

4. There have not previously been any time modifications in this matter, whether by stipulation or Court order.

5. I am not aware of any effect that the requested time modification would have on the case schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 21, 2025, in Santa Monica, California.

                                                         */s/ Hillary Bunsow*
                                                         Hillary Bunsow