M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Movant
VideoLabs, Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK |
|---|---|
| | **JOINT STIPULATION TO EXTEND TIME TO CONFER AND FILE UPDATE WITH THE COURT** |
| | **[DECLARATION OF HILLARY BUNSOW FILED CONCURRENTLY HEREWITH]** |

1

WHEREAS, on March 20, 2025 the Court in this action ordered the parties VideoLabs, Inc. ("VideoLabs") and Google LLC ("Google") to meet and confer no later than March 21, 2025 regarding VideoLabs' Motion to Compel Documents and Source Code from Third Party Google and to report back to the Court no later than March 25, 2025 (Dkt. 17) ("Order");

WHEREAS, in the Order the Court indicated that the parties could mutually agree to a modest extension of the deadlines to enable persons with appropriate knowledge and authority to participate;

WHEREAS, the parties need a short extension to coordinate schedules to enable all persons with appropriate knowledge and authority to participate in the processes ordered by the Court;

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree that the parties shall meet and confer no later than **March 28, 2025** and shall report back to the Court no later than **April 1, 2025**.

**IT IS SO STIPULATED AND AGREED.**

Dated: March 21, 2025                By:   */s/ Hillary Bunsow*
                                                   M. Elizabeth Day SBN 177125
                                                   Hillary N. Bunsow SBN 278719
                                                   BUNSOW DE MORY LLP
                                                   701 El Camino Real
                                                   Redwood City, CA 94063
                                                   Tel.: (650) 351-7248
                                                   Fax: (415) 426-4744
                                                   eday@bdiplaw.com
                                                   hillarybunsow@bdiplaw.com

                                                   *Counsel for Movant*
                                                   *VideoLabs Inc.*


Dated: March 21, 2025                By:   */s/ Matthew S. Warren*
                                                   Matthew S. Warren (State Bar No. 230565)
                                                   WARREN KASH WARREN LLP
                                                   2261 Market Street, No. 606
                                                   San Francisco, California, 94114
                                                   Tel: +1 (415) 895-2940
                                                   Fax: +1 (415) 895-2964
                                                   25-80039@cases.warrenlex.com

                                                   Gerald B. Hrycyszyn (State Bar No. 227814)
                                                   Elizabeth A. DiMarco (*pro hac vice*)
                                                   Meaghan P. Luster (*pro hac vice*)
                                                   WOLF, GREENFIELD & SACKS, P.C.
                                                   600 Atlantic Avenue
                                                   Boston, Massachusetts, 02210
                                                   Tel: +1 (617) 646-8000
                                                   Fax: +1 (617) 646-8646
                                                   ghrycyszyn@wolfgreenfield.com
                                                   edimarco@wolfgreenfield.com
                                                   mluster@wolfgreenfield.com

                                                   *Counsel for Respondent*
                                                   *Google LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: March 24, 2025

_____
The Honorable Susan van Keulen
United States Magistrate Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27