M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Movant
VideoLabs, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK |
|---|---|
| | **DECLARATION OF HILLARY BUNSOW IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO FILE UPDATE WITH THE COURT** |

## DECLARATION OF HILLARY BUNSOW

I, Hillary Bunsow, hereby declare:

1. I am an attorney at Bunsow De Mory LLP and represent VideoLabs, Inc. ("VideoLabs") in the above-captioned matter as well as in the Western District of Texas litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (the "HP litigation"). I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2. VideoLabs and Google met and conferred on March 27, 2025.

3. On March 27, 2025 the parties to the underlying litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (W.D. Tex.) (the "HP litigation") filed a Joint Notice of Settlement and Motion to Stay notifying the court that the parties have reached a settlement in principle and requesting that the court stay all deadlines for 45 days while the parties finalize their resolution of the lawsuit, including the preparation and submission of a joint motion to dismiss the case. The Texas court has not yet ruled on the Motion to Stay. Attached hereto as **Exhibit A** is a true and correct copy of the Joint Notice of Settlement and Motion to Stay filed in the HP litigation.

4. Given the Joint Notice of Settlement and Motion to Stay filed in the HP litigation, in this matter VideoLabs and Google agreed to stipulate to an extension of the April 1, 2025 deadline to file a Joint Status Report with this Court by 60 days to allow the Texas court to rule on the Motion to Stay and to allow the parties to the HP litigation time to finalize the settlement.

5. There has been one previous time modification in this matter. On March 21, 2025 the parties, by and through their respective counsel of record, stipulated to extend the March 21, 2025 deadline to meet and confer to March 28, 2025 and the deadline to file a Joint Status Report from March 25, 2025 to April 1, 2025 (Dkt. 18). The Court ordered the stipulated request on March 24, 2025 (Dkt. 19).

6. I am not aware of any effect that the requested time modification would have on the case schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 31, 2025, in Santa Monica, California.

*/s/ Hillary Bunsow*
Hillary Bunsow