# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| VIDEOLABS, INC., <br><br> Plaintiff, <br><br> v. <br><br> HP INC., <br><br> Defendant. | CA No. 6:23-cv-00641-DTG <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY

Plaintiff VideoLabs, Inc. and Defendant HP Inc. (the "Parties") respectfully notify the Court that the Parties have reached a settlement in principle, pending documentation. The Parties respectfully request that the Court stay all deadlines in this case for 45 days while the Parties finalize their resolution of this lawsuit, including the preparation and submission of a joint motion to dismiss this case. The requested stay is not for delay, but only to allow for an orderly resolution of this lawsuit.

Dated:  March 27, 2025

Respectfully submitted,

*/s/ Max Ciccarelli*
Max Ciccarelli
State Bar No. 00787242
Ciccarelli Law Firm LLC
100 N 6th Street, Suite 503
Waco, Texas 76701
Tel: 214.444.8869
Email: Max@CiccarelliLawFirm.com

William D. Belanger*
Gregory D. Len*

 */s/ Rick L. Rambo*
Rick L. Rambo
Texas Bar No. 00791479
rick.rambo@morganlewis.com
David J. Levy
Texas Bar No. 12264850
david.levy@morganlewis.com
Thomas R. Davis
Texas Bar No. 24055384
thomas.davis@morganlewis.com
**MORGAN, LEWIS & BOCKIUS LLP**

| | |
|---|---|
| Frank D. Liu<br>L. Andrew Tseng*<br>Griffin N. Mesmer*<br>TROUTMAN PEPPER HAMILTON<br>SANDERS LLP<br>19th Floor, High Street Tower<br>125 High Street<br>Boston, MA 02110-2736<br>Tel: 617.204.5100<br>Fax: 617.204.5150<br>Emails: videolabshp@troutman.com<br>       william.belanger@troutman.com<br>       gregory.len@troutman.com<br>       frank.liu@troutman.com<br>       andrew.tseng@troutman.com<br>       griffin.mesmer@troutman.com | 1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5005<br>Telephone: (713) 890-5000<br>Facsimile: (713) 890-5001<br><br>**ATTORNEYS FOR DEFENDANT HP INC.** |

Ryan C. Deck*
TROUTMAN PEPPER HAMILTON
SANDERS LLP
301 Carnegie Center, Suite 400
Princeton, NJ 08540
Tel: 609.452.0808
Email: ryan.deck@troutman.com

**ATTORNEYS FOR PLAINTIFF
VIDEOLABS, INC.**

*admitted *pro hac vice*

## CERTIFICATE OF SERVICE

      I certify that a true and correct copy of the foregoing document has been served on counsel of record on March 27, 2025 via electronic mail.

                                                      */s/ Rick L. Rambo*
                                                      Rick L. Rambo