M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Movant
VideoLabs, Inc.*

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK |
|---|---|
| | **ORDER RE** JOINT STIPULATION TO EXTEND TIME TO FILE UPDATE WITH THE COURT |

1

WHEREAS, on March 20, 2025 the Court in this action ordered the parties VideoLabs, Inc. ("VideoLabs") and Google LLC ("Google") to meet and confer no later than March 21, 2025 regarding VideoLabs' Motion to Compel Documents and Source Code from Third Party Google and to report back to the Court no later than March 25, 2025 (Dkt. 17) ("Order");

WHEREAS, on March 21, 2025 the parties, by and through their respective counsel of record, stipulated to extend the deadline to meet and confer to March 28, 2025 and the deadline to file a Joint Status Report to April 1, 2025 (Dkt. 18) and the Court ordered the stipulated request on March 24, 2025 (Dkt. 19);

WHEREAS, the parties met and conferred on March 27, 2025;

WHEREAS, on March 27, 2025 the parties to the underlying litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (W.D. Tex.) (the "HP litigation") filed a Joint Notice of Settlement and Motion to Stay notifying the court that the parties have reached a settlement in principle and requesting that the court stay all deadlines for 45 days while the parties finalize their resolution of the lawsuit, including the preparation and submission of a joint motion to dismiss the case (*see* Declaration of Hillary Bunsow, Ex. A);

WHEREAS, the court in the HP litigation has not yet ruled on the Motion to Stay;

WHEREAS, the parties propose that this Court extend the deadline to file the Joint Status Report by 60 days to allow the court in the HP litigation to rule on the Motion to Stay, and to allow the parties to the HP litigation time to finalize the settlement;

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree that the parties shall file a Joint Status Report by **May 2, 2025;**

**IT IS SO STIPULATED AND AGREED.**

| | | | |
|---|---|---|---|
| Dated: March 31, 2025 | | By: | /s/ Hillary Bunsow |

                                M. Elizabeth Day SBN 177125
                                Hillary N. Bunsow SBN 278719
                                BUNSOW DE MORY LLP
                                701 El Camino Real
                                Redwood City, CA 94063
                                Tel.: (650) 351-7248
                                Fax: (415) 426-4744
                                eday@bdiplaw.com
                                hillarybunsow@bdiplaw.com

                                *Counsel for Movant*
                                *VideoLabs Inc.*

| | | | |
|---|---|---|---|
| Dated: March 31, 2025 | | By: | /s/ Matthew S. Warren |

                                Matthew S. Warren (State Bar No. 230565)
                                WARREN KASH WARREN LLP
                                2261 Market Street, No. 606
                                San Francisco, California, 94114
                                +1 (415) 895-2940
                                +1 (415) 895-2964 facsimile
                                25-80039@cases.warrenlex.com

                                Gerald B. Hrycyszyn (State Bar No. 227814)
                                Elizabeth A. DiMarco (*pro hac vice*)
                                Meaghan P. Luster (*pro hac vice*)
                                WOLF, GREENFIELD & SACKS, P.C.
                                600 Atlantic Avenue
                                Boston, Massachusetts, 02210
                                +1 (617) 646-8000
                                +1 (617) 646-8646 facsimile
                                ghrycyszyn@wolfgreenfield.com
                                edimarco@wolfgreenfield.com
                                mluster@wolfgreenfield.com

                                *Counsel for Respondent*
                                *Google LLC*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The parties shall file a Joint Status Report by **May 2, 2025**.

Dated: March 31, 2025

_____
The Honorable Susan van Keulen
United States Magistrate Judge

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all signatories to this document concur in its filing.

                                                    */s/ Hillary Bunsow*
                                                    Hillary Bunsow

                                                    *Counsel for Movant*
                                                    *VideoLabs Inc.*