M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Movant
VideoLabs, Inc.*

**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK |
|---|---|
| | **DECLARATION OF HILLARY BUNSOW IN SUPPORT OF JOINT STIPULATION TO EXTEND TIME TO FILE UPDATE WITH THE COURT** |

1

## **DECLARATION OF HILLARY BUNSOW**

I, Hillary Bunsow, hereby declare:

1. I am an attorney at Bunsow De Mory LLP and represent VideoLabs, Inc. ("VideoLabs") in the above-captioned matter as well as in the Western District of Texas litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (the "HP litigation"). I have personal knowledge of the facts set forth herein. If called upon as a witness, I could testify to them competently under oath.

2. On April 1, 2025 the court in the underlying litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (W.D. Tex.) (the "HP litigation") granted the partes' Motion to Stay via text order and ordered the parties to file dismissal papers or a Motion for Scheduling Order on, or before, May 12, 2025.

3. The parties to the HP litigation have signed a settlement agreement and expect to dismiss the case by May 12, 2025.

4. Given the May 12, 2025 deadline to dismiss the HP litigation or file a Motion for Scheduling Order, in this matter VideoLabs and Google agreed to stipulate to an extension of the May 2, 2025 deadline to file a Joint Status Report with this Court by 14 days to allow the parties to the HP litigation time to file dismissal papers or file a Motion for Scheduling Order.

5. There have been two previous time modifications in this matter. On March 21, 2025 the parties, by and through their respective counsel of record, stipulated to extend the March 21, 2025 deadline to meet and confer to March 28, 2025 and the deadline to file a Joint Status Report from March 25, 2025 to April 1, 2025 (Dkt. 18). The Court ordered the stipulated request on March 24, 2025 (Dkt. 19). On March 31, 2025, the parties, by and through their respective counsel of record, stipulated to extend the deadline to file a Joint Status Report from April 1, 2025 to May 2, 2025 (Dkt. 20). The Court ordered the stipulated request on March 31, 2025 (Dkt. 21).

6. I am not aware of any effect that the requested time modification would have on the case schedule.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 2, 2025, in Santa Monica, California.

*/s/ Hillary Bunsow*
Hillary Bunsow