1  M. Elizabeth Day SBN 177125
   Hillary N. Bunsow SBN 278719
2  BUNSOW DE MORY LLP
   701 El Camino Real
3  Redwood City, CA 94063
   Tel.: (650) 351-7248
4  Fax: (415) 426-4744
   eday@bdiplaw.com
5  hillarybunsow@bdiplaw.com

6
   *Counsel for Movant*
7  *VideoLabs, Inc.*

8                IN THE UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK |
   |---|---|
12 | | |
   | | **ORDER ENTERING JOINT** |
13 | | **STIPULATION TO EXTEND TIME** |
   | | **TO FILE UPDATE WITH THE** |
14 | | **COURT** |

15

16

17

18

19

20

21

22

23

24

25

26

27

1

WHEREAS, on March 20, 2025 the Court in this action ordered the parties VideoLabs, Inc. ("VideoLabs") and Google LLC ("Google") to meet and confer no later than March 21, 2025 regarding VideoLabs' Motion to Compel Documents and Source Code from Third Party Google and to report back to the Court no later than March 25, 2025 (Dkt. 17) ("Order");

WHEREAS, on March 21, 2025 the parties, by and through their respective counsel of record, stipulated to extend the deadline to meet and confer to March 28, 2025 and the deadline to file a Joint Status Report to April 1, 2025 (Dkt. 18) and the Court ordered the stipulated request on March 24, 2025 (Dkt. 19);

WHEREAS, the parties met and conferred on March 27, 2025;

WHEREAS, on March 27, 2025 the parties to the underlying litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (W.D. Tex.) (the "HP litigation") filed a Joint Notice of Settlement and Motion to Stay notifying the court that the parties have reached a settlement in principle and requesting that the court stay all deadlines for 45 days while the parties finalize their resolution of the lawsuit, including the preparation and submission of a joint motion to dismiss the case;

WHEREAS, on March 31, 2025 the parties, by and through their respective counsel of record, stipulated to extend the deadline to file a Joint Status Report to May 2, 2025 (Dkt. 20) and the Court ordered the stipulated request on March 31, 2025 (Dkt. 21);

WHEREAS, on April 1, 2025 the court in the HP litigation granted the Motion to Stay via text order and ordered the parties to file dismissal papers or a Motion for Scheduling Order on, or before, May 12, 2025 (*see* Declaration of Hillary Bunsow, ¶ 2);

WHEREAS, the parties to the HP litigation have signed a settlement agreement and expect to dismiss the case by May 12, 2025 (*see* Declaration of Hillary Bunsow, ¶ 3);

WHEREAS, the parties propose that this Court extend the deadline to file the Joint Status Report by 14 days to allow the parties to the HP litigation time to file dismissal papers or file a Motion for Scheduling Order;

NOW, THEREFORE, the parties, by and through their respective counsel of record, hereby stipulate and agree that the parties shall file a Joint Status Report by **May 16, 2025;**

**IT IS SO STIPULATED AND AGREED.**

| | | |
|---|---|---|
| Dated: May 2, 2025 | By: | */s/ Hillary Bunsow*<br>M. Elizabeth Day SBN 177125<br>Hillary N. Bunsow SBN 278719<br>BUNSOW DE MORY LLP<br>701 El Camino Real<br>Redwood City, CA 94063<br>Tel.: (650) 351-7248<br>Fax: (415) 426-4744<br>eday@bdiplaw.com<br>hillarybunsow@bdiplaw.com<br><br>*Counsel for Movant*<br>*VideoLabs Inc.* |
| Dated: May 2, 2025 | By: | */s/ Matthew S. Warren*<br>Matthew S. Warren (State Bar No. 230565)<br>WARREN KASH WARREN LLP<br>2261 Market Street, No. 606<br>San Francisco, California, 94114<br>+1 (415) 895-2940<br>+1 (415) 895-2964 facsimile<br>25-80039@cases.warrenlex.com<br><br>Gerald B. Hrycyszyn (State Bar No. 227814)<br>Elizabeth A. DiMarco (*pro hac vice*)<br>Meaghan P. Luster (*pro hac vice*)<br>WOLF, GREENFIELD & SACKS, P.C.<br>600 Atlantic Avenue<br>Boston, Massachusetts, 02210<br>+1 (617) 646-8000<br>+1 (617) 646-8646 facsimile<br>ghrycyszyn@wolfgreenfield.com<br>edimarco@wolfgreenfield.com<br>mluster@wolfgreenfield.com<br><br>*Counsel for Respondent*<br>*Google LLC* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 5, 2025

_____
The Honorable Susan van Keulen
United States Magistrate Judge