M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Movant*
*VideoLabs, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: MOTION OF VIDEOLABS, INC. | Case No. 25-mc-80039-SVK<br><br>**MOVANT VIDEOLABS, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL** |

1

## NOTICE OF WITHDRAWAL OF MOTION TO COMPEL

**TO THE COURT, TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Movant VideoLabs, Inc. hereby withdraws its Motion to Compel Documents and Source Code from Third Party Google LLC filed under Dkt. 1 as the parties to the underlying litigation *VideoLabs, Inc. v. HP Inc.*, Case No. 6:23-cv-00641-DTG (W.D. Tex.) settled the matter and the court dismissed the case on May 14, 2025.

Dated: May 16, 2025

By:    */s/ Hillary Bunsow*
M. Elizabeth Day SBN 177125
Hillary N. Bunsow SBN 278719
BUNSOW DE MORY LLP
701 El Camino Real
Redwood City, CA 94063
Tel.: (650) 351-7248
Fax: (415) 426-4744
eday@bdiplaw.com
hillarybunsow@bdiplaw.com

*Counsel for Movant
VideoLabs Inc.*